Michael O. Hardison (MH-0691)
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
J.K. INTERNATIONAL PTY. LTD.,

                      Plaintiff,              07 Civ. 7328 (SHS)
                                                ECF CASE

   - against-

OLDENDORFF CARRIERS GMBH &           **RULE 7.1 STATEMENT**
CO.,

                    Defendant.
-----------------------------------------------------------x

Pursuant to the provisions of Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are the corporate parents, subsidiaries, or affiliates of such parties which are publicly held in the United States:

**NONE**

Dated: New York, New York
         August 16, 2007

EATON & VAN WINKLE LLP

By: /s/ Michael O. Hardison
Michael O. Hardison (MH-0691)

3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff