Michael O. Hardison (MH-0691)
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
J.K. INTERNATIONAL PTY. LTD.,

               Plaintiff,

  - against-

OLDENDORFF CARRIERS GMBH &
CO.,

               Defendant.
---------------------------------------------------------x

07 Civ. 7328 (SHS)
ECF CASE

**DECLARATION IN
SUPPORT OF AN ORDER
APPOINTING A PERSON
TO SERVE PROCESS**

      MICHAEL O. HARDISON, Esq., pursuant to the provisions of 28 U.S.C. §1746, declares and states as follows:

      1.    I am a member of the Bar of the State of New York, I am admitted to practice before this Court, and I am a partner in the firm of Eaton & Van Winkle LLP, attorneys for Plaintiff.

      2.    I make this Declaration in support of Plaintiff's application, pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and the provisions of Rule B(1)(d)(ii) of the Supplemental Rules For Certain Admiralty And Maritime Claims, for an Order appointing Michael O. Hardison, Esq., or any other partner, associate, paralegal or agent of Eaton & Van Winkle LLP, in addition to the United States Marshall, to serve

Process of Maritime Attachment and Garnishment on the garnishees listed in the Process, together with other possible garnishees.

3. The partners, associates, paralegals or agents of Eaton & Van Winkle LLP, who will be designated, are over 18 years of age, and are not a party to this action.

4. Plaintiff desires to serve the Process of Maritime Attachment and Garnishment on the garnishees with all deliberate speed so that Plaintiff will be fully protected against the possibility of not being able to satisfy any arbitral award and/or judgment that may be obtained by Plaintiff against Defendant.

5. Plaintiff respectfully requests, for the foregoing reasons, that the Court appoint Michael O. Hardison, Esq., or any other partner, associate, paralegal or agent of Eaton & Van Winkle LLP to serve the Process of Maritime Attachment and Garnishment upon the garnishees listed in the Process, together with any other garnishees that Plaintiff learns may hold assets of Defendant.

6. No previous application for this or similar relief has been made.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 16, 2007

/s/ Michael O. Hardison
Michael O. Hardison (MH-0691)