**'07 CIV 7328**

Michael O. Hardison (MH-0691)
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
J.K. INTERNATIONAL PTY. LTD.,

                Plaintiff,

    - against-

OLDENDORFF CARRIERS GMBH &
CO.,

                Defendant.
--------------------------------------------------------x

**ORDER APPOINTING
A PERSON TO SERVE
PROCESS**

    An application having been made by Plaintiff for an Order Appointing A Person To Serve Process pursuant to the provisions of Rule 4(c) of the Federal Rules of Civil Procedure and the provisions of Rule B (1)(d)(ii) of the Supplemental Rules For Certain Admiralty And Maritime Claims,

    NOW, on reading and filing the Declaration of Michael O. Hardison, Esq., dated August 16, 2007 and good cause having been shown, it is hereby

    ORDERED, that Michael O. Hardison, Esq., or any other partner, associate, paralegal or agent of Eaton & Van Winkle LLP be and hereby is appointed, in addition to the United States Marshall, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon garnishees listed in the Process, together with any other garnishees who,

based upon information developed subsequent hereto by the Plaintiff, may hold assets for or on account of Defendant Perca Shipping Ltd..

Dated: New York, New York
       August 17, 2007

_____
U.S.D.J.

-2-    J. MICHAEL McMAHON,    CLERK

BY _____
   DEPUTY CLERK