```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 6
DATE FILED: 9/14/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J.K. INTERNATIONAL PTY. LTD.,          :     07 Civ. 7328 (SHS)

                Plaintiff,          :

    -against-                         :     ORDER

OLDENDORFF CARRIERS GMBH & CO.,        :

                Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    IT IS HEREBY ORDERED that there will be a pretrial conference in this action on Monday, September 17, 2007, at 2:30 p.m.

Dated: New York, New York
       September 14, 2007

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.