USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J.K. INTERNATIONAL PTY LTD.,            :       07 CIV 7328 (SHS)
                        Plaintiff,       :       STIPULATION
                                          :       AND ORDER
    - against -                           :       FOR RELEASE
                                          :       OF FUNDS AND
OLDENDORFF CARRIERS GMBH & CO.,          :       STAY OF ACTION
                        Defendant.        :
-----------------------------------------------------------X

WHEREAS the Defendant has agreed to provide substitute security for Plaintiff's claims alleged in its Verified Complaint dated August 16, 2007; and

WHEREAS once the aforesaid substitute security has been provided that any and all of Defendant's funds restrained within this District pursuant to the August 16, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment at non-party garnishee banks and/or financial institutions shall be released pursuant to instructions to be furnished to the garnishee(s) by Defendant's counsel, LENNON, MURPHY & LENNON, LLC; and

WHEREAS the substitute security provided by Defendant to Plaintiff was agreed upon with a clearly communicated and express reservation of all rights within this action as discussed at a Supplemental Rule E(4)(f) hearing before the Court on September 17, 2007;

**IT IS HEREBY ORDERED:**

The Defendant shall proceed to immediately provide the agreed upon substitute security to the Plaintiff; and

Thereafter that all of Defendant's funds restrained pursuant to the August 16, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment within this District at non-party garnishee banks and/or financial institutions shall be released pursuant to instructions to be

furnished to the garnishee(s) by Defendant's counsel, LENNON, MURPHY & LENNON, LLC; and

This action shall thereafter be stayed pending the outcome of London arbitration except that the Defendant may seek to vacate, modify or otherwise address the Plaintiff's attachment obtained pursuant to Supplemental Admiralty Rule B.

Dated: September 19, 2007
New York, NY

| The Plaintiff,<br>J.K. INTERNATIONAL PTY LTD.<br><br>By: _____<br><br>Michael O. Hardison<br>Alan Van Praag<br>EATON & VAN WINKLE LLP<br>3 Park Avenue<br>New York, NY 10016-2078<br>Phone (212) 779-9910<br>Fax (212) 779-9928<br>mhardison@evw.com | The Defendant,<br>OLDENDORFF CARRIERS GMBH & CO.<br><br>By: _____<br><br>Kevin J. Lennon<br>Patrick F. Lennon<br><br>LENNON, MURPHY & LENNON, LLC<br>The GrayBar Building<br>420 Lexington Ave., Suite 300<br>New York, NY 10170<br>Phone (212) 490-6050<br>Fax (212) 490-6070<br>kjl@lenmur.com<br>pfl@lenmur.com |
|---|---|

9/19/07
SO ORDERED:

1) This action is transferred to the court's suspense calendar.
2) The parties are to inform the court in writing on June 1 and every six months thereafter as to the status of the London arbitration.

So ordered,
USDJ

2