UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.K. INTERNATIONAL PTY LTD.,              :    07 Civ. 7328 (SHS)

                Plaintiff,              :    ECF CASE

  -against-                                      :    **NOTICE OF MOTION TO VACATE OR MODIFY**
OLDENDORFF CARRIERS GMBH & CO.,           :    **MARITIME ATTACHMENT**

                Defendant.              :
------------------------------------------------------------X

Upon the annexed Declarations of Kevin J. Lennon, Timothy Nicholas Young and Adam Russ and an accompanying Memorandum of Law, and all pleadings heretofore had herein, Defendant will move this Court before the Honorable Sidney H. Stein, United States Courthouse, 500 Pearl Street, Courtroom 23A, New York, New York on the 8th day of November 2007 at 9:30 o'clock in the a.m., or as soon thereafter as the parties can be heard, for an order pursuant to Supplemental Rule E(4)(f) B for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure vacating the Ex Parte Order of August 16, 2007 and all Process of Maritime Attachment and Garnishment obtained and served by Plaintiff pursuant thereto.

                                            The Defendant,
                                            OLDENDORFF CARRIERS GMBH & CO.

By: _____
    Kevin J. Lennon
    Patrick F. Lennon
    LENNON, MURPHY & LENNON, LLC
    420 Lexington Avenue, Suite 300
    New York, NY 10170
    (212) 490-6050 – phone
    (212) 490-6070 – fax
    pfl@lenmur.com
    kjl@lenmur.com

TO:   EATON & VAN WINKLE LLP
      Attorneys for the Plaintiff
      Michael O. Hardison
      Alan Van Praag
      3 Park Avenue
      New York, NY  10016-2078
      (212) 779-9910 – phone
      (212) 779-9928 – fax
      mhardison@evw.com
      avanpraag@evw.com