UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| J.K. INTERNATIONAL PTY. LTD., Plaintiff, | : | 07 Civ. 7328 (SHS) |
| - against - | : | ECF CASE |
| OLDENDORFF CARRIERS GMBH & CO., Defendant. | : | |

**DECLARATION IN SUPPORT OF MOTION TO VACATE MARITIME ATTACHMENT**

State of Connecticut )
) ss: SOUTHPORT
County of Fairfield )

Kevin J. Lennon, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Defendant, Oldendorff Carriers HMBH & Co. ("Oldendorff") herein. I am familiar with the facts of this case and make this Declaration in support of Oldendorff's motion to vacate Plaintiff, JK International Pty Ltd.'s ("JKI"), maritime attachment.

2. Annexed hereto as Exhibit "1" is a true and accurate copy of the Order for Release of Funds and Stay of Action dated September 16, 2007.

3. Annexed hereto as Exhibit "2" is a true and accurate copy of JKI's Verified Complaint dated August 16, 2007.

4. Annexed hereto as Exhibit "3" are true and accurate copies of various articles and Indian government reports discussing the 2007 Indian Southwest monsoon season.

5. Annexed hereto as Exhibit "4" is a true and accurate copy of Oldendorff's Verified Complaint dated July 17, 2007.

Dated: October 17, 2007
Southport, CT

Kevin J. Lennon

Sworn to and subscribed to before me
this 17th day of October, 2007.

Notary Public/Commissioner of
Superior Court

EXHIBIT "1"

Received: Sep 19 2007 03:45pm
Sep. 19. 2007 3:40PM Lennon, Murphy & Lennon LLC No. 1724 P. 3/4

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| J.K. INTERNATIONAL PTY LTD., Plaintiff, - against - OLDENDORFF CARRIERS GMBH & CO., Defendant. | : | 07 CIV 7328 (SHS) **STIPULATION AND ORDER FOR RELEASE OF FUNDS AND STAY OF ACTION** |

WHEREAS the Defendant has agreed to provide substitute security for Plaintiff's claims alleged in its Verified Complaint dated August 16, 2007; and

WHEREAS once the aforesaid substitute security has been provided that any and all of Defendant's funds restrained within this District pursuant to the August 16, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment at non-party garnishee banks and/or financial institutions shall be released pursuant to instructions to be furnished to the garnishee(s) by Defendant's counsel, LENNON, MURPHY & LENNON, LLC; and

WHEREAS the substitute security provided by Defendant to Plaintiff was agreed upon with a clearly communicated and express reservation of all rights within this action as discussed at a Supplemental Rule E(4)(f) hearing before the Court on September 17, 2007;

**IT IS HEREBY ORDERED:**

The Defendant shall proceed to immediately provide the agreed upon substitute security to the Plaintiff; and

Thereafter that all of Defendant's funds restrained pursuant to the August 16, 2007 Ex Parte Order and Process of Maritime Attachment and Garnishment within this District at non-party garnishee banks and/or financial institutions shall be released pursuant to instructions to be

furnished to the garnishee(s) by Defendant's counsel, LENNON, MURPHY & LENNON, LLC; and

This action shall thereafter be stayed pending the outcome of London arbitration except that the Defendant may seek to vacate, modify or otherwise address the Plaintiff's attachment obtained pursuant to Supplemental Admiralty Rule B.

Dated: September 19, 2007
New York, NY

| The Plaintiff,<br>J.K. INTERNATIONAL PTY LTD.<br><br>By: [signature]<br><br>Michael O. Hardison<br>Alan Van Praag<br>EATON & VAN WINKLE LLP<br>3 Park Avenue<br>New York, NY 10016-2078<br>Phone (212) 779-9910<br>Fax (212) 779-9928<br>mhardison@evw.com | The Defendant,<br>OLDENDORFF CARRIERS GMBH & CO.<br><br>By: [signature]<br><br>Kevin J. Lennon<br>Patrick F. Lennon<br><br>LENNON, MURPHY & LENNON, LLC<br>The GrayBar Building<br>420 Lexington Ave., Suite 300<br>New York, NY 10170<br>Phone (212) 490-6050<br>Fax (212) 490-6070<br>kjl@lenmur.com<br>pfl@lenmur.com |
|---|---|

9/19/07
~~SO ORDERED:~~

~~U.S.D.J.~~

1) This action is transferred to the court's suspense calendar.
2) The parties are to inform the Court in writing on June 1 and every six months thereafter as to the status of the London arbitration.

So ordered,
[signature]
USDJ

# EXHIBIT "2"

Michael O. Hardison (MH-0691)
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.K. INTERNATIONAL PTY. LTD.,

Plaintiff,

- against-

OLDENDORFF CARRIERS GMBH & CO.,

Defendant.

07 Civ. 7328 (SHS)
ECF CASE

**VERIFIED COMPLAINT IN ADMIRALTY**

Plaintiff, J.K. International Pty. Ltd., by its attorneys, Eaton & Van Winkle LLP, for its complaint against Defendant, Oldendorff Carriers GmbH & Co., upon information and belief, alleges as follows:

**JURISDICTION**

1. This is a case of admiralty and maritime jurisdiction, 28 U.S.C. § 1333, and is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and Rule B of the Supplemental Rules For Certain Admiralty And Maritime Claims.

**PARTIES**

2. At all relevant times, Plaintiff, J.K. International Pty. Ltd., was and still is a corporation or other business entity organized and existing under the laws of a foreign country with an office and place of business located at 49 Suscatand Street, Rocklea Qld 4106, Australia.

3. At all relevant times, Defendant, Oldendorff Carriers GmbH & Co., was and still is a corporation or other business entity organized and existing under the laws of a foreign country with an office and place of business located at Willy-Brandt-Allee 6, D-23554 Lubeck, Germany.

**UNDERLYING EVENTS**

4. On or about April 12, 2007, Defendant, as Owner of the M/V FREDERIKE OLDENDORFF, entered into a maritime contract of charter party with Plaintiff, in which Defendant agreed to let the M/V FREDERIKE OLDENDORFF to Plaintiff for one time charter trip duration of about 65-70 days.

5. On or about April 30, 2007, the vessel loaded a cargo of Canadian Yellow Peas in bulk for carriage from Vancouver, Canada to Mumbai, India.

6. On or about June 2-4, 2007, while on the voyage to India, the vessel's engine exhaust temperatures rose indicating major engine problems and eventually (after various stops) the main and auxiliary engines broke down and forced the vessel to anchor on June 12, 2007.

7. Defendant thereupon entered into a contract to salvage the vessel and declared general average.

8. On or about June 15, 2007, the vessel was towed to Mundra, India for repairs and arrived at Mundra on June 17, 2007.

9. The monsoon season commenced in India on June 18, 2007.

10. The Master of the M/V FREDERIKE OLDENDORFF demanded that part of the cargo be discharged at Mundra because of concerns he had regarding the vessel's draft.

11. The Master of the M/V FREDERIKE OLDENDORFF also insisted that some of the cargo be put in bags in order to improve the stability of the vessel.

12. Plaintiff, as a result, incurred unanticipated expenses including port charges, expenses to lighten the vessel, expenses to bag cargo and expenses to transport the discharged cargo by rail from Mundra to Mumbai.

13. The vessel then proceeded to Mumbai, where she arrived on or about July 7, 2007, although her original estimated time of arrival had been on or about June 2, 2007, which would have permitted discharge of the cargo prior to the onset of the monsoon season.

