```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

J.K. INTERNATIONAL PTY.LTD.,          :     07 Civ. 7328 (SHS)

          Plaintiff,          :

    -against-          :     ORDER

OLDENDORFF CARRIERS GMBH & CO.,          :

          Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present participating via telephone,

    IT IS HEREBY ORDERED that:

    1.    The Clerk of Court is directed to remove this action from the suspense calendar and restore it to this Court's active docket;

    2.    The last day for plaintiff to oppose defendant's motion to vacate the attachment is November 19, 2007;

    3.    The last day for defendant's reply to its motion is November 30, 2007.

Dated: New York, New York
       October 26, 2007

                                     SO ORDERED:

                                     _____
                                     Sidney H. Stein, U.S.D.J.