# Hardison Declaration Exhibit 2

# RAWLE & HENDERSON LLP



CARL D. BUCHHOLZ, III
215-575-4235
CBUCHHOLZ@RAWLE.COM

LILIAN V. PHILIPOSIAN
215-575-4237
LPHILIPOSIAN@RAWLE.COM

THE NATION'S OLDEST LAW OFFICES
ESTABLISHED 1783

www.rawle.com

THE WIDENER BUILDING
ONE SOUTH PENN SQUARE
PHILADELPHIA, PA 19107

TELEPHONE:(215) 575-4200
FACSIMILE:(215) 563-2583

August 20, 2007

**Via Email: mhardison@evw.com**
Michael O. Hardison, Esquire
Eaton & Van Winkle LLP
3 Park Avenue
New York, NY 10016

    Re:    **J.K. International Pty. Ltd. v. Oldendorff Carriers Gmbh & Co.**
            **S.D.N.Y. 07-CV-7328**
            **Our File No.: 442,183-351**

Dear Mr. Hardison:

Pursuant to the writ of maritime attachment served by you on behalf of J.K. International Pty. Ltd. on The Bank of New York Mellon, funds being wired transferred through the Bank to Oldendorff Carriers Gmbh Co. KG in the amount of $4,723,237.92 were restrained on August 20, 2007.

Also, pursuant to Local Admiralty Rule B.2 of the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York, please notify defendant of the restraint of these funds and provide the undersigned with confirmation of the notification.

If you have any additional questions regarding the restrained funds, please give me call.

Very truly yours,

RAWLE & HENDERSON LLP

By:
    Carl D. Buchholz, III
    Lilian V. Philiposian
CDB/LVP/kg
cc:    Robyn Monaco — Email: rmonaco@bankofny.com

2133423-1