# Blacker Declaration Exhibit 1

Report F070626430 - FREDERIKE OLDENDORFF - RMG 380 Conforms - EFN 53
From: Viswa Lab [customerhelp@viswalab.com]
Sent: Freitag, 1. Juni 2007 23:00
To: VBSK Fleet B; VBSK Fleet A; A8FY8@globeemail.com;
fuelreports@viswalab.com
Subject: Report: F070626430 - FREDERIKE OLDENDORFF - RMG 380: Conforms -
EFN: 53


FROM
VISWA LAB


TO
SCHULTE VBSK
ATTN: Mr. Graham Johnston


Fuel Sample                    FREDERIKE OLDENDORFF
VLC Log No.                    F070626430  Date 06/01/07
Bunk. Port and Date            SINGAPORE, SINGAPORE - 05/28/07
Place and Date Sent            SINGAPORE - 06/01/07
Supplier                       GAS TRADE
Date Received at VLC           06/01/07
Sample Type per Customer       IFO 380
Grade                          RMG 380
Tamper Proof                   672874 : Sealed

Customer furnished data:
Quantity                       900  M.Tons

SPECIFIED PARAMETERS FOR RMG 380

Density @ 15 degC      987.1  kg/m3    (991.0   Max)
API Grade              11.77           ( 11.20  Min)
Viscosity @ 50 degC    357.84 cSt      (380.00  Max)
Viscosity @ 100 degC   33.8   cSt      ( 35.0   Max)
Upper Pour Point       16     degC     ( 30     Max)
Carbon Residue         11.79  %wt.     (18.00   Max)
Ash                    0.040  %wt.     ( 0.150  Max)
Water                  0.30   %vol.    ( 0.50   Max)
Sulfur                 2.75   %wt.     ( 4.50   Max)
Sediment               0.03   %wt.     ( 0.10   Max)
Vanadium               103    wt.ppm   ( 300    Max)
Al + Si                34     ppm      ( 80     Max)
Flash Point            > 65   degC     ( 60     Min)

ADDITIONAL PARAMETERS

SI       15 ppm
AL       19 ppm
Na       37 ppm
Ca       13 ppm
Fe       13 ppm
Pb     < 1 ppm
Ni       14 ppm
P      < 1 ppm
Zn     < 1 ppm
Mg        2 ppm
CCAI           849
Calorific value      40.23 MJ/kg
Minimum Transfer Temperature                      42 degC
Injection Temperature (For 13 cSt Viscosity) 133 degC
Engine Friendliness Number (EFN: 1-100)       53

GRADE CONFORMANCE
The fuel sample tested conforms to grade RMG 380.

Report F070626430 - FREDERIKE OLDENDORFF - RMG 380 Conforms - EFN 53
COMMENTS
DENSITY WAS CONFIRMED BY REPEATED ANALYSIS.

SUGGESTIONS & RECOMMENDATIONS TO SHIP OWNERS/OPERATORS/TECHNICAL STAFF

---

Temperature for injection viscosity 10 is 145°C.
Temperature for injection viscosity 15 is 128°C.

PERCENTAGE WATER

Observation:   Presence of water noted.
-------------------
Ensure water removal through settling and purification.

POUR POINT

Observation:
----------------------------------------
Heat and store this fuel at 10°C above the measured pour point temperature.

SODIUM

Observation:   Presence of high sodium noted.

Source of sodium content may be from sea-water mixed with fuel.

High sodium will cause trumpet formation on fuel nozzle and affect combustion
efficiency. Removal of existing water may help reduce the sodium level.

CCAI

Observation:   Ignition delay is indicated by CCAI greater than 840 for
medium-speed engines and greater than 870 for low-speed engines.

OVERALL QUALITY:

Engine Friendliness Number (EFN) is a unique bench-mark of fuel quality,
evaluated by VISWA LAB from the point of view of engine wear and tear resulting
from the use of this fuel. Based on EFN, which is calculated from the analysis
results listed in this report, the quality of this fuel is above average.

NOTE:  The conformance of this fuel to the contracted specifications may have no
relationship to the evaluation of this fuel based on EFN.

*****************************************************************************
*****
You can view this and earlier reports online at
http://www.viswalab.com/vlclogin.htm
Questions? Call Dr. R.Vis,
Tel(713)-842-1985 Fax(713)-842-1981
REPORT PREPARED Ms K Vis