# Mohan Declaration Exhibit 1

From: Narayan Nethrakere [mailto:sot@vsnl.com]
Sent: Thursday, 8 November 2007 1:59 PM
To: Murthy Sarraju
Cc: Sandeep Mohan - JKI
Subject: Frederike Oldendorff
Importance: High

**SUBJECT : MV FREDERIKE OLDENDORFF**

Please find as set out below our comments on the Frederick Oldendorff and the relevant sequence of events.

1. **ETA advices**
   a) On 16-May-2007, Transworld (Jude) appointed Sahi Oretrans as agents for Frederike Oldendorff and advised that the vessel's ETA Mumbai ETA 02-june-2007
   b) On 18-May-2007, Jude asked JKI to advise discharge plan for Fredrike Oldendorff. In this msg, it was also stated that vessel's ETA Singapore would be 26-May-07. Basis this ETA at Singapore, Vessel would have arrived at Mumbai by 2/3-June-07. However on 28-May-07, Master advised Sahi Oretrans that vessel is under fumigation at Singapore and ETD Singapore 29-May-07 which means that vessel may have reached Singapore only on 28-May instead of originally advised 26-May.07. We do not know the reason for this delay in reaching Singapore.

2. Mumbai agent, Sahi Oretrans received an email from VBSK on 22-May-07 regarding dispatch of a courier for the vessel in which vessel's ETA as 01-June-07 was also informed. The copy of this email is attached herwith. In our opinion, VBSK are owner' managers. Throughout the entire period of voyage, VBSK dealt with us on all owners' matters pertaining to Frederike Oldendorff. Hence there is no reason to believe that owners were not informed by charterers that vessel's discharge port would be Mumbai.

3. When a vessel is due to arrive at Mumbai port, the agent makes a application to the port authorities. Subsequent to port's acceptance of the vessel, customs would be approached for necessary permission for discharging of cargo at anchorage(s) which is normally done either 48 or 24 hours before vessel's arrival in port. Accordingly, on 26-May-07 Sahi Oretrans wrote to Deputy Manager, Cargo Accountal, Mumbai Port trust requesting for necessary permissions which was granted by the concerned officer with the note "Please allow on proper verification to store". Subsequent customs permission would have been obtained around 01-June-07 if vessel was to maintain her originally indicated ETA Mumbai.

4. Charterers at JKI have been discharging bulk peas cargo at Mumbai outer anchorage (BFL). The cargo thus lightened into barges from mother vessel is further off-loaded from barges at alongside berths at Mumbai port Indira dock. At times, part cargo is lightened into barges at outer anchorage and subsequently the vessel is brought to inner anchorage to resume the discharge operations as the situation demands. In case of Frederike Oldendorff, charterers had planned to commence the discharging at outer anchorage basis vessel's ETA Mumbai 02-June-07 and complete all the discharge operations at outer anchorage. However, in case of any contingency, vessel could be shifted to inner harbour of Mumbai port once the draft is reduced to 10.5 M. Keeping this in mind, we had asked for the relevant information from the master regarding the quantity to be discharged to achieve the draft of 10 or 10.5 M draft. As is known now, the onset of monsoon at Mumbai port started only on 18-June-07 and surely, all

the discharge operations could have been completed at BFL in good time without having to shift the vessel to inner anchorage and incur the burden of port charges, berth hire, pilotage etc at Mumbai.

5. There was no doubt that vessel's original sole discharge port was Mumbai until vessel's delayed ETA forced charterers to divert the vessel to Mundra for part cargo discharge. The Agents, Sahi Oretrans filed Import manifest with Mumbai customs on 04-June-07 under IGM no. 24395 (P/E) for total quantity of 46,918.298 MT. In the light of vessel's subsequent diversion, a fresh manifest was filed with Mumbai customs under IGM no. 24479 on 11-June-07 for 39,631.302 MT cargo as 7,286.996 Mt was manifested at Mundra port. A copy of IGM no. 24395 (P/E) and the agents' letter dated 17-Aug-07 addressed to Asstt. Commissioner of Customs, Export Dept, New Customs house, Mumbai for cancellation of original IGM no. 24395 is enclosed herewith for ready reference. Export Rotation no. obtained for the vessel from Mumbai customs exports dept on 01-June-2007 is also attached herwith.

