# Mohan Declaration Exhibit 4

----- Original Message -----
From: Narayan Nethrakere
To: fax.08754636094897@ipmsg.com
Sent: Tuesday, May 22, 2007 11:46 AM
Subject: MV FREDERIKE OLDENDORFF due at Mumbai to discharge bulk peas


----- Original Message -----
From: Narayan Nethrakere
To: a8fy8@globemail.com
Cc: TME Brisbane
Sent: Wednesday, May 16, 2007 11:58 AM
Subject: MV FREDERIKE OLDENDORFF due at Mumbai to discharge bulk peas

TO  : Master, MV FREDERIKE OLDENDORFF
FM  : Sahi Oretrans Mumbai

Good Day Captain,

We are your agents at Mumbai. We request you to advise us the following :

1) ETA Mumbai
2) Mumbai arrival draft
3) Holdwise cargo details

To complete Port and custom's pre-arrival requirements, we need to have the following documents :

1) Ship Registry Certificate
2) Arrival crew list
3) Stowage Plan
3) P&I Entry certificate
   (Pls also advise name of local correspondents)

Please send the above by email or fax.

We are also enclosing herewith the following **documents** for you to fill-up, sign and send back to us.

1) Vessel profile
2) Voyage registration
3) ISPS arrival report

Please send to us the above documents duly filled-in and sign/stamped.

Two copies each of passport size photograph of all crew (duly attested by master) to be kept on board at the time of arrival which is required for the purpose of issue of Crew shore leave passes by Immigration Dept.

Awaiting the above documents,

Best regards
Narayan

**SAHI ORETRANS PVT LTD - MUMBAI**
30 Western India House, 3rd Floor
Sir P. M. Road, Mumbai 400001, India
Tel              : (91 22) 2281 0033 ( 7 Lines)
Fax              : (91 22) 2281 0027 / 28
Capt H.S.Sahi    : Mob (91) 98200 31946
Narayan Nethrakere : Mob (91) 98203 08655
Puneet Sahi      : Mob (91) 98202 20442

2

| VESSEL PROFILE | PORT/NAV/FO - 39 |
|---|---|
| To be filled and submitted at the Deputy Conservator's office at least three working days prior to the arrival of the ship but need not be filled and submitted if this form has already been submitted within six months prior to the arrival date unless there is a change, in which case only the column pertaining to the change only is to be filled and submitted at least three working days prior to the arrival of the ship at the port of Mumbai. |  |
| 1. Vessel's Name | 2. Call Sign |
| 3. Ex. Name (if any) | 4. Ex. Call Sign |
| 5. Agents Name    SAHI ORETRANS (PVT) LTD |  |
| 6. Address    30, Western India House, 3rd Floor, Sir P.M.Road, Fort, Mumbai 400001 |  |
| 7. Tel No. : 2281 0033 (7 Lines)    8. Fax No. : 2281 0027 / 28    9. Email : sot@vsnl.com |  |
| 10. Port of Reg. | 11. Nationality |
| 12. Government Vessel    Yes / No | 13. IMO No. |
| 14. Satellite Id | 15. Satcom Id |
| 16. Vessel's Height | 17. Beam |
| 18. LOA | 19. LBP |
| 20. Max. Draft | 21. Parallel body length in Ballast Condition (tankers) : |
| 22. Dist. Bow to Manifold : | 23. G.T.    24. N.T. |
| 25. Summer Deadweight : | 26. TEU Capacity : |
| 27. Whether SBT : Yes / No | 28. If yes, reduced G.T. : |
| 29. Vessel Building Date :    Place : |  |
| 30. TYPE OF SHIP :<br>(a) Tanker : Crude / POL / Gas / Suezmax / Kerosene / Chemical / Daughter / Others<br>(b) Bulk Carrier : Iron Ore / Colliers (Geared) / Colliers (Non-geared) / Others<br>(c) Mini Bulk Carrier : Iron Ore / Sulphur / Steel Products<br>(d) General Cargo : Gen.Cargo/Cellular Container (non-geared)/Combi-container/Lash/ RO-RO/Live Stock/Reefer/Cellular Container(Geared)/Library/Passenger cum Cargo/Other<br>(e) Passenger Vessel : Coastal / Overseas / Hovercraft / Caterman / Cruise<br>(f) Sailing Vessel : Coastal / Overseas / Yatch<br>(g) Government Vessel : Naval Ship/Coast Guards/Light Ship/Research Vessel/Survey vessels<br>(h) Oilfield Support Vessels : ONGC supply boats/Oil Rigs/D.S.V./M.S.V/Well Stimulator Vessels<br>(i) Barges : Self-propelled / Dumb / Lighters / Sand barge<br>(j) Port Craft : Tug / Transhipper / Dredger / Floating Crane / Fire Float<br>(k) Others |  |
| 31. Name of the Owner : |  |
| 32. Classification Society : |  |
| 33. Name of P & I Club : |  |
| 34. Local Correspondent of P & I Club : |  |
| 35. Name of Hull Insurance Company : |  |
| 36. Engine Type : | 37. No. of Engines : |
| 38. Engine Power : |  |
| 39. Propulsion Type : | 40. No. of Propellers : |
| 41. Normal Speed : |  |
| 42. Bow Thruster No. : | 43. Power : |
| 44. Stern Thruster No. :    45. Power : | 46. Bulbous Bow : Yes / No |
| 47. Ship Registry Cert. No. : | 48. Valid till : |
| 49. Safety Management Cert.No. : | 50. Valid till : |

