# Mohan Declaration Exhibit 5



# Sahi Oretrans (Pvt) Ltd

**Ship-Agents • Chartering-Brokers • Shipping Consultants • Ship-Managers**
30, Western India House, 3rd Floor, Sir P. M. Road, Fort, Mumbai 400001, India Tel.: (91-22) 2281 0033 (7 Lines)
Fax : (91-22) 2281 00 27 & 2281 00 28  Internet : sot@vsnl.com  CABLE : GURTEGSHIP
Operations Office : Marshall Building, 4th Floor, 20 Shoorji Vallabhadas Marg, Ballard Estate, Mumbai 400 038. India
Branches : All ports of - West Coast of India and East Coast of India

May 26, 2007

Deputy Manager
Cargo Control
Mumbai Port Trust
Mumbai



RE: MV FREDERIKE OLDENDORFF

Dear Sir,

The above vessel is expected to arrive at Mumbai on 02-06-2007 to discharge about 46918.298 MT bulk peas. Since the vessel will be arriving with deep-draft, she will not be able to take berth at any of the Indira Dock berths. Hence our principals have decided to lighten the cargo at BFL into barges which will be further off-loaded at Indira Dock. The cargo off-loaded from barges will be transported from barges off-loading point to port sheds through dumper trucks. Hence we request you to give permission for the following works to be performed at Indira Dock.

1) For dumping the bulk cargo off-loaded from barges
2) To bag and stack the cargo
3) To store the cargo

Thanking you,
Yours truly,
For Sahi Oretrans Pvt. Ltd.

As Agents