# Mohan Declaration Exhibit 6

**From:** Peter Leong [mailto:phwleong@gmail.com]
**Sent:** Friday, 9 November 2007 12:42 PM
**To:** Denis D'Cotta
**Subject:** Fwd: Message from Charterer

Dan/Peter

Pls find email sent to Master Fred Oldendorff by my Boarding Officer.

Rgds/peter


---------- Forwarded message ----------
From: robin chng <robin@maldiveshipping.com.mv>
Date: May 28, 2007 8:45 AM
Subject: Message from Charterer
To: 463694897@ln.mail65.com.sg
Cc: phwleong@gmail.com, robinchng@pacific.net.sg, BOS Agencies <pddleong@singnet.com.sg>, Jude Fernandes <postfix@tmeship.com>


Dear Master / Mv."Frederike Oldendorff"

Following message from the Charterer. Please reply

Quote

Capt/Capt Colaço

TYE pls note Agts are Sahi n Mumbai is disch port. Vsl wl break seals in Sin
for fumigation. Pls adv if u can spd up n earliest u can arr Sin.

TksnBrgds
Capt Ivan Colaço
As Agents only

Unquote

Please find below further message from the Agents which he is ignoring and
that is annoying me very much, please ask him to reply to the Agents with a
copy to us.

Quote

Jude / Narayan

Please note that master has still not responded to us.

In vessel's particulars, the information on grabs is stated as below :

QUOTE

number of grabs 4 grabs electro hydraulic, type hook-on/radio controlled

Suitable for grab discharge yes

Grans fitted No

UNQUOTE

Please therefore advise whether the vessel is equipped with grabs and whether the same will be available to receivers for discharging the cargo?

Best regards
Narayan

SAHI ORETRANS PVT LTD - MUMBAI
30 Western India House, 3rd Floor
Sir P. M. Road, Mumbai 400001, India
Tel             : (91 22) 2281 0033 ( 7 Lines)
Fax             : (91 22) 2281 0027 / 28
Capt H.S.Sahi       : Mob (91) 98200 31946
Narayan Nethrakere : Mob (91) 98203 08655
Puneet Sahi        : Mob (91) 98202 20442

Unquote

Thanks and Best Regards