# Mohan Declaration Exhibit 7

# Mohan Declaration Exhibit 7

---------- Forwarded message ----------
From: FREDERIKE OLDENDORFF <A8FY8@globeemail.com>
Date: May 30, 2007 1:15 PM
Subject: Pre-arrival info for Mumbai
To: phwleong@gmail.com

Dear Sirs,
Ackn. receipt of Pre-arrival info for Mumbai port.

Brgds, master.

Received: from GCC at Globe Wireless;
Wed, 30 May 2007 05:17 UTC
Message-id: 206425512