# Mohan Declaration Exhibit 8

CODE NAME: "CONGENBILL", EDITION 1994

Page 2

Shipper

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No.  B/L No. 01

Consignee

TO THE ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
5,250.000 MT WHOLE YELLOW PEAS

Gross Weight
SAID TO WEIGH
5,250.000 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

.........................................................

Time used for loading ............days .............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L. | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |
| 3/THREE | |

CANCELLED

CANCELLED

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 01

| | |
|---|---|
| Shipper<br><br>J.K. INTERNATIONAL PTY LTD. | |
| Consignee<br><br>TO THE ORDER | |
| Notify address<br><br>J.K. INTERNATIONAL PTY LTD. | |
| Vessel<br>MV FREDERIKE<br>OLDENDORFF | Port of loading<br><br>VANCOUVER, CANADA |
| Port of discharge<br><br>INDIA | |

**ORIGINAL**

CANCELLED

| MARKS AND NOS | Gross Weight |
|---|---|
| A QUANTITY OF CARGO SAID TO BE<br>5,250.000 MT WHOLE YELLOW PEAS | SAID TO WEIGH<br>5,250.000 METRIC TONS |

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER-PARTY DATED 12.04.2007

(of which                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

...............................................................

Time used for loading ..............days ................hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at<br>AS PER C/P | Place and date of issue<br>VANCOUVER, CANADA<br>APRIL 30, 2007 |
|---|---|
| Number of original Bs/L<br><br>3/THREE | Signature COMPASS MARINE<br>SERVICES AS AGENTS ONLY FOR<br>AND BY AUTHORITY OF THE<br>MASTER, CAPT: ALEKSANDR<br>GRACHYOV |

CANCELLED

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 01

Shipper

J.K. INTERNATIONAL PTY LTD.

Consignee

TO THE ORDER

**ORIGINAL**

Notify address

J.K. INTERNATIONAL PTY LTD.

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
5,250.000 MT WHOLE YELLOW PEAS

Gross Weight
SAID TO WEIGH
5,250.000 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
        HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
            being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

..................................................

Time used for loading ............days ............hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE |
| 3/THREE | MASTER, CAPT. ALEKSANDR GRACHYOV |

CANCELLED

Page 2

CODE NAME "CONGENBILL". EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Shipper

J.K. INTERNATIONAL PTY LTD.

Reference No. B/L No. 02

Consignee

TO THE ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

CANCELLED

| MARKS AND NOS | Gross Weight |
|---|---|
| A QUANTITY OF CARGO SAID TO BE 15,750.000 MT WHOLE YELLOW PEAS | SAID TO WEIGH 15,750.000 METRIC TONS |

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

.............................................................

Time used for loading ............days .............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at. AS PER C/P | Place and date of issue VANCOUVER, CANADA APRIL 30, 2007 |
|---|---|
| Number of original Bs/L 3/THREE | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |

CANCELLED

Page 2

CODE NAME: "CONGENBILL". EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 02

Consignee

TO THE ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

# ORIGINAL

| Vessel | Port of loading |
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

CANCELLED

| MARKS AND NOS | Gross Weight |
| A QUANTITY OF CARGO SAID TO BE 15,750.000 MT WHOLE YELLOW PEAS | SAID TO WEIGH 15,750.000 METRIC TONS |

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

.......................................................

Time used for loading ............days ................hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |
| 3/THREE | |

CANCELLED

CODE NAME: "CONGENBILL", EDITION 1994

Page 2

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Shipper

J.K. INTERNATIONAL PTY LTD.

Reference No. B/L No. 02

Consignee

TO THE ORDER

**ORIGINAL**

Notify address

J.K. INTERNATIONAL PTY LTD.

| Vessel MV FREDERIKE OLDENDORFF | Port of loading VANCOUVER, CANADA |
|---|---|

Port of discharge

INDIA

CANCELLED

MARKS AND NOS

Gross Weight
SAID TO WEIGH
15,750.000 METRIC TONS

A QUANTITY OF CARGO SAID TO BE
15,750.000 MT WHOLE YELLOW PEAS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
          HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which ............. ............. on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............. days ............. hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at AS PER C/P | Place and date of Issue VANCOUVER, CANADA APRIL 30, 2007 |
|---|---|
| Number of original Bs/L 3/THREE | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |

CANCELLED

CODE NAME: "CONGENBILL", EDITION 1994

Page 2

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Shipper

J.K. INTERNATIONAL PTY LTD.

Reference No. B/L No. 03

Consignee

TO ORDER

**ORIGINAL**

Notify address

J.K. INTERNATIONAL PTY LTD.

