# Mohan Declaration Exhibit 11

04-JUN-2007 18:18 Von:                    +4945174699            An:+49 451 73522        S.1/13
                                                                                        SW



**OLDENDORFF**
C A R R I E R S

STANDARD FORM LETTER OF INDEMNITY TO BE GIVEN IN RETURN FOR DELIVERING
CARGO WITHOUT PRODUCTION OF THE ORIGINAL BILL OF LADING

To:         MS "Jürgen Schulte Schiffahrtsgesellschaft mbH & Co.
            KG, Hamburg, Germany

            **Lübeck / 04/06/2007**

Dear Sirs,

Ship:       **M.V. Frederike Oldendorff**

Voyage:     **Vancouver Canadian Port to Mumbai, India**

Cargo:      **46,918.298 MT Canadian Yellow Peas**

Bill(s) of Lading:

| BL | Consignee | Notify Party | Quantity(MT) | Place / Date |
|---|---|---|---|---|
| 01 | To Order | (A)MMTC Ltd. And (B) MMTC Transnational Pte. Ltd. | 9,480.000 | Brisbane / 30.04.07 |
| 02 | To Order | Shadi Ram And Sons | 3,886.996 | Brisbane / 30.04.07 |
| 03 | To The Order of DBS Bank Ltd. | Sharp Menthol India Ltd. | 1,310.000 | Brisbane / 30.04.07 |
| 04 | To The Order of DBS Bank Ltd. | Sharp Menthol India Ltd. | 3,800.000 | Brisbane / 30.04.07 |
| 05 | To Order | (A)MMTC Ltd. And (B) MMTC Transnational Pte. Ltd. | 10,150.000 | Brisbane / 30.04.07 |
| 06 | To Order | (A)MMTC Ltd. And (B) MMTC Transnational Pte. Ltd. | 9,430.000 | Brisbane / 30.04.07 |
| 07 | To Order | (A)MMTC Ltd. And (B) MMTC Transnational Pte. Ltd. | 2,440.000 | Brisbane/30.04.07 |
| 08 | To Order | Central Bank of India | 2,621.302 | Brisbane/30.04.07 |
| 09 | To Order | Poona Dal and Oil Industries Ltd. | 2,800.000 | Brisbane/30.04.07 |
| 10 | To Order | Poona Dal and Oil Industries Ltd. | 1,000.000 | Brisbane/30.04.07 |

The above cargo was shipped on the above ship by **J.K. International Pty Ltd** and consigned **To
Order** for BL 01, 02 and BL 05 – 10 and **To The Order of DBS Bank Ltd** for BL 03 and 04 for
delivery at the port of **Mumbai, India** but the Bills of Lading have not arrived and we, **Oldendorff
Carriers GmbH & Co KG**, hereby request you to deliver the said cargo to **(A)MMTC Ltd. And
(B)MMTC Transnational Pte. Ltd.** for BL 01, 05-07, Shadi Ram And Sons for BL 02, Sharp

OLDENDORFF CARRIERS GmbH & Co KG         Tel. +49 (0) 451 15000      VAT Reg. No. DE 135079776    phG Verwaltung 'Alunis'
Willy-Brandt-Allee 6,   D-23554 Lübeck   Fax +49 (0) 451 73522      Schiffahrtsges. mbH     Amtsgericht Lübeck HR B 4019
Mail: P. O. Box 2135,   D-23509 Lübeck   www.oldendorff.com         Managing Directors: Henning Oldendorff, Peter Twiss

Menthol India Ltd. for BL 03-04, Central Bank of India for BL 08 and Poona Dal and Oil Industries Ltd. for BL 09-10 at Mumbai, India without production of the original Bill(s) of Lading.

In consideration of your complying with our above request we hereby agree as follows:

1. To indemnify you, your servants and agents and to hold all of you harmless in respect of any liability, loss, damage or expense of whatsoever nature which you may sustain by reason of delivering the cargo in accordance with our request.

2. In the event of any proceedings being commenced against you or any of your servants or agents in connection with the delivery of the cargo as aforesaid, to provide you or them on demand with sufficient funds to defend the same.

3. If, in connection with the delivery of the cargo as aforesaid, the ship, or any other ship or property in the same or associated ownership, management or control, should be arrested or detained or should the arrest or detention thereof be threatened, or should there be any interference in the use or trading of the vessel (whether by virtue of a caveat being entered on the ship's registry or otherwise howsoever), to provide on demand such bail or other security as may be required to prevent such arrest or detention or to secure the release of such ship or property or to remove such interference and to indemnify you in respect of any liability, loss, damage or expense caused by such arrest or detention or threatened arrest or detention or such interference, whether or not such arrest or detention or threatened arrest or detention or such interference may be justified.

4. If the place at which we have asked you to make delivery is a bulk liquid or gas terminal or facility, or another ship, lighter or barge, then delivery to such terminal, facility, ship, lighter, or barge shall be deemed to be delivery to the party to whom we have requested you to make such delivery.

5. As soon as all original bills of lading for the above cargo shall have come into our possession, to deliver the same to you, or otherwise to cause all original bills of lading to be delivered to you, whereupon our liability hereunder shall cease.

6. The liability of each and every person under this indemnity shall be joint and several and shall not be conditional upon your proceeding first against any person, whether or not such person is party to or liable under this indemnity.

7. This indemnity shall be governed by and construed in accordance with English Law, and each and every person liable under this indemnity shall at your request submit to the jurisdiction of the High Court of Justice of England.

.04-JUN-2007 10:10 Von:                    +4945174699         An:+49 451 73522        S.3/13

Yours faithfully

For and on behalf of
**Oldendorff Carriers GmbH & Co KG**

Oldendorff Carriers GmbH & Co KG
Willy-Brandt-Allee 6, D-23554 Lübeck
Tel: (451) 1 50 00 • Fax: (451) 735 22
Susanne Nawrozki
Operations Manager