# Mohan Declaration Exhibit 12

Friday 01.06.2007 **Deck Log Book of** Frederike Oldendorff . Voyage No. 04/07 from Vancouver towards Mumbai

| Time | Barometer hPa | Air °C | Sea °C | Relative humidity % | Present weather | Wind direction | Wind force | Sea scale | Swell | Ground track | Correction for drift | Leeway | Var. or Gyro | Dev. or Sp. Err. | Course steered | Helm | Magnetic compass heading | Log reading | Distance made good NM | Remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1010 | +29 | +30 | | 03 | SW | 4 | 3 | 280 | 280 | 1° | 0 | 1°E | 0 | 281° | A | 281° | | | GPS: φ=06°23 N λ=095°49.9E BA BH 2998. | |
| 02.44 | 1010 | +29 | +30 | | 03 | SW | 4 | 3 | SW-2 | 268° | 0 | 0 | 1°E | 0 | 268° | A | 268° | | | GPS: φ=06°18.50N λ=095°40.94E | |
| 04.00 | 1010 | +29 | +30 | | 03 | SW | 5 | 4 | SW-3 | 268 | -3° | 0 | 1°E | 0 | 265° | A | 265° | | 50.3 | GPS: φ=06°18.98N λ=094°29.53E TO CH BA 827 | [signature] |
| 08.00 | 1009 | +29 | +30 | | 03 | SW | 4 | 3 | SW-3 | 268 | -3 | 0 | 1E | 0 | 265 | A | 265 | | 50.5 | GPS: 06°15.6N 093°33.9E SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| — | | | | | | | | | | | | | | | | | | | | CH. L. BMS 6.910.04 ISSUED | [signature] |
| 12.00 | 1010 | +29 | +30 | | 02 | SW | 5 | 3 | SW-2 | 268° | 3°W | 0 | 1E | 0 | 265° | A | 265° | | 53 | GPS: φ=06°13.7N λ=092°45.5E BA827. Fire round carried out. | [signature] |

Noon position latitude φ = 06° 13.7' N longitude λ = 092° 45.5 E Time used 02 d 13 h 00 min + time short / port passage 00 d 01 h 00 min

Day's run = 24 h 00 min 306.6 NM Day's average speed 12.78 kn Total distance 758.7 NM + distance river to bank 8.1 NM

Clock setting = 12 h 00 min Total time difference -01 h 00 min Distance left 1729.8 NM Voyage Ø speed 12.44 kn

Chr. error at UTC 00 h 00 min -05 s daily rate 00 min 00 s Current set and drift = 270 - 1.0 NM

Fuel consumption t Fuel balance

Clock set – Synchronized watches | Domestic water consumption t | Wash water consumption t | Ballast water 260 t

– Sound signal equipment OK | Domestic water balance 206 t | Wash water balance t | Fuel oil balance t

– Smoke detecting devices – Gas detecting devices | Regulation lights switched from midnight till | from | till midnight

– Emergency battery 26.5 V.

– Passenger/watertight – and door lock deck main cross bulkheads:

[signature] Chief Mate [signature] Master

| Time | Barometer hPa | Air °C | Sea °C | Relative humidity % | Present weather | Wind direction | Wind force | Sea scale | Swell | Ground track | Correction for drift | Leeway | Var. or Gyro | Dev. or Sp. Err. | Course steered | Helm | Magnetic compass heading | Log reading | Distance made good NM | Remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16.00 | 1008 | +28 | +30 | | 03 | SW | 5 | 3 | SW-2 | 268° | 3°W | 0 | 1°E | 0 | 265° | A | 265° | | 50.4 | GPS: φ=06°12.4N λ=091°55.38E Safety/security round performed | [signature] |
| 20.00 | 1008 | +28 | +30 | | 02 | SW | 5 | 3 | SW-2 | 268° | 2W | 0 | 1E | 0 | 265° | A | 265 | | 48.1 | GPS: 06°10.3N 091°02.1E SAFETY/SECURITY ROUND PERFORMED | [signature] |
| 23/22 | 1009 | +28 | +30 | | 02 | SW | 4 | 3 | SW-2 | 268° | 3°W | 0 | 1E | 0 | 265° | A | 265° | | | GPS: φ=06°08.8N λ=090°29.3E ship's clocks retarded one hour. | [signature] |
| 24.00 | 1009 | +28 | +30 | | 02 | SW | 4 | 3 | SW-2 | 268° | 3°W | 0 | 1°E | 0 | 265° | A | 265° | | 59.6 | GPS: φ=06°08.6N λ=090°07.2E. BA827. Fire and safety rounds carried out. | [signature] |

Saturday 02.06.2007 **Deck Log Book of** Frederike Oldendorff

Voyage No. 09/07 from Vancouver towards Mumbai 

| Time | Barometer hPa | Air °C | Sea °C | Visibility | Present Weather | Wind Direction | Wind Force | Sea scale | Swell | Ground track | Correction dd | Correction | Var. | Dev. | Course steered | Helm | Magnetic compass heading | Log | Distance made good NM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1009 | 28° | 30° | | 02 | SW | 4 | 3 | SW 2 | 266 | -3° | 0 | 1E | 0 | 265° | A | 265° | | |
| 04.00 | 1009 | +28 | +30 | | 02 | SW | 3 | 2 | SW 2 | 268° | -1 | 0 | 1E | 0 | 267° | A | 267° | | 47.8 |
| 08.00 | 1007 | +28 | +30 | | 02 | SW | 4 | 2 | SW 2 | 268 | -1 | 0 | 1E | 0 | 267 | A | 267 | | 48.2 |
| 12.00 | 1003 | +29° | +30° | .. | 01 | WSW | 4 | 2 | WSW-2 | 268° | 1W | 0 | 1E | 0 | 267° | A | 267° | | 46.6 |

Noon position latitude φ = 06°03.2'N longitude λ = 087°44'E Time at sea 65 d 14 h 00 min Time at anchor / port passage 00 d 01 h 00 min

Day's run 25 h 00 min 301.7 NM Day's average speed 12.03 kn Total distance 1053.4 NM Distance due to leeway 8.1 NM