14. Plaintiff had arranged to discharge the cargo into barges at an anchorage but due to the onset of the monsoon season the port no longer permitted this method of discharge.

15. Plaintiff was required instead to direct the vessel to a berth in order to discharge the cargo.

16. Plaintiff, as a result, incurred unanticipated expenses at Mumbai, including port charges that would not have been incurred if the cargo had been discharged into barges at an anchorage.

17. The barge operator, as a further result, claimed against Plaintiff for breach of the contract to discharge the cargo into barges.

18. The cargo receivers, because of the delayed delivery of the cargo attributable to the problems and eventual breakdown of the vessel's engines, also claimed against Plaintiff for late delivery of the cargo.

**CAUSE OF ACTION**

19. Paragraphs 1-18 of this Complaint are repeated and realleged as if the same were set forth here at length.

20. Defendant breached the charter party entered into between Defendant and Plaintiff by failing to provide a vessel in a thoroughly efficient state in cargo spaces, hull, machinery and equipment for and during the service covered by the charter party and by failing to prosecute the voyage with the utmost despatch.

21. Plaintiff has duly performed all obligations owed to Defendant under the terms of the charter party.

22. Plaintiff, by reason of the premises, has sustained damages and expects to sustain additional damages, as best as can now be estimated, in the amount of $3,230,009.89.

23. The charter party provides that all disputes between the parties are to be resolved by arbitration in London pursuant to English law.

24. This action is brought to obtain jurisdiction over Defendant and to obtain security in favor of Plaintiff in respect of its claim against Defendant and in aid of London arbitration proceedings.

25. This action also is brought to obtain security for additional sums to cover Plaintiff's anticipated costs in the arbitration and interest, all of which are recoverable under English law and the rules applicable to London arbitration.

26. Upon information and belief, and after investigation, Defendant cannot be "found" within this District for the purpose of Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims, but Plaintiff is informed that Defendant has, or will shortly have, assets within this District comprising of, inter alia, cash, funds, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire and/or sub-charter hire, of, belonging to, due or for the benefit of Defendant ("Assets"), including but not limited to Assets at, being transferred through, or being transferred and/or wired to or from various banking institutions and/or other business entities.

27 The total amount sought to be attached pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims by Plaintiff against Defendant includes: (i) principal claim in the amount of $3,230,009.89; (ii) interest, which is recoverable in London arbitration, at the rate of 10.25% for three years, the estimated time it will take to

obtain a final arbitration award, in the amount of $993,228.03 and (iii) estimated attorneys' fees and disbursements, together with the costs of the arbitration, including arbitrators fees, all of which are recoverable in London arbitration, in the amount of $500,000.00, for a total claim of $4,723,237.92

**RESERVATION OF RIGHT**
**TO ARBITRATE DISPUTES WITH DEFENDANT**

28. The charter party provides that any disputes between Plaintiff and Defendant are to be arbitrated in London pursuant to English law.

29. Plaintiff expressly reserves the right to arbitrate the merits of its dispute with Defendant and brings this action solely to obtain quasi-in-rem jurisdiction and security for its damages, interest and the costs of London arbitration.

WHEREFORE, Plaintiff prays as follows;

1. That process in due form of law according to the practice of this Court may issue against Defendant;

2. That the Court, in accordance with the provisions of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, direct the issuance of Process of Maritime Attachment and Garnishment attaching all assets within the district owned by Defendant or in which Defendant has a beneficial interest up to the amount of $4,723,237.92;

3. That judgment be entered against Defendant and in favor of Plaintiff in the amount of $4,723,237.92, plus interest, costs, and attorneys' fees; and

4. That the Court grant such other, further and different relief as may be just, proper and equitable in the premises.

Dated: New York, New York
August 16, 2007

EATON & VAN WINKLE LLP

By: /s/ Michael O. Hardison
Michael O. Hardison (MH-0691)

3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

**VERIFICATION**

MICHAEL O. HARDISON, Esq., pursuant to the provisions of 28 U.S.C. § 1746, declares and states as follows:

1. I am a member of the firm of Eaton & Van Winkle LLP, attorneys for Plaintiff, and I make this verification on behalf of Plaintiff.

2. I have read the foregoing complaint and know the contents thereof and the same are true to the best of my knowledge, information and belief. The sources of my information and the grounds for my belief are communications received from the Plaintiff and the London solicitors for Plaintiff and an examination of the papers relating to the matters in suit.

3. The reason this verification is made by the undersigned, and not made by Plaintiff, is that Plaintiff is a foreign corporation or other business entity, no officer or director of which is presently within this district.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
August 16, 2007

/s/ Michael O. Hardison
Michael O. Hardison (MH-0691)

**DECLARATION**

MICHAEL O. HARDISON, Esq., pursuant to the provisions of 28 U.S.C. § 1746, declares and states as follows:

1. I am a member of the firm of Eaton & Van Winkle LLP, attorneys for plaintiff, and I am familiar with the facts of this matter.

2. I execute this declaration in compliance with the provisions of Rule B(1) of the Supplemental Rules of Certain Admiralty and Maritime Claims.

3. To the best of my information and belief, Defendant, Oldendorff Carriers GmbH & Co., cannot be found within this District as defined by the relevant State and Federal Rules of Civil Procedure.

4. I caused a search to be made by going to the New York State Department of State website (www.dos.state.ny.us) and searching the Corporation and Business Entity Database. This database contained no record of Defendant being either a New York corporation or a foreign corporation licensed to do business in New York.

5. I also checked the internet telephone directories for New York state and contacted the telephone information operator regarding a listing for Defendant. None of these sources contained a listing for Defendant.

6.     I am unaware of any general or managing agents within this District for Defendant.

7.     It is for the foregoing reasons that I request, on behalf of Plaintiff, that the Court execute the accompanying Order For Issuance of Process of Maritime Attachment and Garnishment.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 16, 2007

                                        /s/ Michael O. Hardison
                                        Michael O. Hardison (MH-0691)

EXHIBIT "3"



Enter Symbol(s) or Keyword(s) GO Advanced Search >
Get the retirement you want with Retirement Weekly

V. PHANI KUMAR'S THIS WEEK IN INDIA

# India hopes for normal monsoon season

## Commentary: Nation, and many investors' fortunes, depend on agriculture

*By V. Phani Kumar*
*Last Update: 9:41 PM ET May 20, 2007*

**MUMBAI (MarketWatch) -- The week of the monsoon rains' predicted arrival is here, and investors in several Indian industries will likely be hoping, along with millions of farmers, that the rain gods don't spring many negative surprises this year. Their fortunes over the next few months may well depend on it.**

I know that statement sounds fantastic, but it's true. Despite its emergence as one of the fastest-growing economies in the world, irrigation-poor India's dependence on agriculture can hardly be over-emphasized. More than 60% of the population is still dependent on farm incomes, which in turn depend on the vagaries of the monsoons. And the fortunes of local companies selling consumer products, tractors, motorcycles, televisions and even cement or steel are intricately linked to those incomes.

The Indian Meteorological Department has forecast the southwest monsoon rains will arrive in Kerala, India's southernmost state, a week earlier than usual on Thursday, May 24. It also estimated the amount of rainfall to be 95% of the average of the past several years, which isn't too bad by itself. But almost as important as the amount of rainfall is its spread across various pockets in the country and the timing - a few days too early or late could damage a standing crop irreversibly.