6. Though the vessel sailed from Singapore on 29-May-07, master's first ETA advice was received by Mumbai agents for the first time on 31-May-07. The sequence of ETA advices received from master by agents was as follows :
   Received on 31-May-07        ETA 06-June-07 1600 hrs LT
   Received on 01-June-07       ETA 06-June-07 1600 hrs LT
   Received on 03-June-07       ETA 07-june-07 1300 hrs LT
   Received on 04-June-07       ETA 07-June-07 1630 hrs LT
   Received on 05-June-07       ETA 08-June-07 0410 hrs LT
   Received on 06-June-07       ETA 10-June-07 0810 hrs LT

   Initially when the agents received Master's ETA advices as 06-June-07, the master was requested by the agents to advise the quantity to be discharged for achieving the draft of 10.5 or 10 M even keel draft. This was asked with the specific purpose of planning the shifting the vessel from BFL to Inner anchorage after reducing the draft at BFL to above-required levels, if the prevailing situation warrants. At this point of time, it was all planned to discharge the entire cargo at Mumbai port. Agents, after receipt master's ETA advice on 04-June-07, advised master that charterers may divert the vessel to Kandla to discharge part cargo at Kandla so that she can return to Mumbai with an arrival draft of 10.5M. Charterers had neither decided nor instructed on diverting the vessel at this point of time but were having the information ready to know the possibilities and implications in the light of vessel's delayed ETA and further delay, if any. This can be substantiated from the fact that even on his message of 06-June-07 to agents, master while informing that due to M/E trouble the vessel was proceeding with the speed of 6 knots, clearly stated vessel's ETA MUMBAI as 10-June-07 0810 LT. Even at that point of time, no instruction was given to the vessel to proceed to another port. But after receiving this msg from master, charterers were left with no other option but to take a decision to divert the vessel to Mundra as master felt Kandla was not a safe port. Charterers' intention always was to discharge the entire cargo at Mumbai which would have been possible if vessel would have maintained her original ETA of 1st or 2nd or even as late as 06-June-07.

7. Barges would have been available at Mumbai after 26-May-2007.
Best regards
Narayan

Page 1 of 1

## SAHI

From: "Back" <Back@vbsk.de>
To: <sot@vsnl.com>
Cc: "PUB juergen.schulte" <pf.juergen.schulte@schultegroup.local>; "Bremer" <Bremer@vbsk.de>
Sent: Tuesday, May 22, 2007 1:44 PM
Subject: Shipmail for Frederike Oldendorff

Dear Sirs,
We sent you the ship's mail for our vessel MV Frederike Oldendorff (Juergen Schulte) via our forwarder TNT. The air way bill no. is GE698545845WW. Please be so kind and confirm receipt at you earliest convenience. The confirmation e-mail is supposed to go to following e-mail address:

secretariat@vbsk.de
The ETA is 01.06.07. We kindly ask you to forward the ship's mail to the vessel in time.


Kind Regards / Mit freundlichem Gruß
VBSK (Vorsetzen Bereederungs -und Schiffahrtskontor GmbH & Co. KG)
Johanna Back
Senior Team Assistant
Glockengießerwall 3
20095 Hamburg
Germany
Tel: +49 (0) 40 82 22 65 613
Fax: +49 (0) 40 82 22 65 650
Mobile: +49 (0) 173 165 94 23
E-mail: secretariat@vbsk.de
www.vbsk.de

**FORM III**
**Cargo Declaration**
(See Regulation 3 and 4)

Name of Shipping Line, Agent etc: SAHI ORETRANS (PVT.) LTD., JX INTERNATIONAL PTY. LTD.

| 1. Name of Ship: MV FREDERIKE OLDENDORFF | Voyage : V001 | 2. Port where report made : Mumbai |

| 3. Nationality of Ship : LIBERIA | 4. Name of Master : ARDAKOV VIKTOR | 5. Port of Loading : Vancouver |

Page 1

| 6. Line No. | 7. B/L of Lading No. | 8. No. & Kinds of Packages, e.g. cases, cartons, bags, bales, pieces collected | 9. Marks & Number | 10. Gross weight | 11. Goods Description | 12. Name of Consignee/Importer if different | 13. Date of Presentation of B/E | 14. Name of Custom House Agent | 15. Rotation No. Cash/Deposite W.R. No. No. of Pkgs on which duty collected of by port truck) of pkgs warehoused discharged. Year(To be filled |
|---|---|---|---|---|---|---|---|---|---|
| 1 LC | 01 30/04/2007 | 1 BLK | NIL | 9480.00 MTS | 9,410 MT CANADIAN YELLOW PEAS From : Vancouver To : Mumbai | MMTC LTD. CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODHI ROAD, NEW DELHI - 110 003, INDIA. TO ORDER | | | |
| 2 LC | 02 30/04/2007 | 1 BLK | NIL | 3887.00 MTS | 3886.996 MT OF CANADIAN YELLOW SPLIT PEAS | SHADI RAM AND SONS MANDI LAMBRA, DIST. JALANDHAR, PUNJAB, INDIA TO ORDER | | | |
| 3 LC | 03 30/04/2007 | 1 BLK | NIL | 1310.00 MTS | 1310 MT OF CANADIAN YELLOW PEAS | SHARP MENTHOL INDIA LTD, SHARP HOUSE, PLOT NO. 9 LSC QUIRANWALA TOWN 1, NEW DELHI 27128901 TO THE ORDER. | | | |