Signature    _____

Name    _____

| VOYAGE REGISTRATION | | | PORT/NAV/FO - 40 | |
|---|---|---|---|---|
| To be filled and submitted by the Agents every voyage at least three working days prior to vessel's arrival in the port of Mumbai and should be submitted to the Deputy Conservator's office at the "Port House" or at the "Operation Service Center" | | | | |
| 1. Vessel's Name | | 2. Call sign | | |
| 3. Agent's name | SAHI ORETRANS (PVT) LTD | | | |
| 4. Name of Master | | | | |
| 5. Purpose of Visit | | | | |
| 6. E.T.A. Mumbai | | 7. E.T.D. Mumbai | | |
| 8. Present Displacement (For Tankers) | | | | |
| 9. Arrival Draft | F : <br> A : | 10. Freeboard at this draft | | |
| 11. G.T. | 12. N.T. | 13. LOA : | 14. LBP : | |
| 15. Expected Dep Draft | | F : | A : | |
| 16. Expected. Dep. Displacement (For tankers) | | | | |
| 17. Whether same bottom cargo (for J.D.) | | Yes / No | | |
| 18. If yes, Details | | | | |
| 19. Last Port | | 20. Dep. Dt & Time | | |
| 21. Next Port | | 22. ETA Next Port | | |
| 23. Last Ten ports visited | | | | |
| 24. No. of times vessel has visited Mumbai Port in the last six months | | | | |
| 25. Cargo on board | Type | Qty : Hold : | Deck : | |
| 26. Cargo to disch. in Mumbai | Type | Qty: Hold | Deck | |
| 27. Cargo to load in Mumbai | Type | Qty: Hold | Deck | |
| 28. Crew on board | Indian : | Non-Indian : | | |
| 29. Passengers on board | | Total : | Cabin : | |
| 30. No. of Passengers to Embark / Disembark | | | | |
| 31. Hazardous Cargo on board | | Yes / No | | |
| 32. If yes, | (a) IMO class | (b) Mb.P.T. Category A / B / C / D | | |
| 33. Vessel's Requirements in the port of Mumbai | | (a) Floating Crane : Yes / No <br> (b) Fresh Water : Yes / No Qty <br> (c) Bunkers : Yes/No Qty (H.O.)    (D.O.) <br> (d) Sludge Disposal : Yes / No | | |
| 34. Whether coming from Yellow Fever Area | | | | |
| 35. Whether Stowaway on board | | Yes / No | | |
| 36. Whether Double banking required | | Yes / No | | |
| 37. Whether Lighterage Operation required | | Yes / No | | |
| 38. Name of P & I Club | | | | |
| 39. Local Correspondent | | | | |
| 40. Name of Hull & Machinery Insurance Company | | | | |
| We hereby undertake to pay to the Port Trust, all pilotage charges, port dues, tug hire, berth hire, idle charges and fresh water charges for the services required by the vessel, while in the port. | | | | |

Signature  _____

Name  _____

1.
Pre-Arrival Notification of Security (PANS) for:

a) Passenger ships including high speed passenger craft,
b) Cargo ships including high-speed craft, of 500 GRT and upwards, and
c) Mobile offshore drilling units.

This form is to be submitted to the port authorities **at least 24 hours** prior to the arrival of the vessel.

| 1. Particulars of the ship and contact details ||
|---|---|
| 1.1 IMO Number: | 1.2 Name of the ship |

| 1.2 Port of registry: | 1.4 Flag: | 1.5 Type of ship: |
|---|---|---|
| 1.6 Call sign: | 1.7 Inmarsat call Numbers: | 1.8 Gross Tonnage: |

1.9 Name of Company:

1.10 Name and 24 hour contact details of Company Security Officer:
Name: ............................................ Tel no: ............................................

**2. Port and port facility information**

2.1 Port of arrival and port facility where the ship is to be berth, if known

2.2 Expected date and time of arrival of the ship in port (paragraph B/4.39.3 of the ISPS Code:

2.3 Primary purpose of call: Cargo operation/ Taking Bunkers/ \taking Supplies/ repair/ Changing Crew/ Passengers (Embarking/ Disembarking)/ Others
**(Delete as appropriate)**
If others, please specify purpose: ............................................