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

CANCELLED

| MARKS AND NOS | Gross Weight |
|---|---|
| A QUANTITY OF CARGO SAID TO BE 3,357.662 MT CANADIAN WHOLE YELLOW PEAS IN BULK | SAID TO WEIGH 3,357.662 METRIC TONS |

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO.1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

FREIGHT ADVANCE.
Received on account of freight:

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

Time used for loading ............ days ................ hours.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at AS PER C/P | Place and date of issue VANCOUVER, CANADA APRIL 30, 2007 |
|---|---|
| Number of original Bs/L 3/THREE | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |

CANCELLED

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 03

| Consignee |
| TO ORDER |

**ORIGINAL**

| Notify address |
| J.K. INTERNATIONAL PTY LTD. |

| Vessel | Port of loading |
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |
| Port of discharge | |
| INDIA | |

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
3,357.662 MT CANADIAN WHOLE YELLOW PEAS IN BULK

Gross Weight
SAID TO WEIGH
3,357.662 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO.1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ...........days ...............hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| AS PER C/P | VANCOUVER, CANADA |
| | APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |
| 3/THREE | |

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD

# BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 04

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
556.882 MT CANADIAN WHOLE YELLOW PEAS IN BULK

Gross Weight
SAID TO WEIGH
556.882 METRIC TONS

~~CANCELLED~~

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO.1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight

..............................................................

Time used for loading .............days .............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get, the goods
specified above.

Weight, measure, quality, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |
| 3/THREE | |

~~CANCELLED~~

CODE NAME: "CONGENBILL", EDITION 1994

**Page 2**

Shipper

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
### TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 04

Consignee

TO ORDER

**ORIGINAL**

Notify address

J.K. INTERNATIONAL PTY LTD.

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

~~CANCELLED~~

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
556.882 MT CANADIAN WHOLE YELLOW PEAS IN BULK

Gross Weight
SAID TO WEIGH
556.882 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO.1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                     on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

..........................................

Time used for loading ..........days ..............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at AS PER C/P | Place and date of issue VANCOUVER, CANADA APRIL 30, 2007 |
|---|---|
| Number of original Bs/L 3/THREE | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |

CODE NAME: "CONGENBILL", EDITION 1994

Page 2

**Shipper**

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
### TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 04

**Consignee**

TO ORDER

**ORIGINAL**

**Notify address**

J.K. INTERNATIONAL PTY LTD.

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

**Port of discharge**

INDIA

**MARKS AND NOS**

A QUANTITY OF CARGO SAID TO BE
556.882 MT CANADIAN WHOLE YELLOW PEAS IN BULK

**Gross Weight**
SAID TO WEIGH
556.882 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO.1, 3 & 5
        HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

....................................................

Time used for loading ............days ..............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |
| 3/THREE | |

CANCELLED

CODE NAME: "CONGENBILL", EDITION 1994

Page 2

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 03

| Shipper | |
|---|---|
| J.K. INTERNATIONAL PTY LTD. | |

| Consignee | |
|---|---|
| TO ORDER | |

| Notify address | |
|---|---|
| J.K. INTERNATIONAL PTY LTD. | |

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

| Port of discharge | |
|---|---|
| INDIA | |

**ORIGINAL**

CANCELLED

| MARKS AND NOS | Gross Weight |
|---|---|
| A QUANTITY OF CARGO SAID TO BE 3,357.662 MT CANADIAN WHOLE YELLOW PEAS IN BULK | SAID TO WEIGH 3,357.662 METRIC TONS |

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 1, 3 & 5
          HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
                        being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER PARTY DATED 12.04.2007 | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents and value unknown. |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading ...........days ...........hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at AS PER C/P | Place and date of issue VANCOUVER, CANADA APRIL 30, 2007 |
|---|---|
| Number of original Bs/L 3/THREE | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |

CANCELLED

Page 2

CODE NAME: "CONGENBILL". EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

## BILL OF LADING
### TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 05

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

ORIGINAL

| Vessel | Port of loading |
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

CANCELLED

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
6,300,000 MT CANADIAN YELLOW SPLIT PEAS IN BULK

Gross Weight
SAID TO WEIGH
6,300,000 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 4

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............days ...............hours.

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| AS PER C/P | VANCOUVER, CANADA |
|  | APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE |
| 3/THREE | SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |

CANCELLED

Page 2

CODE NAME: "CONGENBILL". EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
### TO BE USED WITH CHARTER PARTIES

Reference No.  B/L No. 05

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

**ORIGINAL**

| Vessel | Port of loading |
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
6,300.000 MT CANADIAN YELLOW  SPLIT PEAS IN BULK

CANCELLED

Gross Weight
SAID TO WEIGH
6,300.000 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 4

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............days ...............hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| AS PER C/P | VANCOUVER, CANADA |
|  | APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |
| 3/THREE |  |

CANCELLED

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Shipper

J.K. INTERNATIONAL PTY LTD

Reference No. B/L No. 05

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD

**ORIGINAL**

| Vessel | Port of loading |
|--------|-----------------|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

CANCELLED

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
6,300.000 MT CANADIAN YELLOW SPLIT PEAS IN BULK

Gross Weight
SAID TO WEIGH
6,300.000 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 4

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which              on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ..............days ...............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---------------------|-------------------------|
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |
| 3/THREE | |

CANCELLED

CODE NAME: "CONGENBILL". EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

## BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 06

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
5,186.996 MT CANADIAN YELLOW  SPLIT PEAS IN BULK

Gross Weight
SAID TO WEIGH
5,186.996 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 4

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight.