Clock setting 12 h 00 min Total time difference −01 h 00 min Distance left 1458.9 NM Voyage average speed 11.32 kn

Ch. set of UTC 00 h 30 min −06 daily run 00 min 00 Current set and drift 030 · 1.0 NM

Fuel consumption Fuel balance

| Time | Barometer hPa | Air °C | Sea °C | Visibility | Present Weather | Wind Direction | Wind Force | Sea scale | Swell | Ground track | Correction dd | Correction | Var. | Dev. | Course steered | Helm | Magnetic compass heading | Log | Distance made good NM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13.10 | – | – | – | – | – | – | – | | | | | | | | | | | | |
| 14.30 | – | – | – | – | – | – | – | – | | | | | | | | | | | |
| 17.30 | – | – | – | – | – | – | – | – | – | | | | | | | | | | |
| 16.00 | 1007 | +32 | +31 | | 01 | WSW | 4 | 2 | WSW-2 | 268° | -1° | 0 | 1E | 0 | 267° | A | 267° | | 46.0 |
| 20.00 | 1007 | +30 | +30 | | 01 | W | 4 | 2 | W-2 | 268 | -1 | 0 | 1E | 0 | 267 | A | 267 | | 43.7 |
| 24.00 | 1008 | +29 | +30 | | 01 | SW | 4 | 2 | SW-2 | 268° | 1W | 0 | 1E | 0 | 267° | A | 267° | | 41.8 |

Nautical remarks and entries according to national and international rules and regulations:

- 00.00: GPS: φ [illegible] N λ [illegible] E BA ch. N837
- 04.00: GPS: φ 06°06.36 N λ 089°19.14 E Safety/security round performed
- 08.00: GPS: 06°06.1 N 089°19.9 E SAFETY/SECURITY ROUND PERFORMED
- CH.L. OMS 6.910.04 WORKING ALOFT ISSUED.
- 12.00: GPS φ 06°03.2 N λ 087°44 E, BA 827. Fire round carried out. Security watch maintained.
- 13.10: Abandon ship drill carried out, all crew attended. Played scenario. Safety video presentation after drill showed to all crew.
- 14.30: Liferaft launching instruction carried out, all crew attended, satisfactory.
- 17.30: Weekly tests and routines carried out as per CL 9.3(0.01).
- 16.00: GPS: φ 06°01.[illegible] N λ [illegible] E Safety/security round performed
- 20.00: GPS: 06°00.1 N 086°14 E SAFETY/SECURITY ROUND PERFORMED.
- 24.00: GPS φ 05°58.7 N λ 085°32.1 E, BA 827. Fire and safety rounds carried out.

Check of: Synchronized watches; Sound signal equipment C.C; Smoke detecting devices; Gas detecting devices; Emergency battery 25.5 V; Passages, vents, doors, hatches, deck etc.

Domestic water consumption; Domestic water balance; Wash water consumption; Wash water balance; Ballast water; Freshwater; Regulation lights exhibited from ... to ...

Chief Mate [signature] Master [signature]

© Hanseatic Verlag

Sunday 03.06 2007 **Deck Log Book of** Frederike Oldendorff

**Voyage No.** 04/07 from Vancouver towards Mirumbai

| Time | Barometer | Air temp. | Sea temp. | Relative humidity | Present weather | Wind direction | Wind force | Sea state | Swell | Ground track | Correction for drift | Leeway | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance made good | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1008 | 29 | 30 | | 61 | SW | 4 | 2 | SW-2 | 268° | 4° | 0 | 1°E | 0 | 262° | A | 264° | | | GPS: φ-05 58.7N λ- 085 38.1E BA CH No 827. | |
| 04.00 | 1009 | 28 | 30 | | 61 | SW | 4 | 2 | SW-2 | 268° | 2° | 0 | 1°E | 0 | 266° | A | 266° | | 39.0 | GPS: φ-05 57.1 N λ-084 52.93E Safety/security round performed | [signature] |
| 08.00 | 1007 | 28 | 30 | | 01 | SW | 4 | 4 | SW-2 | 268 | -2 | 0 | 1E | 0 | 266 | A | 266 | | 38.1 | GPS: 05°55.9N 084°11.8E SAFETY/SECURITY ROUND PERFORMED<br>CH.L 6.910.04 ISSUED. WORK ALOFT | [signature] |
| 12.00 | 1005 | 30° | 30° | | 01 | WSW | 4 | 3 | WSW-2 | 268° | 4W | 0° | 1E | 0° | 264° | A | 265° | | 38.3 | GPS: φ-05°54.7N λ-083°36.4E. BA 827. Fire and safety rounds carried out. | [signature] |

Noon position latitude φ- 05° 54.7 N longitude λ: 083° 36.4 E Time at sea 04 d 14 h 00 min Time at fixed/port passage 00 d 01 h 00 min
Day's run 274 h 00 min 266.9 NM Day's average speed 10.29 kn Total distance 1726.7 NM Distance direct to berth 6.1 NM
Clock setting 12 h 00 min Total time difference -07 h 00 min Distance left 1182 NM Voyage speed 11.88 kn
Ch. w.r.t. UTC 00 h 00 min -06 h daily rate 00 min 00 s Current, set and drift 100 · 2.0 NM
Fuel consumption NE Fuel balance

Check of: Synchronized watches: — Domestic water consumption — Work water consumption — Distance now 860 NE
Sound signal equipment: ok — Domestic water balance .24 — Work water balance — Freshwater balance
Steering gear / Steering devices — Explosion light — Emergency battery: 26.5 V.