It is worth noting that India is geographically a big country and the distribution of rainfall across its regions is usually notoriously uneven, as it is unpredictable. It isn't uncommon to hear of floods in some states and drought in others, often at the same time, with each taking a toll on farm output as well as commercial activities.

Agriculture contributes less than a quarter of India's GDP and has been growing at less than the targeted 4% a year over the past few years, but still, its economy has been steaming at an average of over 8% in the past three years, thanks to the robust services and manufacturing sectors. A good monsoon in all respects could set the tone for a 4% or more growth for the country's agriculture sector, and if that happens, little else could come in the way of a 10% growth for the GDP.

**Cigarette maker ITC's earnings in focus**

ITC is expected to announce a strong set of numbers Friday for the fourth quarter ended March 31, with some analysts estimating a more than 30% growth in its net profits. Much of the growth is set to continue to come from its non-cigarette businesses, including luxury hotels, paperboards, apparel and ready-to-eat food items and snacks.

But the stock price isn't reflecting any of this, as investors are awaiting clues on the likely impact from a tax onslaught on its mainstay cigarette business, which still contributes three-fourths of its profits. Some state governments recently imposed a 12.5% value-added-tax (VAT) beginning April 1, on top of the mountain of taxes already being paid by cigarette companies. ITC, reportedly, duly passed on the additional burden to customers by raising prices on some cigarette brands.

While the full impact of the price hikes on sales volume will only be clear when ITC announces its first quarter earnings in July, analysts fear its earnings growth for the current year will take a significant hit. Cigarette companies in India have been crying themselves hoarse over the unfair treatment meted out to them in the form of taxes, but they have few listeners, for obvious reasons.

Owned 32% by British American Tobacco, but managed professionally and appreciated widely, ITC has been in a race against time to grow its non-cigarettes businesses fast enough to make up for the odds stacked up against its cigarettes business. It's a battle as challenging as kicking the smoking habit.

**United Spirits: Big gains after big buy**

A 27% rise in shares over a three-day period is a massive move by any standards, and United Spirits' shares could be expected to take a breather this week. But the rally could still have some steam left, if market participants are to be believed.

United Spirits' $1.18 billion acquisition (enterprise value) last week of scotch maker Whyte & Mackay stands in stark contrast to a few other billion-dollar plus acquisitions made by Indian companies in recent times. All of those other deals were slammed by investors, and how.

Investors saw the acquisition by India's largest spirits maker as a coup, given that Whyte & Mackay has a portfolio of some good brands and that the valuations United Spirits paid were at a discount to its own valuations. Also, Whyte & Mackay's inventory of scotch whisky, some of it aged 65 years, is estimated between $700million and $800 million. The best part, reportedly, is that Whyte & Mackay has put options over buyers for a substantial part of that inventory.

Too good to be true? Well, that was my initial reaction, too. If global inventories of scotch whisky are indeed on the

decline, as some brokerages are pointing out in India, why were the competitors away? Frankly, I don't know the answer. It's absolutely possible that there is no small print anywhere in the deal, and that United Spirits has sewn up a deal that is every bit as great as it seems. But I still can't help wondering. I hope it's just the skeptic in me.

Site Index | Archive | Help | Feedback | Membership | Premium Products | RSS | Podcasts | Company Info | Advertising Media Kit | Dow Jones Client Solutions

The Wall Street Journal Digital Network:
WSJ.com | Barron's Online | BigCharts | Virtual Stock Exchange | All Things Digital | MarketWatch Community
CareerJournal.com | CollegeJournal.com | OpinionJournal.com | RealEstateJournal.com | WSJ.com Entrepreneur

MarketWatch
Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 6/25/07).
India hopes for normal monsoon season - MarketWatch

Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of use. Historical and current end-of-day data provided by FT Interactive Data. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Dow Jones IndexesSM from Dow Jones & Company, Inc. SEHK intraday data is provided by Comstock and is at least 60-minutes delayed. All quotes are in local exchange time.


Save Up to 50% On Heating Costs! Replace the high cost of oil, gas, & electric heat!

www.hydrosil.com

Order your 2008 Almanac

- Print Edition
- Digital Edition
- My Local Almanac
- Long-Range Weather Forecast

My Almanac

Registered users can access special features.

Register or Sign In

Website Search

Go

Explore the Almanac

- Marketplace
- Classifieds
- Podcasts
- 2008 Extras
- Online Store
- Preview 2008 Products
- Sell the Almanac

2008 Digital Products

# Discussion Forums

## Weather, Science, and Astronomy

Want to know what the weather is like across North America? Post your queries and your observations here. This is a forum for readers who like to keep an eye on the sky.

## Weather, Science, and Astronomy Forum

Want to know what the weather is like across North America? Post your queries and your observations here. This is a forum for readers who like to keep an eye on the sky.

Goto: Forum List • Message List • New Topic • Search • Log In Goto Thread: Previous • Next

### 2007 Indian Monsoon Forecast & Needed Updates

Posted by: Neerav Trivedi (IP Logged)
Date: May 9, 2007 06:12AM

LATEST UPDATE: As of this post, it looks like my forecast for the official start of the 2007 Indian Monsoon Season is right on track. The Indian Meteorological Department has the monsoons starting on May 11th, which is what I forecasted as the start date. The areas that will be affected, if you look at my forecast below, are also the areas that are forecasted to be hit by the monsoons on the 11th of May. Talk about being right on the money!

The rains should reach my India HQ here in Gondal, India, if all goes well, by May 30th, which is three weeks away. About 90% Indian Subcontinent should be covered by the monsoon rains by July 1st, which is two weeks earlier than normal, since the monsoons started two weeks early. Here is the forecast that I issued last weekend. I will update this space with information as it arrives every few days, or as needed.

---

Neerav's 2007 Indian Monsoon Forecast

Date: Wednesday, May 8, 2007 @ 12:00 PM IST (GMT + 5:30 hours)

ANALYSIS:

With the death of El Nino and the gradual strengthening of La Nina, reaching its peak sometime in late September/early October 2007, we should see an early start to the Indian Monsoon season this year by about two weeks, with a normal rainfall forecasted for the Indian Subcontinent. El Nino died about late February, which was much sooner than expected after being stronger than expected, with La Nina forming well into the month of April. As mentioned before, the peak of the La Nina will be in late September/early October 2007, with its demise sometime in Spring 2008.

By the start of the monsoon season, sea surface temperatures in the Arabian Sea, the Indian Ocean, and the Bay of Bengal should be quite warm, ranging anywhere between 27 and 32.5 degrees Centigrade (80.6 to 90.5 degrees Fahrenheit), depending on latitude and longitude location. With the winds now shifting westward at a gradual pace in the Pacific Ocean with the forming of La Nina, the conditions in the Indian Ocean, in terms of the upper level winds, have made it much more favorable for the early onset of the Indian Monsoons. With the start of the hot season in mid-to-late March, the winds in the upper levels of the atmosphere over the Indian Ocean and the Indian Subcontinent have become favorable enough for a pretty rapid deepening of the heat low over northwest India/eastern Pakistan, which is a semi-permanent area of low pressure area. By late April, the semi-permanent heat low has developed quite significantly over northern India, and is at moderate strength, and will soon shift westward over the next few weeks, as it continues to deepen into semi-permanent area of low pressure.