| | | |
|---|---|---|
| Name of Shipping Line, Agent etc. | SABI ORETRANS (PVT.) LTD., JK INTERNATIONAL PTE. LTD. | 2. Port where report made : Mumbai |
| 1. Name of Ship | MV FREDERIKE OLDENDORFF    Voyage : V001 | 5. Port of Loading : Vancouver |
| 3. Nationality of Ship | LIBERIA    4. Name of Master : ARDAKOV VIKTOR | 6. Rotation No.    Page 1 |

| 8. Line No. | 7. Bill of Lading No. | 8. No. & Kinds of Packages, e.g. cases, cartons, bags, bales, pieces collected | 9. Marks & Number | 10. Gross weight | 11. Goods Description | 12. Name of Consignee/Importer Presentation if different | 13. Date of Customs | 14. Name of Custom House Agent | 15. Rotation No. Cash/Deposits W.R. No. | No. of Pkgs on which duty collected or warehoused | Year/To be filled Re-mF/No. by port trust/No. of pkgs discharged. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 LC | 30/04/2007 | 1 BLK | NIL | 3200.00 MTS | 3200 MT OF CANADIAN DAL MATAR | SHARP MENTHOL INDIA LTD. SHARP HOUSE, PLOT NO. 9 LSC GUJRANWALA TOWN I, NEW DELHI 171128901 TO THE ORDER | | | | | |
| 5 LC | 30/04/2007 | 1 BLK | NIL | 19150.00 MTS | 19,150 MT CANADIAN YELLOW PEAS | MMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODDHI ROAD, NEW DELHI-110 001, INDIA. TO ORDER | | | | | |
| 6 LC | 30/04/2007 | 1 BLK | NIL | 9430.00 MTS | 9,430 MT CANADIAN YELLOW PEAS | MMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODDHI ROAD, NEW DELHI-110 001, INDIA. TO ORDER | | | | | |

Name of Shipping Line Agent etc: SAHI OREITRANS (PVT.) LTD., JK INTERNATIONAL PTY. LTD.
1. Name of Ship: MV FREDERICK OLDENDORFF    Voyage: VC01
2. Port where report made: Mumbai
3. Nationality of Ship: LIBERIA
4. Name of Master: ARDAKOV VIKTOR
5. Port of Loading: Vancouver
15. Rotation No.:    Page 1

| 6. Line No. | 7. Bill of Lading No. | 8. No. & Kinds of Packages, e.g. cases, cartons, bags, bales, pieces collected | 9. Marks & Number | 10. Gross weight | 11. Goods Description | 12. Name of Consignee/Importer Presentation of B/E if different | 13. Date of Presentation of B/E | 14. Name of Custom House Agent | 15. Cash/Deposit W.R. No. | 16. No. of Pkgs on which duty collected of warehoused | 17. No. of Pkgs Yes/To be filled Rent(Rs.) by port trust/No. of Pkgs discharged |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 07 30/04/2007 | 1 BLK | NIL | 2440.00 MTS | 2,440 MT CANADIAN YELLOW PEAS | NMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODGHI ROAD, NEW DELHI-110 001, INDIA. TO ORDER | | | | | |
| 8 | 08 30/04/2007 | 1 BLK | NIL | 2621.302 MTS | 2621.302 MTS CANADIAN WHOLE YELLOW PEAS | POORNA DAL AND OIL INDUSTRIES LTD, 103/104 HADAPSAR INDUSTRIAL ESTATE, POONA 411013. TO ORDER | | | | | |
| 9 | 09 30/04/2007 | 1 BLK | NIL | 2800.00 MTS | 2800 MTS OF CANADIAN YELLOW SPLIT PEAS | POORA DAL OIL INDUSTRIES LTD, 71/A INDUSTRIAL ESTATE, HADAPSAR, PUNE INDIA 411 013. TO ORDER | | | | | |

| Name of Shipping Line/Agent etc | SAHI OCEANTRANS (PVT.) LTD. , J.K.INTERNATIONAL PTY. LTD. | | | | | |
|---|---|---|---|---|---|---|
| 1.Name of Ship | MV FRIEDERIKE OLLENDORFF | | Voyage : V001 | | 2. Port where report made : | Mumbai |
| 3.Nationality of Ship | LIBERIA | | 4.Name of Master : | ARBJAKOV VIKTOR | 5.Port of Loading : | Vancouver |
| | | | | | | Page 1 |