| 3. Information required by SOLAS regulation XI-2/9.2.1 |
|---|
| 3.1 The ship is provided (SOLAS REGULATION 9.2.1.1) with a valid:<br><br>International Ship Security Certificate ☐ YES ☐ NO<br>Interim International Ship Security Certificate ☐ YES ☐ NO |
| 3.1.1 Certificate indicated in 3.1 has been issued by<br><br>Name of issuing authority:......................................................................................<br><br>Date of expiry: ....................................................................................................... |
| 3.1.2 If the ship is not provided with a valid International Ship Security Certificate or a valid Interim<br>International Ship Security Certificate, explain why? |
| 3.1.2.1 Does the ship have an approved ship security plan on board?    ☐ YES   ☐ NO |
| 3.2 Current security level (SOLAS regulation XI-2/9.2.1.2): |
| 3.2.1 Location of ship <u>at the time the report is made</u> (paragraph B/4.39.2 of the ISPS Code):<br><br>Latitude: ............................ Longitude:............................ or Port:........................ |
| 3.3 List the last 10 calls in chronological order with the most recent call first, at port facilities at which the ship conducted ship/ port interface together with the security level at which the ship operated (SOLAS regulation XI-2/9.2.1.3): |

| No | Date | | Port, Country, Port Facility and UNLOCODE | Security level |
|---|---|---|---|---|
| | From | To | | |
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |

2


3.3.1 Did the ship, during the period specified in 3.3, take any special or additional security measures, beyond those specified in the approved ship security plan?

☐ YES   ☐ NO

3.3.2 If your answer to 3.3.1. is YES, for each of such occasions please indicate the special or additional security measures which were taken by the ship (SOLAS regulation XI-2/9.2.1.4)

| No | Date From | Date To | Port, Country, Port Facility and UNLOCODE | Special or additional measures |
|----|-----------|---------|-------------------------------------------|--------------------------------|
| 1  |           |         |                                           |                                |
| 2  |           |         |                                           |                                |
| 3  |           |         |                                           |                                |
| 4  |           |         |                                           |                                |
| 5  |           |         |                                           |                                |
| 6  |           |         |                                           |                                |
| 7  |           |         |                                           |                                |
| 8  |           |         |                                           |                                |
| 9  |           |         |                                           |                                |
| 10 |           |         |                                           |                                |

3.4 List the ship to ship activities in chronological order with the most recent ship-to-ship activity first, which have been carried out during the period specified in 3.3:

☐ NOT APPLICABLE

| No | Date From | Date To | Port, country, Port Facility and UNLOCODE | Ship-to-ship Activity |
|----|-----------|---------|-------------------------------------------|-----------------------|
| 1  |           |         |                                           |                       |
| 2  |           |         |                                           |                       |
| 3  |           |         |                                           |                       |
| 4  |           |         |                                           |                       |
| 5  |           |         |                                           |                       |
| 6  |           |         |                                           |                       |
| 7  |           |         |                                           |                       |
| 8  |           |         |                                           |                       |
| 9  |           |         |                                           |                       |
| 10 |           |         |                                           |                       |

*3.4.1* Have the ship security procedures, specified in the approved ship security plan, been maintained during each of the ship-to-ship activities specified in *3.4* (SOLAS regulation XI-2/9.2.1.5)?

☐ YES     ☐ NO

*3.4.2* If the answer to *3.4.1.* is NO, identify the ship to ship activities for which the ship security procedures were not maintained and indicate, for each, the security measures which were applied in lieu:

| No | Date | | Security measures applied | Ship-to-ship activity |
|---|---|---|---|---|
|  | From | To |  |  |
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |
| 6 |  |  |  |  |
| 7 |  |  |  |  |
| 8 |  |  |  |  |
| 9 |  |  |  |  |
| 10 |  |  |  |  |

*3.5* Provide a general description of cargo aboard the ship (SOLAS regulation XI-2/9.2.1.6 and paragraph B/4.39.5 of the ISPS Code):

*3.5.1* Is the ship carrying any dangerous substances as cargo?     ☐ YES     ☐ NO

*3.5.2* If the answer to *3.5.1* is YES, provide details or attach a copy of the Dangerous Goods Manifest (IMO FAL FORM 7)

4

| | |
|---|---|
| 3.6 A copy of the Ship's Crew List (IMO FAL Form 5 is attached) (SOLAS regulation XI-2/9.2.1.6 and paragraph B/4.39.4 of the ISPS Code) | ☐ |
| 3.7 A copy of the ship's Passenger List (IMO FAL Form 6 is attached) (SOLAS regulation XI-2/9.2.1.6 and paragraph B/4.39.6 of the ISPS Code) | ☐ |

**4. Other security related information**

4.1 Is there any security related matter you wish to report?   ☐ YES   ☐ NO

4.11 If the answer to 4.1 is YES, provide details:

**5. Agent of the ship at the intended port of arrival**
SAHI ORETRANS PVT LTD
Tel : +91 22 2281 0033
Fax : +91 22 2281 0027 / 28
Email : sot@vsnl.com

5.1 Name and 24-hour contact details of Agent in intended port of call: :
Name:...Capt H.S.Sahi    (Director)    : Mob : 98200 31946   AOH : 22814141
Narayan Nethrakere (Gen. Mgr.) : Mob : 98203 08655  AOH : 22658861

**6. Identification of the person providing the information**

..........................................................................................................
6.1 Title or position: ...........................................................................................
6.2 Signature:....................................................................................................

This report is dated at (Place) ...........................................................................
On (Date and Time) ..........................................................................................

5