Time used for loading ............days ...............hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |
| 3/THREE | |

CANCELLED

Page 2

CODE NAME: "CONGENBILL". EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 06

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

**ORIGINAL**

| Vessel MV FREDERIKE OLDENDORFF | Port of loading VANCOUVER, CANADA |
|---|---|

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
5,186.996 MT CANADIAN YELLOW SPLIT PEAS IN BULK

Gross Weight
SAID TO WEIGH
5,186.996 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 4

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE
Received on account of freight.

Time used for loading ............days ...............hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get, the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at AS PER C/P | Place and date of issue VANCOUVER, CANADA APRIL 30, 2007 |
|---|---|
| Number of original Bs/L 3/THREE | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT: ALEKSANDR GRACHYOV |

CANCELLED

CANCELLED

CODE NAME: "CONGENBILL". EDITION 1994

**Shipper**

J.K. INTERNATIONAL PTY LTD

# BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 06

**Consignee**

TO ORDER

**Notify address**

J.K. INTERNATIONAL PTY LTD

# ORIGINAL

| Vessel | Port of loading |
|--------|-----------------|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

**Port of discharge**

INDIA

**MARKS AND NOS**

A QUANTITY OF CARGO SAID TO BE
5,186.996 MT CANADIAN YELLOW SPLIT PEAS IN BULK

**Gross Weight**
SAID TO WEIGH
5,186.996 METRIC TONS

LOADED CLEAN ON BOARD APRIL 30, 2007
STOWAGE: HOLD NO. 4

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which            on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight

Time used for loading ............ days .............. hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|--------------------|-------------------------|
| AS PER C/P. | VANCOUVER, CANADA APRIL 30, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV. |
| 3/THREE | |

CANCELLED

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 07

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
10,516.758 MT WHOLE YELLOW PEAS

Gross Weight
SAID TO WEIGH
10,516.758 METRIC TONS

LOADED CLEAN ON BOARD APRIL 28, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
          HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                      on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

.....................................................

Time used for loading ............days ...............hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 28, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |
| 3/THREE | |

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

**Shipper**

J.K. INTERNATIONAL PTY LTD.

# BILL OF LADING
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 07

**Consignee**

TO ORDER

**Notify address**

J.K. INTERNATIONAL PTY LTD.

## ORIGINAL

| Vessel | Port of loading |
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

**Port of discharge**

INDIA

**MARKS AND NOS**

A QUANTITY OF CARGO SAID TO BE
10,516.758 MT WHOLE YELLOW PEAS

**Gross Weight**
SAID TO WEIGH
10,516.758 METRIC TONS

LOADED CLEAN ON BOARD APRIL 28, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which                     on deck at Shipper's risk; the Carrier not

being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.

FREIGHT ADVANCE.
Received on account of freight:

Weight, measure, quality, quantity, condition, contents and value unknown.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

Time used for loading ............days ..............hours.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
| AS PER C/P | VANCOUVER, CANADA |
| | APRIL 28, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE |
| | SERVICES AS AGENTS ONLY FOR |
| 3/THREE | AND BY AUTHORITY OF THE |
| | MASTER, CAPT: ALEKSANDR |
| | GRACHYOV |

Page 2

CODE NAME: "GONGENBILL", EDITION 1994

Shipper

J.K. INTERNATIONAL PTY LTD.

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

Reference No. B/L No. 07

Consignee

TO ORDER

Notify address

J.K. INTERNATIONAL PTY LTD.

ORIGINAL

| Vessel | Port of loading |
|---|---|
| MV FREDERIKE OLDENDORFF | VANCOUVER, CANADA |

Port of discharge

INDIA

MARKS AND NOS

A QUANTITY OF CARGO SAID TO BE
10,516.758 MT WHOLE YELLOW PEAS

Gross Weight
SAID TO WEIGH
10,516.758 METRIC TONS

LOADED CLEAN ON BOARD APRIL 28, 2007
STOWAGE: HOLD NOS. 1, 3 & 5
HOLD NO. 2 ON BOTTOM

FREIGHT PAYABLE AS PER CHARTER PARTY DATED 12.04.2007

(of which ............ on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER PARTY DATED 12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

..............................................................

Time used for loading ............days ..............hours.

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the
Port of Discharge or so near thereto as she may safely get the goods
specified above.

Weight, measure, quality, quantity, condition, contents and value un-
known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of Issue |
|---|---|
| AS PER C/P | VANCOUVER, CANADA APRIL 28, 2007 |
| Number of original Bs/L | Signature COMPASS MARINE SERVICES AS AGENTS ONLY FOR AND BY AUTHORITY OF THE MASTER, CAPT. ALEKSANDR GRACHYOV |
| 3/THREE | |

CANCELLED