[signature] Chief Mate [signature] Master

Fire drill carried out all crew attended. [signature]

| Time | Barometer | Air temp. | Sea temp. | Relative humidity | Present weather | Wind direction | Wind force | Sea state | Swell | Ground track | Correction for drift | Leeway | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance made good | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B.10 | – | | | – | – | – | | | | – | | – | | | – | | – | | – | | |
| 16.00 | 1009 | 31 | 31 | | 01 | SW | 4 | 3 | SW-3 | 268 | 2° | 0 | 1°E | 3°W | 266 | A | 264 | | 32.6 | GPS: φ-05°53.4N λ-083°00.4E Safety/security round performed | [signature] |
| 20.00 | 1007 | 30 | 31 | | 01 | SW | 5 | 3 | SW 3 | 268 | [illegible] | 0 | 1E | 2W | 266 | A | 264 | | 35.2 | GPS: 05°52.3N 82°25.3E SAFETY/SECURITY ROUND PERFORMED | [signature] |
| 24.00 | 1007 | 28° | 30° | | 01 | SW | 6 | 5 | SW-3 | 268° | 4W | 0 | 1E | 2W | 264° | A | 262° | | 37.4 | GPS φ: 05°51N λ-081°47.7E. BA 827. Fire and safety rounds carried out. | [signature] |

Deutscher Paul Moritz GmbH · D-22047 Hamburg

This page is a rotated scan of a handwritten ship's Deck Log Book page. The content is oriented sideways and much of the handwriting is not clearly legible for faithful transcription.

**Deck Log Book of** m/v Endeavor ...  
**Voyage No.** 07/07 from Yokohama to Vancouver  
**Monday, 04.06.2007**

Page 31

| Time | Air Temp | Water Temp | Baro | Wind Dir | Wind Force | Sea | Swell | Course Steered | Course Made Good | Speed | Log | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01.00 | | | | SW | 6 | 5 | SW-3 | 268° | 4°W | | 842° | |
| 02.00 | | | | SW | 6 | 5 | SW-3 | 268° | 4°W | | 842° | |
| 04.00 | +28/+30 | | | W | 6 | 5 | SW-3 | 268° | -2 | 2°W | 866° | |
| 04.00 | | | | W | 4 | 4 | W-3 | 268° | -2 | 2°W | 866° | GPS: ... |
| 06.00 | +28/+30 | | | W | 6 | 4 | W-3 | 272 | -1 | 0 | 1W | 866° |
| 08.00 | +28/+30 | | | W | 5 | 4 | W-3 | 268 | 0 | 1W 266 | | |
| 08.00 | | | | W | 4 | 3 | W-2 | 301° | 0 | 1E 300° | A 304° | |
| 12.00 | +28/+30 | | | NW | 4 | 3 | WNW-2 | 301° | 0 | 1E 300° | A 304° | |
| 13.00 | +28/+30 | | | NW | 4 | 3 | WNW-2 | 301° | 0 | 1E 300° | A 304° | GPS: ... Fire/safety rounds carried out. |
| 16.00 | | | | NW | 4 | 3 | WNW-2 | 302° +2 0 1°E 303° | | | 300° | |
| 20.00 | | | | NW | 4 | 3 | NW-3 | 301 +2.0 1°E 303 | | | 303° | SAFETY ROUNDS PERFORMED |
| 21.55 | | | | W | 4 | 2 | W-2 | 301 2½ 0 1°E 295° | | | 305° | Ship engine slowed... |
| 23/23 | | | | W | 4 | 2 | W-2 | | | | | |
| 24.00 | | | | W | 4 | 2 | W-2 | | | | | Ships docks... |

Tuesday 05 06 2007 **Deck Log Book of** m/v Fredericke Oldendorff

Voyage No. 04/07 from Vancouver towards Mumbai

| Time | Barometer | Air °C | Sea °C | Relative humidity | Present weather | Wind direction | Wind force | Sea scale | Swell | Ordered track | Correction for drift | Leeway | Var. or Gyro | Dev. or Sp. Err. | Course steered | Helm | Magnetic compass heading | Log reading | Distance made good | Lookout | Bell period | Remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1005 | +35 | +30 | | 01 | W | 4 | 2 | W-2 | 301 | -2° | 0 | 1°E | 4°E | 299° | A | 303 | | | | | GPS: φ=07°02.3N λ=079°09.3E BA CH 1566. | |
| 04.00 | 1005 | +28 | +30 | | 01 | W | 5 | 3 | W-3 | 301° | -1° | 0 | 1°E | 3°E | 300° | A | 305° | | 39.8 | | | GPS: φ=07°25.0N λ=077°38.9E BA CH 1566. Safety/security round performed. | [illegible] |
| 08.00 | 1007 | +28 | +30 | | 01 | NW | 5 | 3 | W-3 | 301 | -1 | 0 | 1E | 3E | 300 | A | 303 | | 35.1 | | | GPS: 07°41.3 N 77°02.8 E SAFETY / SECURITY ROUND PERFORMED. | [illegible] |
| 11.25 | 1008 | +32 | +30 | | 01 | W | 4 | 3 | NW-3 | 301° | 2°W | 0 | 1°E | 8°E | 300° | A | 308° | | | | | GPS: φ=07°59.3'N λ=076°36.3'E. Altered course to 332°. | [illegible] |
| 12.00 | 1008 | +32 | +30 | | 01 | W | 4 | 3 | NW-3 | 332° | 2°W | 0 | 1°E | 8°E | 330° | A | 338° | | 35.1 | | | GPS: φ=08°03'N λ=076°34.1'E. BA43. Fire/safety rounds carried out. | [illegible] |

Noon position latitude φ= 08° 03'N longitude λ= 075° 34.1'E Time at sea 06 d 15 h 00 min; time alongside / port passage 00 d 00 h 00 min

Day's run - 25 h 00 min 228.2 NM Day's average speed 9.13 kn Total distance 1764.3 NM; distance river to berth 8.1 NM

Clock setting - 12 h 00 min Total time difference -06 h 00 min Distance to go 724 NM Voyage average speed 11.1 kn

Chr. error at UTC 00 h 00 min -06 s Daily rate 01 min 00 s Current set and drift - 160 - 1.5 NM

Fuel consumption ( t / kg ) Fuel balance:

Check of:
- Technical / bridge equipment O/C
- Domestic water consumption
- Wash water consumption
- Domestic water balance
- Wash water balance
- Ballast water 260 t
- Freshwater balance
- Smoke detecting devices / fire detecting devices
- Navigation lights exhibited from midnight till / from (if midnight)
- Emergency battery: 26.5 V.
- Watertight doors, hatches, weathertight doors, bulkheads