In May, the heat low over northwest India should be strong enough to cause cyclonic flow around it, which will bring rains from the Indian Ocean and the Arabian Sea to the southern-most portions of India. At this time, the waters will be quite warm, and the monsoonal winds should have no trouble picking up the warm ocean waters, as well as the humidity in the atmosphere from the evaporated ocean water, and cause it to condense and form clouds and rain over the land. As the heat low over northwest India develops further and deepens (i.e. gets stronger), the winds around the center of circulation of the heat low should become stronger, affecting more areas. As the semi-permanent low moves westward into Pakistan, the winds will shift northwards and westward, and more areas of India will be affected by the monsoon rains.

Ads by Google
Indian Weather
Indian Climate
Indian Temperature
Indian Seasons

The Old Farmer's Almanac 2008 Digital Products are now available!
Digital Edition
Long Range Weather
My Local Almanac
LEARN MORE!

Great Almanac Giveaway

- Almanac For Kids Sweepstakes: Congratulations W. Larsen of Acton, MT!
- Almanac Collectors Edition Sweepstakes: Win a home weather station! Learn More



Webcam

Ads by Google
Indian Oil
Indian Petroleum
Indian Power
Petrotech 2007

Winds in the higher levels of the atmosphere, from the start of the development of the semi-permanent heat low to the peak of its strength, due to a moderate to strong La Nina, should be favorable to keep the low strengthening faster than normal, as a high-pressure area should develop, which will keep conditions favorable over the Indian Subcontinent. The same favorable conditions should also help in maintaining the monsoonal flow of winds and rains over India, once it starts, with the area of high pressure stationed over the Indian Subcontinent. In fact, the area of high pressure in the upper-levels of the atmosphere should help enhance the monsoon rains over the Indian Subcontinent this year, once they start falling, as the weeks and months progress in the monsoon season, especially as we get towards the peak of the monsoon season, and should be goods news.

Here are the dates and the areas that will be affected by the commencement of the 2007 Indian Monsoon Season, with a margin of error of 3 days:

May 11, 2007: The monsoons will kick off officially, starting with the Lakshadweep Islands, the southern-most tip of India (Thiruvananthapuram), Sri Lanka, and the Andaman & Nicobar Islands. This includes the southern-most portions of the state of Kerala and Tamil Nadu in southern India.

May 17, 2007: The monsoon rains will creep northward, and by this time, all of Kerala and Tamil Nadu will be inundated, and the rains will spread their tentacles into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore, Chennai, and Pondicherry). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

May 25, 2007. The rains will march northward, engulfing the rest of Andhra Pradesh (including Hyderabad), Goa, the eastern-most sections of the state of Maharastra, Karnataka. The rains will also inundate the remaining portions of Chhattisgarh and Orissa, Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), and the eastern half of Nepal, Sikkim, and the southern half of the state of Maharastra. The remaining portions of northeastern India, including the remnants of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan, the southern portions of the state of Chhattisgarh, West Bengal and costal areas of the state of Orissa will also be affected. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 1, 2007: The monsoon rains will overspread all of the states of Madhya Pradesh (including the city of Bhopal), the eastern quarter of Rajasthan, and a majority of Uttar Pradesh (including the city of Lucknow), and will stop at the border between the state of Uttarakhand and the nation of Nepal. Up to this point in time, the states of Diu, Dadra & Nagar Haveli, and most of the state of Gujarat, up to the city of Gandhinagar, will be in the monsoon rains, as well as the remaining portions of the state of Maharastra, including the city of Mumbai. The city of Mumbai will receive the rains by May 27, the cities Rajkot, Ahmedabad, Bhopal and Lucknow will receive the rains by the May 30, and Gandhinagar will get the rains by June 1. By this time, 85% of the Indian Subcontinent will be affected by the monsoon rains.

June 17, 2007. A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayan mountain range, otherwise, we estimated that it would take 9 days to affect all of these regions.

July 5, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last stop for the advancement of the monsoon rains. From hereon out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

CONCLUSION:

In essence, I am expecting above normal rainfall overall for India, though some areas may receive less than other areas. I do not foresee some areas not getting any rains from the monsoons this year. This should help relieve the plants and animals from the heat, and cool down the air to make it more comfortable for sleeping and other outdoor activities, as well as water the crops and plants throughout India. This in the short-term through the end of the bulk of the monsoon season. For the long-term, the above normal rains should help with farming, and assist the agricultural industry of India, which should help to yield a normal crop yield this year.

The unfortunate part of this is that some places in India may get flooded. A couple of years ago,

Mumbai's streets were heavily flooded for days on end, making it impossible to do anything. I expect the same with this monsoon season, as rains may be locally very heavy at times especially in the squalls. The lowest-lying areas will be the most prone, while the higher elevations, especially along and in the mountains may see landslides and mudslides from the excessive rains. Areas that are not prepared for such may suffer severe financial damage, as well as loss of life and property. Agriculture areas, where the crops are grown, may suffer from deficient nutrients in the soil, if the excess water washes away the soil, killing the crops. Agricultural areas dependent on rain will suffer, as the local economies will no be able to make enough money if the bulk of their moneys come from the selling and trading of crops.

All areas of the Indian Subcontinent must be prepared to handle flooding issues, with the good chance that some of the rains may be quite heavy in the monsoons this year. This means repairing any dams, levies, or barricades that will keep towns and important agricultural areas form being damaged from flooding rains. For major cities such as Mumbai, Bangalore, Kolkata, and New Delhi, drainages must be cleared away, and residents must get their home prepared by clearing drainages and pipes to ensure the smooth flowing of water when it falls in the monsoon rains. The streets must be swept also such that the sewer systems will have an adequate time in handling the volume of rainwater, especially in times when it comes down locally heavy. Finally, for the agricultural areas, farmers must prepare their fields accordingly to make sure that top soil and important nutrients are not washed away, and remains with the crops and plants, and would, as a result, yield normal or even greater than normal seasonal crop yields. This includes digging canals and irrigation ditches and pools to collect the runoff water that cannot seep into the grounds during the arrival of the monsoon rains.

In summary, this looks to be an early and a very good monsoon season for the India Subcontinent due to the developing La Nina in the eastern Pacific Ocean. We hope that the rains are taken advantage of in the optimal way possible for the benefit of the population for farming, industrial, and personal, as well as other uses, as the population sees fit.

- Neerav B. Trivedi,
Amateur Meteorologist - 10+ years
Northeastern United States Weather Forecaster
Indian Monsoon Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

Re: 2007 Indian Monsoon Forecast & Needed Updates
Posted by: **Andyidaho** (IP Logged)
Date: May 9, 2007 08:36AM

Monsoons over my area began yesterday, good forecast Neerav!

**Options:** Reply To This Message • Quote This Message • Report This Message

**Re: 2007 Indian Monsoon Forecast & Needed Updates**
Posted by: **Neerav Trivedi** (IP Logged)
Date: May 9, 2007 10:26AM

Andyidaho Wrote:
-------------------------------------------------------
> Monsoons over my area began yesterday, good
> forecast Neerav!

LOL! You are in Idaho, in the western US, this is for the other side of the world. I will keep you all posted on the latest updates, including latest forecasts and analysis on the Indian Monsoon.