| Sr.Line No. | 7.Bill of Lading No. | 8.No. & Kinds of Packages, e.g cases,cartons,bags,bales,pieces collected | 9.Marks & Number | 10.Gross weight | 11.Goods Description | 12 Name of Consignee/Importer if different | 13.Date of Presentation of B/E | 14.Name of Custom House Agent | 15.Rotation No. Cash/Deposite No. of Pkgs on W.R.No. which duly collected of were housed | Year/To be filled by port trust/No. of pkgs discharged. |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | 10 | 1 | NIL | 1000.00 | 1000 MTS OF CANADIAN | POONA DAL AND OIL INDUSTRIES | | | | |
| LC | 30/04/2007 | BLK | | MT3 | YELLOW SPLIT PEAS | LTD, 71/A INDUSTRIAL ESTATE | | | | |
| | | | | | | HADAPSAR | | | | |
| | | | | | | PUNE INDIA 411 013 | | | | |
| | | | | | | TO ORDER | | | | |

Date & Signature of Master, satisfied agent

We hereby certify that item No. ___ is for account of our principals. We as agents are responsible for the full custom of cargo manifested under the above B/L and will be liable to the Customs for any penalty on items in case of any shortlandings/short landings and shortages. We have Mumbai agents of the vessel fully indemnified from any landings/short landing shortages under the above items. We certify all items indicated in this Hand copy as is held responsible represented in the magnetic medium.



# Sahi Oretrans (Pvt) Ltd

Ship-Agents * Chartering-Brokers * Shipping Consultants * Ship-Managers
30, Western India House, 3rd Floor, Sir P. M. Road, Fort, Mumbai 400001, India Tel.: (91-22) 2281 0033 (7 Lines)
Fax : (91-22) 2281 00 27 & 2281 00 28  Internet : sot@vsnl.com  CABLE : GURTEGSHIP
Operations Office : Marshall Building, 4th Floor, 20 Shoorji Vallabhadas Marg, Ballard Estate, Mumbai 400 038, India
Branches : All ports of - West Coast of India and East Coast of India

17th August 2007

The Assistant Commissioner of Customs
Import Department
New Custom House
Mumbai

RE : Cancellation of IGM no.24395 (P/E)
     File no. S/5 – 227/2007 Dated 5/6/2007

Dear Sir,

Our agency Vessel MV FREDERIKE OLDENDORFF was originally expected to arrive at Mumbai on 07-06-2007 to discharge 46918 MT cargo of bulk peas. Accordingly we had filed IGM no. 24395 (P/E). However due to vessel's excess arrival draft she did not have the possibility of berthing either alongside berth or at inner anchorage. In view of the same, the vessel was compelled to be diverted to Mundra port to discharge part cargo and subsequently return to Mumbai with the acceptable draft. Accordingly the vessel called Mundra and discharged 7286.996 MT. Thereafter the Vessel arrived at Mumbai on 18-07-2007 with 39631.302 MT bulk peas cargo.

We enclose herewith the copy of IGM for 7286.996 MT discharged at Mundra port.

We now request you to kindly cancel the above IGM no.24395 (P/E).

Thanking You,

Yours faithfully,
For SAHI ORETRANS P. LTD.,

As Agents.



Encl : Copy of Mundra IGM

NEW C\
E.D.I. Ser

Indian Custom EDI System - Exports (ICES/E)
New Custom House, Ballard Estate, Mumbai

Printed Date.01/06/2007\
Copy

FINAL Print for Rotation Number

Rotation Number : 15854                    Rotation Date : 01/06/2007

| Field | Value |
|---|---|
| Vessel Name | :FREDERIKE OLDENDORFF |
| Vessel Number | :A8FT8 |
| Vessel Nationality | :LR |
| Shipping line code | :JKZ |
| Ship Agent Code | :SOI |
| Rotation Number | :15854 |
| Rotation Date | :01/06/2007 |
| Master Name | :CAPT. ANDAKOV VIKTOR |
| Voyage Number | :V001 |
| Entry Inward Date | :06-JUN-07 |
| Next Port of Call | : Singapore |

## Narayan Nethrakere

**From:** "FREDERIKE OLDENDORFF" <A8FY8@globeemail.com>
**To:** <sot@vsnl.com>
**Sent:** Wednesday, June 06, 2007 1:15 PM
**Subject:** ETA report

Dear Sirs,

I regret to inform you that on 05 June we stopped ME due to high temperatures of exhaus gas of the ME for 4hsr and 20 min. Now we'r proceeding with Half speed ahead and have speed 6 knt.
ETA Mumbai on 10 June at 02.40 UTC/08.10 LT WP.
Kindly request to inform us about port of pre-discharging becaus port of Kandla is not safe port for our vessel.

Brgds, master.

Received: from GCC at Globe Wireless;
Wed, 06 Jun 2007 07:47 UTC
Message-id: 207659266

_____ NOD32 2312 (20070606) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

11/2/2007