Chief Mate [signature] Master [signature]

| Time | Barometer | Air °C | Sea °C | Relative humidity | Present weather | Wind direction | Wind force | Sea scale | Swell | Ordered track | Correction for drift | Leeway | Var. or Gyro | Dev. or Sp. Err. | Course steered | Helm | Magnetic compass heading | Log reading | Distance made good | Lookout | Bell period | Remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13.10 | 1006 | +35 | +31° | | 02 | W | 4 | 3 | NW-3 | GPS: φ=08°16.13N λ=076°29.33E BA CH 1566 ME Stopped for checking. | | | | | | | | | | | | | |
| 13.40 | – | – | – | – | – | – | | | – | | | – | | | – | | – | | – | | – | Monthly tests for steering gear carried out. Cl 9.310.0. | [signature] |
| 15.00 | – | – | | – | | – | | | | | – | | | | – | | | | – | – | – | CMS training o/p plan carried out, all crew attended | [signature] |
| 16.00 | 1006 | +31 | +30 | | 02 | W | 4 | 3 | NW-3 | GPS: φ=08°20.75N λ=076°20.53E BA CH 1566 Drifting. Safety security round performed. | | | | | | | | | | | | | [signature] |
| 17.30 | 1004 | +31 | +30 | | 02 | NW | 5 | 3 | NW-3 | 325 | 2W | 0 | 1E | 8E | 323 | A | 341 | | | | | GPS: 08°10.0 N 076°31.8 E COMPLETED INSPECTION OF M.E. RESUMED VOYAGE, ME RUNNING, SLOW AHEAD. | |
| 18.23 | 1004 | +30 | +30 | | 02 | NW | 5 | 3 | NW3 | 325 | 2W | 0 | 1E | 8E | 323 | A | 341 | | | | | GPS: 08°11.9N 076°30.1E INCREASED SPEED TO HALF AHEAD. | |
| 20.00 | 1004 | +28 | +30 | | 02 | NW | 5 | 3 | NW 3 | 325 | 2W | 0 | 1E | 8E | 323 | A | 341 | | 18.0 | GPS: 08°23.0N | | GPS: 76°23.4E SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| 20.00 | – | – | | – | – | – | | | | – | | | | | – | | – | | – | – | | Lookout posted on bridge. A/B Carlos Ramirez. | [signature] |
| 24.00 | 1008 | +28 | +30 | | 02 | NW | 4 | 3 | NW-3 | 332° | 2°W | 0 | 1°E | 8°E | 330° | A | 338° | | 36.0 | | | GPS: φ=08°54.3'N λ=076°06.2'E. BA1566. Fire/safety round carried out. | [signature] |

Druck und Paul Meynen OHG D-22087 Hamburg · Vahrenwalder Allee [illegible]

© Gesetzlich geschützt · Nachdruck nur mit Genehmigung des Verlages

[Handwritten Deck Log Book page — rotated 90°, largely illegible scan. Page number 33. Heading: "Wednesday, 26.09.2007 — Deck Log Book of M/V Federica Oldendorff" / "Voyage No. 04/08 from Vancouver towards Murchison". Log contains hourly entries (01:00–24:00) with columns for barometer, temperature, wind (direction/force), sea, swell, course, compass error, log, distance, etc., along with remarks including notations such as "Visibility reduced by rain, less than 500m, Hayes Inlet passed", "Leave twr rte (utility) area. Visibility good, 10 nm", "On board Security Training c/o 14,030.01 SSP carried out, by C/O", "Proceeding with slow ahead. See coast arrived at...", GPS coordinates, and signatures.]

Thursday 08.06.2007 **Deck Log Book of** m/v Frederike Oldendorff

**Voyage No.** 04/07 from Vancouver towards Mumbai

| Time | Barometer | Temp. Air °C | Temp. Sea °C | Relative humidity | Present Weather | Wind Direction | Wind Force | Sea scale | Swell | Ground track | Correction for | | Var. or Gyro | Dev. or Sp.Er. | Course steered Comp. | Helmsman | Magnetic compass heading | Log reading NM | Distance made good NM | Remarks | Signature W.O. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1007 | +28 | +30 | | 05 | NW | 4 | 3 | NW-3 | 332° | -2° | 0 | 4°E | 8°E | 330° | A | 338° | | | GPS: φ 12°20.0N λ 074°47.8E BA CH 2738 | |
| 04.00 | 1007 | +28 | +30 | | 03 | NW | 5 | 4 | NW-5 | 332° | -6° | 0 | 1°E | 6°E | 327° | A | 332° | | | GPS: 12°11'42 09N λ 074°35.65E Safety/security round performed | [signature] |
| 07.50 | 1007 | +28 | +31 | | 03 | NW | 5 | 4 | NW3 | 332 | -6 | 0 | 1E | 6E | 328 | A | 332 | | | GPS: 12°01.2N/074°45.3E CH.L. GMS 6.910.01 ISSUED FOR Fu [illegible] | |
| 08.00 | 1007 | +30 | +31 | | 02 | NW 4 | 4 | 4 | NW-3 | 332 | -6 | 0 | 1E | 6E | 328 | A | 332 | | 22,2' | GPS: 12°02.2N 74°24.6E SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| 08.30 | — | — | | — | — | — | | — | — | — | | | — | | — | | — | | — | Commenced cleaning operation in freshwater tank p/s under C/O supervision | [signature] |
| 09.12 | 1007 | +30 | +31 | | 03 | NW | 4 | 3 | NW-2 | 332° | 6°W | 0 | 1°E | 6°E | 328° | A | 332° | - | | Engine control transferred to ECR direct local. Speed slow down to Slow ahead due to problem with engine. | |
| 12.00 | 1008 | +30 | +31 | | 03 | NW | 4 | 3 | NW-1 | 332° | 2°W | 0 | 1°E | 6°E | 330° | A | 336° | - | 19.8 | GPS: φ=12°15.6N λ=074°14.7E. BA 2738. Fire/Safety rounds carried out. | [signature] |

Noon position latitude φ = 12°15.6N longitude λ = 074°14.7E Time at sea 08 d 15 h 40 min Time at anchor/port passage 00 d 01 h 00 min

Day's run = 24 h 00 min 140.5 NM Day's average speed 5.86 kn Total distance: 2050.6 NM Distance to go 8.1 NM