- Neerav B. Trivedi,
Amateur Meteorologist - 11+ years
Northeastern United States Weather Forecaster

**Options:** Reply To This Message • Quote This Message • Report This Message

**Re: 2007 Indian Monsoon Forecast & Needed Updates**
Posted by: **Neerav Trivedi** (IP Logged)
Date: May 13, 2007 06:54AM

First Update on the 2007 Indian Monsoon Forecast

Date: Sunday, May 13, 2007 @ 4:00 PM IST (GMT + 5:30 hours)

ANALYSIS:

On Thursday, May 10, 2007, the Indian Monsoon season officially began, with the monsoon rains hitting the southern-most sections of Lakshadweep and the southern half of Andaman & Nicobar Islands in the Bay of Bengal. The onset of the 2007 Indian Monsoon season is well within a margin of error 3 days, as mentioned in the original forecast. Parts of Sri Lanka also

were hit, but not as badly as Lakshadweep and especially the southern portions of the Andaman & Nicobar Islands, who have been inundated with heavy rains. We expect that to continue for the next couple of weeks, even as the Indian monsoon advances further into the Indian Subcontinent, by which time, more than half of the Indian Subcontinent will be affected by the monsoon.

However, even though the monsoons started a day earlier than was forecasted (but within the margin of error), its progress is still rather slow. As of this update, the monsoon rains are still affecting only Lakshadweep and the Andaman & Nicobar Islands, and will reach the areas forecasted to be affected by the original date of May 11, a few days later, since its progress is slower than we thought it would be. Having done that, we did make the appropriate adjustments, as the dates will now be pushed back to consider this new information.

Here are the updated dates and the areas that will be affected by the 2007 Indian Monsoon Season, with a margin of error of 3 days:

May 17, 2007: The monsoons by this time, will cover the Lakshadweep Islands, the southern-most tip of India (Thiruvananthapuram), Sri Lanka, and the Andaman & Nicobar Islands. This includes the southern-most portions of the state of Kerala and Tamil Nadu in southern India.

May 25, 2007: The monsoon rains will creep northward, and by this time, all of Kerala and Tamil Nadu will be inundated, and the rains will spread their tentacles into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore, Chennai, and Pondicherry). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

June 1, 2007: The rains will march northward, engulfing the rest of Andhra Pradesh (including Hyderabad), Goa, the eastern-most sections of the state of Maharastra, Karnataka. The rains will also inundate the remaining portions of Chhattisgarh and Orissa, Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), and the eastern half of Nepal, Sikkim, and the southern half of the state of Maharastra. The remaining portions of northeastern India, including the remnants of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan, the southern portions of the state of Chhattisgarh. West Bengal and costal areas of the state of Orissa will also be affected. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.
June 15, 2007: The monsoon rains will overspread all of the states of Madhya Pradesh (including the city of Bhopal), the eastern quarter of Rajasthan, and a majority of Uttar Pradesh (including the city of Lucknow), and will stop at the border between the state of Uttarakhand and the nation of Nepal. Up to this point in time, the states of Diu, Dadra & Nagar Haveli, and most of the state of Gujarat, up to the city of Gandhinagar, will be in the monsoon rains, as well as the remaining portions of the state of Maharastra, including the city of Mumbai. The city of Mumbai will receive the rains by June 5, the cities Rajkot, Ahmedabad, Bhopal and Lucknow will receive the rains by the June 10, and Gandhinagar and the upper border of the forecast region will get the rains by June 15. By this time, 80% of the Indian Subcontinent will be affected by the monsoon.

July 1, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayas.

July 15, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last stop for the advancement of the monsoon rains. From here on out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

******The next update on the monsoons will be on Thursday, May 17, 2007, or as deemed necessary, based on the changing conditions of the monsoon******

- Neerav B. Trivedi,
Amateur Meteorologist - 11+ years
Northeastern United States Weather Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

**Re: 2007 Indian Monsoon Forecast & Needed Updates**
Posted by: **Neerav Trivedi** (IP Logged)
Date: May 16, 2007 10:30AM

Second Update on the 2007 Indian Monsoon Forecast

Date: Wednesday, May 16, 2007 @ 4:00 PM IST (GMT + 5:30 hours)

Analysis: The progresses of the Indian Monsoons are still rather slow in nature, so in that light, we have again readjusted the forecast to reflect this fact. The Indian Meteorological Department has forecasted the monsoon rains to hit the state of Kerala in southern India, and hence, the mainland of India, by May 24, which is eight days from today, with a margin of error of 3 days. We think that this is realistic, and agree wholly with this forecast, as the rains will still be that slow in its progress. This is confirmed looking at the location of the monsoon winds and the medium-ranged computer models. The previous forecast for the monsoons to hit the southern tip of India on May 17 in the last update, were also not realistic, given the slow nature of the progress of the monsoon winds/rains.

Here are the updated dates and the areas that will be affected by the 2007 Indian Monsoon Season, with a margin of error of 3 days:

May 24, 2007: The monsoons by this time, will cover the southern portions of Lakshadweep Islands, the southern-most tip of India (including the cities of Thiruvananthapuram, Tiruchchirappalli, and Pondicherry), Sri Lanka, and the Andaman & Nicobar Islands. This includes the southern-most portions of the state of Kerala and Tamil Nadu in southern India.

May 28, 2007: The monsoon rains will creep northward, inundating the rest of Lakshadweep and Tamil Nadu. The rains will spread into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore and Chennai). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

June 1, 2007: The rains will march northward, engulfing 90% of the state of Andhra Pradesh just north of Hyderabad and the eastern-most sections of the state of Maharastra, Karnataka, and the southern one-third of Chhattisgarh, costal Orissa, and the southern half of West Bengal. The rest of northeastern India, including the rest of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan will be affected by the monsoon rains at this time.

June 6, 2007: The northern-most sections of the states of Andhra Pradesh and Tamil Nadu, the state of Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), the eastern half of the nation of Nepal, and Sikkim will be hit by the monsoons. In addition, Goa, the southern one-third of the state of Maharastra, the remaining portions of the state of Chhattisgarh, West Bengal and the remaining areas of Orissa will also be affected. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 15, 2007: The monsoon rains will overspread all of the states of Madhya Pradesh (including the city of Bhopal), the eastern quarter of Rajasthan, and a majority of Uttar Pradesh (including the city of Lucknow), and will stop at the border between the state of Uttarakhand and the nation of Nepal. Up to this point in time, the states of Diu, Dadra & Nagar Haveli, and most of the state of Gujarat, up to the city of Gandhinagar, will be in the monsoon rains, as well as the remaining portions of the state of Maharastra, including the city of Mumbai.

July 1, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayas.

July 15, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last stop for the advancement of the monsoon rains. From hereon out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

The next update on the monsoons will be on Monday, May 21, 2007, or as deemed necessary, based on the changing conditions of the monsoons.

- Neerav B. Trivedi,
Amateur Meteorologist - 11 years
Northeastern United States Weather Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

**Re: 2007 Indian Monsoon Forecast & Needed Updates**
Posted by: **Neerav Trivedi** (IP Logged)
Date: May 29, 2007 06:50AM

Fourth Update on the 2007 Indian Monsoon Forecast

Date: Tuesday, May 29, 2007 @ 4:00 PM IST (GMT + 5:30 hours)

Analysis: This fourth update on the Indian monsoon forecast is the first forecast for the currently active land invasion/assault on the mainland of India, starting in the southern tip of India. Looking at the models, the forecast looks to be on track, as the landfall was officially made on May 28, when the monsoon rains are hit the mainland of India, starting with the southern tip of India, and move northward. Now that the monsoons hit the mainland of India, it is uncertain whether it will speed up, slow, or stall, and therefore, predicting who will be hit and when is quite difficult to do, given the amount of uncertainty in the progress of the monsoon. Therefore, we have decided to adjust the forecast accordingly and go with some new dates, as seen below.