Clock setting = 12 h 00 min Total time difference — 06 h 00 min Distance left 915.7 NM Voyage average speed 9.91 kn

Clock error on UTC 00 h 00 min —06 h daily rate 00 min 00 s Course and distance – 180 · 0.5 NM

Fuel consumption t Fuel balance

Check of:
- Synchronized watches: Domestic water consumption t Wash water consumption t Ballast water 8/ t
- Steering gear and equipment: OK Domestic water balance 140 t Wash water balance t Fresh water balance t
- Smoke detecting device / Gas detecting device: Navigation lights exhibited from midnight till from till midnight
- Emergency battery 26.5 V.
- Port ingress / water tightness: e.g. door lock, hatches, side ports, ballast tanks valves

[signature] Chief Mate [signature] Master

| Time | Barometer | Temp. Air °C | Temp. Sea °C | Relative humidity | Present Weather | Wind Direction | Wind Force | Sea scale | Swell | Ground track | Correction for | | Var. or Gyro | Dev. or Sp.Er. | Course steered Comp. | Helmsman | Magnetic compass heading | Log reading NM | Distance made good NM | Remarks | Signature W.O. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16.00 | 1007 | +30 | +31 | | 03 | NW | 4 | 3 | NW-1 | 332° | +3° | 0 | 1°E | 4°E | 336° | A | 339 | | 24.2 | GPS: φ 12°44.43N λ 074°03.14E BA CH 2738 Safety/security round | [signature] |
| — | — | — | — | — | — | — | performed. Completed washing FWT Port side | | | | | | | | | | | | | | |
| 20.00 | 1007 | +29 | +31 | | 02 | NW | 4 | 3 | NW-2 | 339 | +3 | 0 | 1E | 4E | 342 | A | 346 | | 24.9 | GPS: 13°03.4N/073°51.0E A/C to 339° SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| 24.00 | 1007 | +28 | +31 | | 01 | NW | 3 | 2 | NW-1 | 341° | +1° | 0 | 1°E | 8°E | 342° | A | 350° | | 29' | GPS: φ=13°27.2N λ=073°42.7E. BA 2738. Fire/safety rounds carried out. | [signature] |

Dreckmann Paul Martin GmbH, Hamburg

© Gesetzlich geschützt. Nachdruck verboten.

Friday 02.06.2006 **Deck Log Book of** M/V Frederike Oldendorff

**Voyage No.** 04/06 from Vancouver towards Mumbai

| Time | Barometer | Temp. Air | Temp. Sea | Relative humidity | Present weather | Wind direction | Wind force | Sea state | Swell | Ground track | Compass error | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance made good | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1009 | +28 | +31 | | 01 | NNW | 3 | 2 | NNW-1 | 341° | +1° | 0 | 4°E | 8°E | 348° | A | 350° | | GPS: φ 13°27.2 N λ 073°112.7 E BA CH N 6339 |
| 04.00 | 1007 | +28 | +31 | | 03 | NW | 3 | 2 | NW-2 | 341° | +5 | 0 | 1E | 8E | 334° | A | 352° | 25.6 | GPS: φ 13°50.55 N λ 073°33.51 E Safety/security round performed |
| 08.00 | 1005 | +28 | +31 | | 02 | NW | 3 | 2 | NW-3 | 341 | +3 | 0 | 1E | 8E | 344 | A | 352 | 24.9 | GPS: 14°14.3 N 073°25.5 E SAFETY/SECURITY ROUND PERFORMED |
| 12.00 | 1006 | +30 | +31 | | 01 | NW | 4 | 3 | NW-2 | 341° | 8E | 0 | 1E | 8E | 344° | A | 352° | 25.6 | GPS φ=14°38.6 N λ=073 16.9 E BA 708. Fire/safety rounds carried out. |

Noon position latitude φ = 14°38.6 N longitude λ = 073° 16.9 E. Time of noon 08 h 15 m 00 s; Day's run 24 h 00 min 150.3 nm; Day's average speed 6.26 kn; Total distance 2200.3 nm; Distance still to go 265.4 nm; Clocks set 12 h 00 min; Total time difference -06 h 00 min; Ch. time at UTC 00 h 00 min -06; daily rate 00 min 00 s; Voyage average speed 5.53 kn; Current set and drift 180° 0.5 kn; [illegible] 8.1 nm

Check of: Sound signal equipment O/C; Domestic water balance 143; Emergency battery 26.5 V; Ballast water 210

| Time | Barometer | Temp. Air | Temp. Sea | Relative humidity | Present weather | Wind direction | Wind force | Sea state | Swell | Ground track | Compass error | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance made good | Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.00 | | | | | | | | | | | | | | | | | | | Abandon ship drill carried out as planned scenario, all crew attended, satisfactory. |
| 16.00 | 1009 | 32 | 31 | | 01 | NW | 4 | 3 | NW-3 | 341° | -4 | 0 | 1E | 5E | 339° | A | 342° | 25.6 | GPS: φ 15°00.91 N λ 073°08.25 E Safety/security round performed |
| 20.00 | 1006 | 30 | 30 | | 02 | NW | 4 | 3 | NW 3 | 341 | -4 | 0 | 1E | 5E | 337 | A | 342 | 24.8 | GPS: 15°26.3 N 072°59.7 E SAFETY/SECURITY ROUND PERFORMED |
| 22.30/22 | | | | | | | | | | | | | | | | | | | Ship's clocks retarded 30 min anticlockwise. |
| 22.55 | 1007 | +28 | 30 | | 03 | NW | 3 | 2 | NW-2 | 341° | 4°W | 0 | 1°E | 5E | 331° | A | 342° | | GPS φ=15°45.5 N λ=072°53.6 E BA 708 Alter course to 329°. |
| 24.00 | 1007 | +28 | 30 | | 03 | NW | 3 | 2 | NW-2 | 329° | 4°W | 0 | 1°E | 5E | 325° | A | 330° | 23.6 | GPS φ=15°48.2 N λ=072°50.5 E BA 708. Fire/safety rounds carried out. |

Deutscher Pool Hamburg [illegible]