Here are the date ranges and the areas in that time that will be affected by the monsoon rains:

May 30, 2007: The monsoon rains will head northward, inundating the rest of Lakshadweep and Tamil Nadu. The rains will spread into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore and Chennai). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

June 1, 2007: The rains will march northward, engulfing 90% of the state of Andhra Pradesh just north of Hyderabad and the eastern-most sections of the state of Maharastra, Karnataka, and the southern one-third of Chhattisgarh, coastal Orissa, and the southern half of West Bengal. The rest of northeastern India, including the rest of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan will be affected by the monsoon rains at this time.

June 3, 2007: The northern-most sections of the states of Andhra Pradesh and Karnataka, the state of Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), the eastern half of the nation of Nepal, and Sikkim will be hit by the monsoon rains. In addition, the Indian Monsoons will also affect Goa, the southern half of the state of Maharastra, the remaining portions of the state of Chhatisgarh, West Bengal and the remaining areas of Orissa. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 7, 2007: The rains will overspread and affect areas from the state of Dadra & Nagar Haveli, up through the city of Bhopal (in the state of Madhya Pradesh), Lucknow (in the state of Uttar Pradesh), and the western quarter of the nation of Nepal. The city of Mumbai will be hit by monsoon rains by June 5, which is 5 days earlier than the normal impact date.

June 11, 2007: The monsoons will affect an area starting from the northern limit of the previous period, and extend northward from Jamnagar to the city of Gandhinagar and affect the southern half of Gujarat. The rains will extend through eastern quarter of the state of Rajasthan, the western third of the state of Uttar Pradesh, and to the western border of Nepal.
June 27, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayas

July 15, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last stop for the advancement of the monsoon rains. From hereon out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

The next update on the monsoons will be as deemed necessary, based on the changing conditions of the monsoons

Discussion Forums - The Old Farmer's Almanac Case 1:07-cv-07328-SHS Document 9 Filed 10/17/2007 Page 26 of 45 Page 7 of 7

- Neerav B. Trivedi,
Amateur Meteorologist - 11 years
Northeastern United States Weather Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

Goto: Forum List • Message List • Search • Log In

Sorry, only registered users may post in this forum.

TEMPUR
FREE

Ads by Google

**Buy A Duplex House For**
Low Price. Realtors in Hyd-India Visit Now & Avail Free Registration
www.ghar4u.com

**2007 Flag**
Looking for 2007 Flag? Find exactly what you want today.
www.eBay.com

**New 2007 Convertibles**
Find a New 2007 Convertible That's Right for You & Log Onto VW.com.
www.VW.com

**Premium Black Teas**
Buy Teas in 150 varieties & more Secure shopping & Free Delivery
www.goldentipstea.com

About Us | Privacy Policy | Contact Us | Employment | Advertise | RSS Feeds | Site Search

Yankee Publishing Inc., P.O. Box 520, Dublin, NH 03444. USA. (603) 563-8111

Copyright ©2007, Yankee Publishing Inc. All rights reserved.

Interactive features developed and maintained by Reinvented Inc.

http://www.almanac.com/forum/read.php?9,215688,216298 10/11/2007

# GOVERNMENT OF INDIA
# INDIA METEOROLOGICAL DEPARTMENT

---

## SOUTHWEST MONSOON 2007
## END OF SEASON REPORT

### HIGHLIGHTS

- For the country as a whole, the seasonal rainfall from 1st June to 30th September was 105% of its long period average (LPA)
- Seasonal rainfall was excess by 26% over South Peninsula. It was deficient (15% below LPA) over Northwest (NW) India, 8% above LPA over Central India and 4% above LPA over Northeast (NE) India.
- Out of the 36 meteorological sub-divisions, the seasonal (June-September) rainfall was excess in 13 and normal in 17 sub-divisions. However, it was deficient in 6 sub-divisions.
- Out of 513 meteorological districts for which data were available, 72% of the meteorological districts received excess/normal rainfall and the remaining 28% received deficient/scanty rainfall during the season. 77 districts (15%) experienced moderate drought and 30 districts (6%) experienced severe drought at the end of the season.
- Five sub-divisions (viz. West Uttar Pradesh, Haryana, Chandigarh and Delhi, Punjab, Himachal Pradesh and east Madhya Pradesh) experienced moderate drought conditions (rainfall deficiency of 26% to 50%) at the end of the season.
- IMD's long range forecasts for July rainfall over the country as a whole and the 2007 seasonal rainfall over NW India and NE India were proved to be accurate. However, the 2007 monsoon seasonal rainfall over the country as a whole was more than the predicted value.

## 1. ONSET OF SOUTHWEST MONSOON

Southwest monsoon advanced over the south Andaman Sea, Nicobar Islands and parts of southeast Bay of Bengal on 10 May about 5 days ahead of its normal date. This was associated with the formation of a Depression over the north Andaman Sea (3rd – 5th May) and the strengthening of the cross equatorial flow. However, the subsequent advance, was delayed by the formation of the cyclonic storm 'Akash' (13th – 15th May) over the east central Bay which had an unconventional origin in the mid-latitude westerlies. The system moved northeastward and crossed Bangladesh coast. It disrupted the monsoon flow by prolonging the mid-latitude westerly intrusion over the region. The monsoon revived gradually and arrived over Kerala on 28th May, four days prior to the normal date. Once again, the monsoon flow pattern was disrupted due to the formation of the Super Cyclonic Storm 'Gonu' over the east central Arabian Sea (1st – 7th June) which crossed Oman coast and subsequently the Makaran coast. Further advance of monsoon took place on 8th June, after a hiatus of 9 days. It covered the north-eastern states by 10th June, Peninsular and Central India by 25th June and subsequently the entire country on 4th July, nearly 11 days ahead of normal date.

Fig. 1 gives the isochrones of advance of southwest monsoon 2007.

## 2. SYNOPTIC FEATURES

Formation of two intense low pressure systems over the Arabian Sea in the month of June is a unique feature of the southwest monsoon 2007, barring the years 1948, 1930, 1925 & 1907. Gonu is the first ever Super Cyclone formed over the Arabian Sea. The Cyclonic Storm, 'Yemyin' (25-26 June) formed from the remnants of a Deep Depression which formed over the Bay of Bengal and emerged into the Arabian Sea as a low pressure area after traversing the peninsula. This system moved away north-westwards and crossed Pakistan coast, without affecting the weather over the country. Apart from the above two Cyclonic Storms, 11 more low pressure systems including 4 Deep Depressions, 1 Depression, 4 well marked low pressure areas and 2 low pressure areas formed during the season. Most of these systems formed over the Bay of Bengal except a well marked low pressure area (23rd – 25th September) which formed over the Arabian Sea in September. All the systems over the Bay of Bengal moved generally in a west-northwesterly to northwesterly direction, giving rise to extremely heavy rainfall (25 cm. or more) many a times over Orissa, Gangetic West Bengal, Bihar, Andhra Pradesh, Chhattisgarh, Madhya Pradesh, Rajasthan, Gujarat and also in Maharashtra and Karnataka.

Tracks of the Cyclonic Storms and Depressions during the season are shown in Fig. 2.