Saturday 09.06.2007 **Deck Log Book of** m/v Frederike Oldendorff

Voyage No. 01/07 from Vancouver towards Mundra

36

| Time | Barometer hPa | Air °C | Sea °C | Relative humidity % | Present weather | Wind direction | Wind force | Sea scale | Swell | Gyro heading | Correction dev | Correction heavy | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading NM | Distance made good NM | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1009 | +28 | +30 |  | 03 | NW | 3 | 2 | NW-2 | 329 | -4° | 0 | 1°E | 5°E | 325° | A | 330° |  |  | GPS: φ 15°48.2N λ 072°50.5E BA 407 |  |
| 04.00 | 1008 | +28 | +30 |  | 03 | NW | 3 | 2 | WNW-2 | 329 | -4° | 0 | 1°E | 5°E | 325° | A | 330° |  | 20.4 | GPS: φ 16°05.74N λ 072°39.71E Safety/security round performed | [signature] |
| 08.00 | 1005 | +28 | +30 |  | 03 | NW | 3 | 2 | NW-2 | 328 | -4° | 0 | 1°E | 5E | 325° | A | 330 |  | 20.6 | GPS: 16°23,4N 072°28.4E SAFETY/SECURITY ROUND PERFORMED | [signature] |
| 11.00 | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | – | Weekly tests and routines carried out a/p CL 9.3.10.01 | [signature] |
| 12.00 | 1007 | +30 | +30 |  | 01 | W | 3 | 2 | WNW-1 | 329° | 1°W | 0 | 1°E | 5°E | 328° | A | 333° |  | 23.3 | GPS φ=16°43.3'N λ=072°15.8'E BA 1007. Fire/safety round carried out. | [signature] |
| 16.00 | 1006 | +31 | +31 |  | 03 | WNW | 3 | 2 | WNW-2 | 329° | -4° | 0 | 1°E | 4°E | 325° | A | 329° |  | 23.1 | GPS: φ 17°03.40N λ 072°01.5E Safety/security round performed | [signature] |
| 20.00 | 1006 | +31 | +30 |  | 02 | NW | 3 | 2 | NW-2 | 329 | -4 | 0 | 1E | 4E | 325 | A | 329 |  | 23.1 | GPS: 17°23,3 N 71°51,0 E SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| 24.00 | 1006 | +30 | +32 |  | 21 | W | 3 | 2 | WNW-2 | 328° | 4°W | 0 | 1°E | 4°E | 325° | A | 329° |  | 22.5 | GPS: φ=17°42.3'N λ=071°38.8'E BA 748. Fire/safety round carried out. | [signature] |

Noon position latitude φ = 16°43.3'N longitude λ = 072°15.8'E

Time at sea 10 d 15 h 30 min; manoeuvring / port passage 00 d 01 h 00 min

Day's run 24 h 30 min 138.3 NM; Day's average speed 5.65 kn; Total distance 2339.2 NM; distance since last 8.1 NM

Clock setting – 12 h 00 min; Total time difference –05 h 30 min; Distance left 453.4 NM; Voyage Ø speed 9.16 kn

Chr. error at UTC 00 h 00 min –06 s daily rate 00 min 00 s; Current set and drift – 150 – 05 NM

Fuel consumption; Fuel balance

Check of:
- Synchronized watches
- Sound/signal equipment O/C
- Smoke detecting device; Gas detecting device
- Emergency battery: 26.5 V
- Passenger vessels: cut. close lock deck main cross bulkheads

Domestic water consumption; Wash water consumption; Ballast water 210

Domestic water balance 143; Wash water balance; Fresh water balance

Regulation lights switched from midnight till midnight

[signature] Chief Mate — [signature] Master

[illegible] Kapitänsdruck [illegible]

Sunday 10.06.2001 **Deck Log Book of** m/v Frederike Oldendorff

Voyage No. 04/07 from Vancouver towards Mundra

| Time | Barometer hPa | Air °C | Sea °C | Rel. humidity % | Present weather | Wind direction | Wind force | Sea | Swell | Ground track | Correction | Gyro error | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance made good | Lookout | Roll period | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1006 | +30 | +32 | | 21 | W | 3 | 2 | WNW-2 | 329° | -4° | 0 | 1°E | 4°E | 325° | A | 329° | | | | | GPS: φ-19°40.3 N λ-071°31.8 E BA CH. 708 | |
| 04.00 | 1005 | +30 | +32 | | 03 | NW | 4 | 3 | WNW-2 | 329 | -4° | 0 | 1°E | 4°E | 325° | A | 329° | | 22.1 | | | GPS: φ-19°01.99N λ-071°27.89E Safety/security round performed | [signature] |
| 0800 | 1004 | +31 | +32 | | 01 | NW | 4 | 3 | WNW-2 | 329 | -4 | 0 | 1E | 4E | 325 | A | 329 | | 23.4 | GPS: | 18°41.6 | N 071°14.0E SAFETY/SECURITY ROUND PERFORMED. CH.L OMS | |
| | | | | | | | | | | | | | | | | | | | | 6.9 | 0.01 | ENCLOSED SPACE PERMIT ISSUED. COMMENCED WASHING OF | |
| | | | | | | | | | | | | | | | | | | | | FW | TANK | SB/S BY THE CREW. TO BA 2136 | [signature] |
| 12.00 | 1006 | +35 | +31 | | 01 | WSW | 5 | 3 | W-2 | 329° | 1°W | 0 | 1°E | 1°E | 328° | A | 325° | | 22.3 | | | GPS: φ=18°41.2'N λ=071°02'E. BA2136. Fire/safety round carried out. | [signature] |

Noon position latitude φ= 18° 41.2'N longitude λ= 071° 02.'E Time at sea 11 d 15 h 30 min + time river / port passage 00 d 01 h 00 min

Day's run - 24 h 00 min 125.6 NM Day's average speed 5.23 kn Total distance 2464.8 NM + distance river to berth 8.1 NM

Clock setting - 12 h 00 min Total time difference - 05 h 30 min Distance left 327.8 NM Voyage average speed 8.82 kn

Chr. error on UTC 10 h 00 min +06 s daily rate 00 min 00 s Current set and drift - 115° - 0.5 NM