## 3. RAINFALL DISTRIBUTION DURING MONSOON SEASON

The southwest monsoon rainfall (June to September) for the period 1 June to 30 September 2007 for the country as a whole and the four broad homogeneous regions are as follows:

| Region | Actual (mm) | Normal (mm) | Percentage Departure |
|---|---|---|---|
| All-India | 936.9 | 892.2 | 5% |
| Northwest (NW) India | 520.8 | 611.6 | -15% |
| Central India | 1073.8 | 993.9 | 8% |
| South peninsula | 907.3 | 722.6 | 26% |
| | | | |

| Northeast (NE) India | 1485.9 | 1427.3 | 4% |
|---|---|---|---|

In 2007, the southwest monsoon seasonal (June to September) rainfall over the country as a whole was 105% of its LPA. Seasonal rainfall over NW India was below its LPA by 15%. However, over south Peninsula, seasonal rainfall was above its LPA by 26%. Similarly, Central India and NE India also experienced above average seasonal rainfall (8% and 4% above LPA respectively). The above average performance of the monsoon rainfall over the country was mainly due to the excess rainfall observed over South Peninsula and Central India.

The cumulative rainfall from 1 June to 30 September 2007 was excess in 13, normal in 17 and deficient in 6 meteorological sub-divisions. The sub-divisionwise cumulative rainfall distribution is shown in Fig.3. Five sub-divisions (West Uttar Pradesh, Haryana, Chandigarh and Delhi, Punjab, Himachal Pradesh and east Madhya Pradesh) experienced moderate drought conditions (rainfall deficiency of 26% to 50%) at the end of the season. Arunachal Pradesh received deficient rainfall (20% below its LPA).

Out of 513 meteorological districts for which data were available, 144 districts (28%) received deficient rainfall (rainfall deficiency more than 19%) during the season, out of which 77 districts (15%) experienced moderate drought conditions (rainfall deficiency 26% to 50%) and 30 districts (6%) experienced severe drought conditions (rainfall deficiency 51% and more). The rainfall was excess ( actual rainfall higher than LPA by 20% or more ) over 164 districts (32%) during the season.

Month-wise distribution of rainfall departure over the country as a whole is given below:

**June**: 19% above LPA, **July**: 3% below LPA,
**August**: 1% below LPA **September**: 18% above LPA

The spatial distribution of monthly rainfall is shown in Fig.4.

Figures 5 and 6 depict the monsoon rainfall as received week by week and the cumulative rainfall during the season respectively. In June, the weekly rainfall was below normal during the first two weeks and above normal during the remaining weeks. In July, the rainfall was above normal during the first two weeks and below normal during the remaining weeks. In August, the rainfall was below normal during all weeks except the first week. In September, the rainfall was below normal during the 3rd week and above normal during all other weeks. Large rainfall deficiency was observed during the 1st week of June, 3rd and 4th weeks of July and 3rd week of August. During the season, cumulative seasonal rainfall over the country as a whole remained always above normal since last week of June (Fig.6). By this week, the cumulative seasonal rainfall was above normal by 7%. At the end of subsequent week (1st week of July) the cumulative seasonal rainfall increased and became above normal by 20%. However, by the end of July, the cumulative seasonal rainfall decreased and became 3% above normal. At the end of August, the cumulative seasonal rainfall was 2% above normal, and it became 5% above normal by end of the season.

4. **Flood situations**

The uneven distribution of rainfall in space and time caused flood situations in many states viz. Assam, Meghalaya, Arunachal Pradesh, Manipur, Tripura, Andhra Pradesh, Kerala, Karnataka, Maharashtra, Orissa, Chattisgarh, Gujarat, Rajasthan, Madhya Pradesh, West Bengal, Jharkhand, Bihar, Uttar Pradesh, Himachal Pradesh, Uttarakhand, Jammu & Kashmir, Punjab and Haryana during various parts of the season.

5. **Withdrawal of southwest monsoon.**

This year, there was an unusual delay in the withdrawal of monsoon from extreme west Rajasthan, due to the prevalence of cyclonic circulations, availability of moisture and sporadic rainfall over the region. However, the southwest monsoon withdrew from western parts of Rajasthan and some parts of Punjab and Haryana on 30th September. The normal date of withdrawal from west Rajasthan is 15th September. During the period 1960-2006, the most delayed date of monsoon withdrawal from extreme west Rajasthan was 28th September, which occurred in the years 1964 & 1970. In the year 1990 also the withdrawal started as late as 27th September.

6. **LONG RANGE FORECAST OF MONSOON RAINFALL**

In May 2007, using an indigenously developed statistical model, IMD predicted that monsoon onset over Kerala would take place on 24th May with a model error of ±3 days. This year, the monsoon onset over Kerala was on 28th May, four days earlier than its normal date of 1st June.

As per the long range forecast for the 2007 southwest monsoon seasonal rainfall issued in April, the seasonal rainfall for the country as a whole was expected to be 95% of LPA with a model error of ± 5%. In the updated forecast issued on 29 June, the forecast for the country as a whole was revised as 93% of LPA with a model error of ± 4%. The season ended with the area-weighted rainfall for the country as a whole at 105% of the LPA, more than the error limit of the IMD's long range forecast. Considering 4 broad homogenous regions of India, rainfall was expected to be 90% of its LPA over NW India, 96% of LPA over Central India, 98% of LPA over NE India and 94% of LPA over South Peninsula with a model error of ±8%. The actual rainfall over these 4 regions was 85%, 108%, 104% and 126% of the LPA respectively. Thus, the seasonal rainfall over NW and NE India was well-predicted, whereas the rainfall over both Central India and South Peninsula was higher than predicted.

IMD also issued the long range forecast for rainfall over the country as a whole in July 2007 as 95% of its LPA. The actual rainfall in July 2007 was 97% of LPA, very close to the predicted value. The Table below gives the summary of the verification of the long range forecasts issued for the 2007 southwest monsoon.

**Table**

**Details of long range forecasts and actual rainfall.**

| Region | Period | Issued on | Forecast | Actual |
|---|---|---|---|---|
| | | | | |

| | | | | |
|---|---|---|---|---|
| All India | June to September | 19 April, 2007<br>29 June, 2007 | 95% of LPA ± 5%<br>93% of LPA ± 4% | 105% of LPA |
| All India | July | 29 June, 2007 | 95% of LPA ± 9% | 97% of LPA |
| Northwest India | June to September | 29 June, 2007 | ~~90% of LPA ± 8%~~ | 85% of LPA |
| Northeast India | | | 98% of LPA ± 8% | 104% of LPA |
| Central India | | | 96% of LPA ± 8% | 108% of LPA |
| South Peninsula | | | 94% of LPA ± 8% | 126% of LPA |

Fig.1. Progress of Southwest Monsoon – 2007.



Fig.2. Tracks of the low pressure systems over Indian seas during the Southwest Monsoon Season– 2007.

# भारत मौसम विज्ञान विभाग
# INDIA METEOROLOGICAL DEPARTMENT



Fig.3. Sub-divisionwise rainfall distribution over India during southwest monsoon season (June to September) – 2007



Fig.4. Sub-divisionwise monthly rainfall distribution over India
    during southwest monsoon season – 2007



Fig.5. Progress of the weekly monsoon rainfall - 2007



Fig.6. Progress of the weekly cumulative monsoon rainfall - 2007

# EXHIBIT "4"

JUDGE KARAS

07 CV 6467

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OLDENDORFF CARRIERS GMBH & CO.,

Plaintiff,

- against -

J.K. INTERNATIONAL PTY. LTD.,

Defendant.