Fuel consumption t HFO t Fuel balance

Check of:
- Synchronized watches: Domestic water consumption t Wash water consumption t Boiled water 260 t HFO
- Sound signal equipment O/K Domestic water balance 142 t Wash water balance / t HFO t Fresh water balance t
- Smoke detecting devices / Gas detecting devices: Navigation lights exhibited from midnight till from till midnight
- Emergency battery 26.5 V.
- Passenger vessels: out. door leaf deck seals cross bulkheads

Chief Mate [signature] Master [signature]

| Time | Barometer hPa | Air °C | Sea °C | Rel. humidity % | Present weather | Wind direction | Wind force | Sea | Swell | Ground track | Correction | Gyro error | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance made good | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13.05 | 1004 | +32 | +31 | | 02 | W | 4 | 3 | W-2 | 329 | -5° | 0 | 1°E | 1°E | 324° | A | 326° | | | GPS: φ 18°46.4N λ-070°58.33 E Sounded fire alarm drill. Location work shop ER | |
| 13.30 | 1004 | +32 | +31 | | 02 | W | 4 | 3 | W-2 | 329 | -5 | 0 | 1°E | 1°E | 324° | A | 325° | | | GPS: φ-18°[illegible] N λ-070°58.80E Checked CO2 system alarm | |
| 14.00 | 1004 | +32 | +31 | | 02 | W | 4 | 3 | W-2 | 329 | -6 | 0 | 1°E | 1°E | 323 | A | 324° | | | GPS: φ 18°50.18N λ-070°56.55E Completed fire alarm drill. | |
| 16.00 | 1004 | +32 | +31 | | 02 | W | 4 | 3 | W-2 | 329° | -6 | 0 | 1°E | 1°E | 323° | A | 324° | | | GPS: φ 18°59.5N λ-070°50.39E Safety/security round performed | [signature] |
| 2000 | 1003 | +30 | +31 | | 02 | W | 4 | 3 | W-2 | 329 | -5 | 0 | 1E | 1E | 323 | A | 324 | | 19.8 | GPS: 19°15.9 N 070°39.9E SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| 24.00 | 1004 | +28 | +31 | | 02 | W | 4 | 3 | W-2 | 329° | 5W | 0 | 1°E | 1°E | 323° | A | 324° | | 17.6 | GPS: φ=19°30.8N λ=070° 28.8E BA2136. Fire/safety round carried out. | [signature] |

Dr. Eckardt Paul Liebhardt Chem. Hamburg

[signature]

Monday 14.06.2007 **Deck Log Book of** m/v Frederike Oldendorff

Voyage No. 04/07 from Vancouver towards Mundra

| Time | Barometer hPa | Air °C | Sea °C | Relative humidity % | Present weather | Wind direction | Wind force | Sea scale | Swell | Ground track | Correction Ant. | Correction | Var. | Dev. | Course steered Comp. | Helmsman | Magnetic compass heading | Log reading NM | Distance made good NM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1004 | +29 | +30 | | 02 | W | 4 | 3 | W-2 | 329° | -5° | 0 | 1°E | 1°E | 323° | A | 324° | | |
| 04.00 | 1002 | +29 | +30 | | 03 | NW | 5 | 4 | W-3 | 329° | 0 | 0 | 1° | 4E | 329° | A | 333° | | 20.2 |
| 0800 | 1001 | +30 | +30 | | 01 | NW | 6 | 4 | NW 3 | 324 | -4 | 0 | 1E | 3E | 324 | A | 327 | | 18.8 |
| 0800 | — | — | — | — | | — | | | — | | | | | | | | — | | — |
| 12.00 | 1003 | +31° | +31° | — | 01 | WSW | 6 | 4 | WSW-3 | 325° | 4°W | 0 | 1°E | 5°E | -325° | A | 327° | | 18.6 |

Mean position latitude φ = 20° 20.5' N longitude λ = 069° 52.7' E Time at sea 12 d 15 h 30 min; + Sea time / port passage 00 d 01 h 00 min

Day's run = 24 h 00 min 115.9 NM Day's average speed 4.83 kn Total distance 2580.7 NM; = distance there to berth 8.1 NM

Clock setting = 12 h 00 min Total time difference −05 h 30 min Distance left 211.5 NM Voyage average speed 8.51 kn

Ch. error at UTC 00 s 00 min −06 s daily rate 00 min 00 s Current set and drift − 160 °, 0.5 NM

Fuel consumption t (t/h) Fuel balance t

| Time | Barometer hPa | Air °C | Sea °C | Relative humidity % | Present weather | Wind direction | Wind force | Sea scale | Swell | Ground track | Correction Ant. | Correction | Var. | Dev. | Course steered Comp. | Helmsman | Magnetic compass heading | Log reading NM | Distance made good NM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13.05 | 1001 | +32 | +31 | | 03 | W | 6 | 4 | WSW-3 | 329° | -4 | 0 | 1°E | 3°E | 325° | A | 329° | | |
| 14.20 | 1002 | +32 | +31 | | 03 | W | 6 | 4 | WSW-3 | 329 | -4 | 0 | 1°E | 3°E | 325° | A | 329° | | |
| 14.45 | 1001 | +32 | +31 | | 03 | W | 6 | 4 | WSW-3 | 329 | -4 | 0 | 1°E | 3°E | 325° | A | 329° | | |
| 16.00 | 1001 | +32 | +31 | | 03 | W | 6 | 4 | WSW-3 | 329° | -6 | 0 | 1°E | 3°E | 323° | A | 326° | | 17.0 |
| 18.30 | 1000 | +30 | +30 | | 02 | NW | 6 | 4 | WSW-3 | 329 | -6 | 0 | 1E | 3E | 323 | A | 326 | | |
| 20.00 | 999 | +30 | +30 | | 02 | NW | 6 | 4 | WSW-3 | 329 | -6 | 0 | 1E | 3E | 323 | A | 326 | | 16.6 |
| 24.00 | 1000 | +30° | +30° | | 02 | NW | 6 | 4 | WSW-3 | 329° | 6W | 0 | 1E | 5E | 323° | A | 326° | | 15.6 |

Nautical remarks and entries according to national and international rules and regulations; measures taken in the interest of seaworthiness; safety of life at sea; care of cargo, safety of the vessel and environmental protection.