07 Civ

ECF CASE

JUL 17 2007
U.S.D.C. S.D. N.Y.
CASHIERS

**VERIFIED COMPLAINT**

Plaintiff, OLDENDORFF CARRIERS GMBH & CO., ("Plaintiff"), by and through its attorneys, Lennon, Murphy & Lennon, LLC, as and for its Verified Complaint against the Defendant, J.K. INTERNATIONAL PTY. LTD., ("Defendant") alleges, upon information and belief, as follows:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure and 28 United States Code § 1333.

2. At all times material to this action, Plaintiff was, and still is, a foreign corporation, or other business entity organized and existing under the laws of Germany.

3. Upon information and belief, Defendant was, and still is, a foreign corporation, or other business entity organized and existing under the laws of Australia.

4. At all material times, Plaintiff was the disponent Owner of the motor vessel "FREDERIKE OLDENDORFF" (hereinafter the "Vessel").

5. By a charter party dated April 12, 2007, Plaintiff chartered the Vessel to Defendant for a duration of about 65-70 days.

6. During the course of the charter, disputes arose between the parties regarding Defendant's failure to pay hire due and owing under the charter party contract.

7. As a result of Defendant's breach of charter party contract, Plaintiff has sustained damages in the principal amount of $989,733.37, exclusive of interest, arbitration costs and attorneys fees. Please find annexed hereto as Exhibit "1" the most recent hire statement issued by the Plaintiff.

8. Pursuant to the charter party, all disputes arising thereunder are to be submitted to arbitration in London with English Law to apply.

9. Despite due demand, Defendant has failed and/or refused to pay the sums due and owing to Plaintiff.

10. Thus, Plaintiff is preparing to commence arbitration proceedings against Defendant on its claims.

11. Interest, costs and attorneys' fees are routinely awarded to the prevailing party in proceedings subject to English Law. As best as can now be estimated, Plaintiff expects to recover the following amounts in the Final Arbitration Award(s):

| | | |
|---|---|---|
| A. | Principal claim: | $989,733.37 |
| B. | Interest on claims:<br>3 years at 7.5%, compounded quarterly | $247,152.63 |
| C. | Estimated attorneys' fees and expenses: | $170,000.00 |
| D. | Estimated arbitration costs: | $80,000.00 |
| **Total** | | **$1,486,886.00** |

12. The Defendant cannot be found within this District within the meaning of

Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during the pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of one or more garnishees which are believed to be due and owing to the Defendant.

13. The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, and also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching, *inter alia*, any assets of the Defendant held by the aforesaid garnishee for the purpose of obtaining personal jurisdiction over the Defendant, and to secure the Plaintiff's claims as described above.

**WHEREFORE**, Plaintiff prays:

A. That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Verified Complaint;

B. That the Court retain jurisdiction to compel the Defendant to arbitrate in accordance with the United States Arbitration Act, 9 U.S.C. § 1 *et seq.*;

C. That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, also pursuant to the United States Arbitration Act, 9 U.S.C. §§ 1 and 8, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds held by any garnishee within the District which are due and owing to the Defendant,

in the amount of $1,486,886.00 calculated to date to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

D. That this Court recognize and confirm any arbitration award(s) or judgment(s) rendered on the claims set forth herein as a Judgment of this Court

E. That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof;

F. That this Court award Plaintiff its attorney's fees and costs of this action; and

G. That the Plaintiff have such other, further and different relief as the Court may deem just and proper.

Dated: July 17, 2007
New York, NY

The Plaintiff,
OLDENDORFF CARRIERS GMBH & CO.

By: ______________________

Nancy R. Peterson (NP 2871)
Patrick F. Lennon (2162)
LENNON, MURPHY & LENNON, LLC
420 Lexington Ave., Suite 300
New York, NY 10170
(212) 490-6050 – phone
(212) 490-6070 – fax
nrp@lenmur.com
pfl@lenmur.com

## ATTORNEY'S VERIFICATION

State of New York )
) ss.: New York
County of New York )

1. My name is Nancy R. Peterson.

2. I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3. I am an attorney in the firm of Lennon, Murphy & Lennon, LLC, attorneys for the Plaintiff.

4. I have read the foregoing Verified Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5. The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6. The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7. I am authorized to make this Verification on behalf of the Plaintiff.

Dated: July 17, 2007
New York, NY

Nancy R. Peterson

# EXHIBIT 1

M67

15Jul07 12:19 SN

# Frederike Oldendorff

## Statements-Invoices Status to Date

Charterer : J.K.International Pty.Ltd.
Reference : 071151
CP Date : 11Apr2007

Owner : Oldendorff Carriers GmbH & Co.KG

Printed By : SN

Brokers : CTL WESTRANS VANC,CA / Transworld Brisbane

Voyage : 071151

| | DR | CR |
|---|---|---|
| Plus Hire 90.000000 days between 20Apr2007 4:10 and 19Jul2007 4:10 at 32,900.00 USD per day | 2,961,000.00 | |
| Plus CVE 90.000000 days at 1,500.00 USD per 30 day | 4,500.00 | |
| Net Period Address Commission | 0.00 | 74,025.00 |
| Plus total raised Ballast Bonus | 550,000.00 | |
| Less Address Commission of 2.500% | | 13,750.00 |
| **Bunkers** | | |
| Plus total BOD 661.860 MT IFO @ 320.00 USD/MT | 211,795.20 | |
| Plus total BOD 21.970 MT MDO @ 650.00 USD/MT | 14,280.50 | |
| **Additional Items** | | |
| 77506 Plus Lieu of cleaning : ILOHC voy-071151 | 5,000.00 | |
| 77955 Less Surveys : on hire survey total cad 486 2 parties voy-071151 (CAD 243.00 @ 0.886258) | | 215.85 |
| 77955 Less Surveys : full off hire survey total inr 10000 + 12.36% service tax 50/50 voy-071151 (INR 11,236.00 @ 0.024731) | | 277.88 |

18Jul07 12:19 SN

| | | |
|---|---|---|
| Less Total Paid | | 2,688,573.50 |
| Net credits / debits | 3,746,575.70 | 2,758,842.33 |
| Balance due to Owners | | 989,733.37 |
| | 3,746,575.70 | 3,746,575.70 |

| Date | Ref.no. | Payment no. | |
|---|---|---|---|
| 23Apr2007 | 71209 | 1/23042007 | 1,243,457.23 |
| 8May2007 | 72891 | 2/08052007 | 465,156.26 |
| | 73478 | 3 | 0.00 |
| 22May2007 | 74070 | 4/22052007 | 485,694.23 |
| | 74078 | 5 | 0.00 |
| | 74810 | 6 | 0.00 |
| | 75808 | 7 | 0.00 |
| | 77303 | 8 | 0.00 |
| | 77306 | 9 | 0.00 |
| | 77895 | 10 | 0.00 |
| | 78119 | 11 | 0.00 |
| | 78788 | 12 | 0.00 |
| | 78817 | 13 | 0.00 |
| | 78820 | 14 | 0.00 |
| | 78823 | 15 | 0.00 |
| | 78852 | 16 | 0.00 |
| 16Jul2007 | 78855 | 17/16072007 | 494,265.88 |
| Total Paid | | | 2,688,573.50 |

HSH Nordbank AG
Benef. Name: Oldendorff Carriers GmbH & Co. KG
Benef. A/c no.: 115000 5690 IBAN DE13210500001150005690
Benef. Bankname,Country: HSH Nordbank AG, Hamburg; Germany
Swift, ABA Transit no. etc.: HSHNDEHH
Corres. Bankname, Swift: The Northern Trust Int., A/C 105379-20230 SWIFT CNORUS33