| Remarks | Signature W.O. |
|---|---|
| GPS: φ=19°30.8N λ=070°39.3E BA CH N 2736 | |
| GPS: φ=19°48.53N λ=070°19.83E Safety/security round performed | [signature] |
| GPS: 20°02.7 N / 70°09.16 SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| Monthly tests and inspection of life saving appliances carried out as per LSA 10.02 | [signature] |
| GPS: φ=20°20.5'N λ=069° 52.7'E BA2736. Fire/safety round carried out. | [signature] |

Check of:
- Synchronized watches: Domestic water consumption t, Wash water consumption t, Ballast water 110 t
- Sound signal equipment O/K Domestic water balance 148 t, Wash water balance t, Feedwater balance t
- Smoke detecting devices: / Gas detecting devices: Regulation lights exhibited from midnight to … from … till midnight
- Emergency battery 24.5 V.
- Passenger vessels: wt. door lock deck main cross bulkheads

Chief Mate [signature] Master [signature]

| Remarks | Signature W.O. |
|---|---|
| GPS: φ=20°25.33N λ=069°55.97E Sounded Fire alarm drill | |
| GPS: φ=20°25.42N λ=069°55.26E Sounded Abandon ship drill. | |
| GPS: φ=20°28.59N λ=069°53.83E Completed Abandon ship drill | |
| GPS: φ=20°33.13N λ=069°48.54E Safety/security round performed | [signature] |
| GPS: 20°44.5N 69°43.2E OHS TRAINING MEETING. | |
| GPS: 20° 51.1 N 069° 39.2 E. SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| GPS: φ=21°04.5'N λ=069° 30.2'E BA2736. Fire/safety round carried out. | [signature] |

Druckerei Paul Mertins GmbH · Hohenzollerndamm · D-20095 Hamburg

© Gesetzlich geschützt. Nachdruck nur mit Genehmigung des Verlages.

# Deck Log Book of m/v Frederike Oldendorff

Voyage No. 04/07 from Vancouver towards Mundra

| Time | Barometer hPa | Temp. air °C | Temp. sea °C | Relative humidity % | Present weather | Wind direction | Wind force | Sea scale | Swell | Ground track | Correction for drift | Var. | Dev. | Course steered | Helmsman | Magnetic compass heading | Log reading | Distance | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00.00 | 1000 | +30 | +30 | | 02 | NW | 6 | 4 | WNW-3 | 329° | -6° | 0 | 1°E | 5°E | 325° | A | 326° | | | GPS: φ 21°04.5N λ=069°30.4E BA CH N 2736 | |
| 04.00 | 1000 | +29 | +30 | | 03 | WSW | 6 | 4 | WSW-3 | 329° | -6 | 0 | 1°E | 3°E | 333° | A | 326° | | 14.4 | GPS φ-21°10.04N λ-069°22.1E Safety security round performed | [signature] |
| 04.20 | 1000 | +28 | +30 | | 02 | WSW | 6 | 4 | WSW | 329 | -6 | 0 | 1E | 3E | 323 | A | 326 | | | GPS: 21°17.2N 069°23.2E [redacted] | |
| 08.00 | 999 | +31 | +30 | | 02 | W | 6 | 4 | W-3 | ADRIFTING N.U.C. | | | | | | | | | | GPS: 21°20 N 069°24.3E [redacted]. SAFETY/SECURITY ROUND PERFORMED. | [signature] |
| 10.00 | 999 | +35 | +30 | | 01 | WSW | 5 | 4 | W-2 | Drifting / with speed 1.3 knots in direction 060°, depth 35m under the keel. | | | | | | | | | | [redacted] | [signature] |
| 12.00 | 1001 | +31 | +30 | | 01 | WSW | 4 | 3 | W-2 | Vessel NUC under command due to ME failure, repairing in progress. | | | | | | | | | | Drift 060° sp. 1.3 knts. Fire/safety round carried out. GS φ=21°22.5'N λ=069°29E | [signature] |

Noon position latitude φ = 21°22.5'N; longitude λ = 069°28'E; Time at sea 13 d 15 h 30 min; Time since departure 00 d 00 h 00 min
Day's run = 16 h 00 min 75.8 NM; Day's average speed 4.74 kn; Total distance 2656.5 NM; Distance to berth 8.1 NM
Clock setting = 12 h 00 min; Total time difference +05 h 30 min; Distance left 1361 NM; Voyage average speed 8.32 kn
Ch. zone of UTC 00 h 00 min -06; daylight 00 min 00; Current set and drift 060° 1.3 NM
Fuel consumption; Fuel bunkered

Checked: Synchronised watches; Sound signal equipment; Smoke detecting device; Gas detecting device; Emergency battery
Domestic water consumption; Domestic water balance 145; Wash water consumption; Wash water balance; Ballast water 110 t; Freshwater balance
Sunglasses & lights exhibited from sunset to sunrise

Chief Mate [signature] — Master [signature]

| Time | Barometer | Temp. air | Temp. sea | Relative humidity | Present weather | Wind direction | Wind force | Sea scale | Swell | Remarks (log) | Nautical remarks | Signature |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14.45 | 1001 | +32 | +30 | | 02 | WSW | 5 | 4 | WSW-2 | Dropped Stb anchor 5 shackle in the water. | Depth 29 m ground mud. PSN φ 21°24.34N λ=069°31.83E BA CH 1470 | |
| 16.00 | 1001 | +32 | +30 | | 02 | WSW | 5 | 4 | WSW-2 | GPS: φ 21°24.34N λ 069°31.83E VIC at anchor. | repairing in progress. Safety security round performed | [signature] |
| 20.00 | 999 | +30 | +30 | | 02 | W | 5 | 4 | W-3 | AT SB/S ANCHOR 5 SH. IN THE WATER | GPS: 21°24.3N 069°31.8E NO DRIFT DETECTED SAFETY/SECURITY PERFORMED. | [signature] |
| 24.00 | 1000 | +30 | +30 | | | SW | 5 | 4 | SW-2 | At Stb S. Anchor 5sh. in water. No drift observed. | GPS φ=21°24.3N λ=069°31.8E BA 1470. Fire/safety round carried out. | [signature] |

© Deutscher Nautischer Verein