# Mohan Declaration Exhibit 13

CODE NAME: "CONGENBILL". EDITION 1994

Page 1

| Shipper | |
|---|---|
| J.K. INTERNATIONAL PTY LTD., 46, SUSCATAND STREET, ROCKLEA, QLD 4106, GPO BOX 1981, BRISBANE, QLD 4001, AUSTRALIA | BILL OF LADING  B/L NO. 01<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. |

**ORIGINAL**

Consignee
TO ORDER

Notify Address
(A) MMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODDHI ROAD, NEW DELHI- 110 001, INDIA. (B) MMTC TRANSNATIONAL PTE LTD, 20 CECIL STREET, #14-03/04 EQUITY PLAZA, SINGAPORE 049 705

Vessel
MV FREDERIKE OLDENDORFF

| Port of Loading | Port of Discharge |
|---|---|
| VANCOUVER CANADIAN PORT | MUMBAI, INDIA |

Shipper's description of goods                                  Gross weight

(SAID TO BE SAID TO WEIGH)

9,480 MT CANADIAN YELLOW PEAS CROP YEAR 2006

NET WEIGHT: 9,480 MT

FREIGHT PREPAID

STOWED INTO HOLD NO. 1

Freight prepaid as per
CHARTER-PARTY dated         12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading..............days ............hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| BRISBANE | BRISBANE, 30/04/2007 |
| Number of original Bs/L. | Signature |
| THREE (3) | TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br>FOR AND ON BEHALF OF THE MASTER<br>CAPTAIN ALEKSANDR GRACHYOV |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 5341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime
Council.

CODE NAME: "CONGENBILL". EDITION 1994

Page 1

**Shipper**
M/S. J. K. INTERNATIONAL PTY LTD.
49 SUSCATAND STREET, ROCKLEA, QLD
4106 G.P.O. BOX 1981 BRISBANE, QLD
4001, AUSTRALIA

BILL OF LADING
TO BE USED WITH CHARTER-PARTIES
Reference No.

B/L NO. 02

**Consignee**
TO ORDER

# ORIGINAL

**Notify Address**
SHADIRAM AND SONS,
SECTORE -1, 4/28, BHANUDARSHAN,
GANDHIDHAM, GUJRAT, INDIA.

**Vessel**
MV FREDERIKE OLDENDORFF

**Port of Loading**
VANCOUVER PORT, CANADA

**Port of Discharge**
MUNDRA PORT, INDIA

**Shipper's description of goods**

**Gross weight**

(SAID TO BE SAID TO WEIGH)

5886.996 MT OF CANADIAN YELLOW SPLIT PEAS

NET WEIGHT: 5886.996 MT

FREIGHT PREPAID

Freight prepaid as per
CHARTER-PARTY dated 12/04/2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading.....................days ...................hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| BRISBANE | BRISBANE 30/04/2007 |
| **Number of original Bs/L** | **Signature** |
| THREE (3) | TRANSWORLD MARINE EXPRESS PTY LTD As agents only<br><br>FOR AND ON BEHALF OF THE MASTER CAP. ALEKSANDR GRACHYOV |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 6341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime Council.

CODE NAME: "CONGENBILL". EDITION 1994

# ORIGINAL Page 1

**Shipper**
J. K. INTERNATIONAL PTY LTD.
49 SUSCATAND STREET, ROCKLEA, QLD
4106 BRISBANE, QLD 4001, AUSTRALIA

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES
Reference No.

B/L NO. 03

**Consignee**
TO THE ORDER OF 'DBS BANK LTD. 25 BARAKHAMBA ROAD,
NEW DELHI 110 001, INDIA

**Notify Address**
SHARP MENTHOL INDIA LTD, SHARP HOUSE, PLOT NO. 9 LSC
GUJRANWALA TOWN I, NEW DELHI 27128901

**Vessel**
MV FREDERIKE OLDENDORFF

**Port of Loading**
VANCOUVER CANADIAN PORT

**Port of Discharge**
MUMBAI, INDIA

**Shipper's description of goods**                                              **Gross weight**

(SAID TO BE SAID TO WEIGH)

1310 MT OF CANADIAN YELLOW PEAS

NET WEIGHT: 1310 MT

FREIGHT PREPAID

---

Freight prepaid as per
CHARTER-PARTY dated 12/04/2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading................days ................hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| BRISBANE | BRISBANE 30/04/2007 |
| **Number of original Bs/L** | **Signature** |
| THREE (3) | TRANSWORLD MARINE EXPRESS PTY LTD As agents only |
| | FOR AND ON BEHALF OF THE MASTER CAP. ALEKSANDR GRACHYOV |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 6341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime Council.

CODE NAME: "CONGENBILL". EDITION 1994

# ORIGINAL   Page 1

| Shipper<br>J. K. INTERNATIONAL PTY LTD.<br>49 SUSCATAND STREET, ROCKLEA, QLD<br>4106 BRISBANE, QLD 4001, AUSTRALIA | BILL OF LADING<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. | B/L NO. 04 |
|---|---|---|

Consignee
TO THE ORDER OF 'DBS BANK LTD. 25 BARAKHAMBA ROAD, NEW DELHI 110 001, INDIA

Notify Address
SHARP MENTHOL INDIA LTD, SHARP HOUSE, PLOT NO. 9 LSC GUJRANWALA TOWN I, NEW DELHI 27126901

Vessel
MV FREDERIKE OLDENDORFF

| Port of Loading<br>VANCOUVER CANADIAN PORT | Port of Discharge<br>MUMBAI, INDIA |
|---|---|

Shipper's description of goods                                          Gross weight

(SAID TO BE SAID TO WEIGH)

3800 MT OF CANADIAN DAL MATAR

NET WEIGHT: 3800 MT

FREIGHT PREPAID

---

Freight prepaid as per
CHARTER-PARTY dated 12/04/2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading................days ..................hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at<br>BRISBANE | Place and date of issue<br>BRISBANE 30/04/2007 |
|---|---|
| Number of original Bs/L<br>THREE (3) | Signature<br>TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br>FOR AND ON BEHALF OF THE MASTER<br>CAP. ALEKSANDR GRACHYOV |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 8341   Fax No. 0171 251 1296
by authority of The Baltic and International Maritime Council.

CODE NAME: "CONGENBILL", EDITION 1994

Page 1

| Shipper<br>J. K. INTERNATIONAL PTY LTD.,<br>49, SUSCATAND STREET,<br>ROCKLEA, QLD 4106, GPO BOX 1981, BRISBANE,<br>QLD 4001, AUSTRALIA | BILL OF LADING  B/L NO. 05<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. |
|---|---|
| Consignee<br>TO ORDER | **ORIGINAL** |
| Notify Address<br>(A) MMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODDHI ROAD, NEW DELHI- 110 001, INDIA. (B) MMTC TRANSNATIONAL PTE LTD, 20 CECIL STREET, #14-03/04 EQUITY PLAZA, SINGAPORE 049 705 | |
| Vessel<br>MV FREDERIKE OLDENDORFF | |
| Port of Loading<br>VANCOUVER CANADIAN PORT | Port of Discharge<br>MUMBAI, INDIA |

Shipper's description of goods

Gross weight

(SAID TO BE SAID TO WEIGH)

10,150 MT CANADIAN YELLOW PEAS CROP YEAR 2006

NET WEIGHT: 10,150 MT

FREIGHT PREPAID

STOWED INTO HOLD NO. 3

---

| Freight prepaid as per<br>CHARTER-PARTY dated      12.04.2007<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading.................days ...................hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value Un-known.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
|---|---|
| | Freight payable at<br>BRISBANE | Place and date of issue<br>BRISBANE, 30/04/2007 |
| | Number of original Bs/L<br>THREE (3) | Signature<br><br>TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br>FOR AND ON BEHALF OF THE MASTER<br>CAPTAIN ALEKSANDR GRACHYOV |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET
Tel. No. 0171 251 6341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime
Council

CODE NAME: "CONGENBILL". EDITION 1994

Page 1

**Shipper**
J. K. INTERNATIONAL PTY LTD.,
49, SUSCATAND STREET,
ROCKLEA, QLD 4106, GPO BOX 1981, BRISBANE,
QLD 4001, AUSTRALIA

**BILL OF LADING**    B/L NO. 06
TO BE USED WITH CHARTER-PARTIES
Reference No.

**ORIGINAL**

**Consignee**
TO ORDER

**Notify Address**
(A) MMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA, LODDHI ROAD, NEW DELHI- 110 001, INDIA. (B) MMTC TRANSNATIONAL PTE LTD, 20 CECIL STREET, #14-03/04 EQUITY PLAZA, SINGAPORE 049 705

**Vessel**
MV FREDERIKE OLDENDORFF

**Port of Loading**
VANCOUVER CANADIAN PORT

**Port of Discharge**
MUMBAI, INDIA

**Shipper's description of goods**                          **Gross weight**

(SAID TO BE SAID TO WEIGH)

9,430 MT CANADIAN YELLOW PEAS CROP YEAR 2006

NET WEIGHT: 9,430 MT

FREIGHT PREPAID

STOWED INTO HOLD NO. 5

---

Freight prepaid as per
CHARTER-PARTY dated    12.04.2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading...............days .............hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

**Freight payable at**
BRISBANE

**Place and date of issue**
BRISBANE, 30/04/2007

**Number of original Bs/L**
THREE (3)

**Signature**
TRANSWORLD MARINE EXPRESS PTY LTD
As agents only

FOR AND ON BEHALF OF THE MASTER
CAPTAIN ALEKSANDR GRACHYOV

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 5341   Fax No. 0171 251 1296
by authority of The Baltic and International Maritime
Council.

CODE NAME: "CONGENBILL". EDITION 1994                                                                                                  Page 1

| Shipper<br>J. K. INTERNATIONAL PTY LTD.,<br>49, SUSCATAND STREET,<br>ROCKLEA, QLD 4106, GPO BOX 1981, BRISBANE,<br>QLD 4001, AUSTRALIA | BILL OF LADING                B/L NO. 07<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. |
|---|---|
| Consignee<br>TO ORDER | **ORIGINAL** |
| Notify Address<br>(A) MMTC LTD, CORE 1 SCOPE COMPLEX, 7 INSTITUTIONAL AREA,<br>LODDHI ROAD, NEW DELHI- 110 001, INDIA. (B) MMTC TRANSNATIONAL<br>PTE LTD, 20 CECIL STREET, #14-03/04 EQUITY PLAZA, SINGAPORE 049 705 | |
| Vessel<br>MV FREDERIKE OLDENDORFF | |

| Port of Loading<br>VANCOUVER CANADIAN PORT | Port of Discharge<br>MUMBAI, INDIA |
|---|---|

Shipper's description of goods                                                                    Gross weight

(SAID TO BE SAID TO WEIGH)

2,440 MT CANADIAN YELLOW PEAS CROP YEAR 2006

NET WEIGHT: 2,440 MT

FREIGHT PREPAID

STOWED INTO HOLD NO. 2

| Freight prepaid as per<br>CHARTER-PARTY dated     12.04.2007<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>..........................................................................................<br>Time used for loading.....................days....................hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value Un-known.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
|---|---|
|  | Freight payable at<br>BRISBANE | Place and date of issue<br>BRISBANE, 30/04/2007 |
| Printed and sold by<br>Witherby & Company Limited, 32/36 Aylesbury Street,<br>London EC1R OET<br>Tel. No. 0171 251 6341  Fax No. 0171 251 1296<br>by authority of The Baltic and International Maritime Council. | Number of original Bs/L<br>THREE (3) | Signature<br>TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br>FOR AND ON BEHALF OF THE MASTER<br>CAPTAIN ALEKSANDR GRACHYOV |

CODE NAME: "CONGENBILL". EDITION 1994                                                                    Page 1

| | |
|---|---|
| **Shipper**<br>M/S J. K. INTERNATIONAL PTY LTD.<br>49 SUSCATAND STREET, ROCKLEA, QLD<br>4106, AUSTRALIA | **BILL OF LADING**<br>TO BE USED WITH CHARTER-PARTIES    B/L NO. 06<br>Reference No. |
| **Consignee**<br>TO ORDER | **ORIGINAL** |
| **Notify Address**<br>CENTRAL BANK OF INDIA (PUNE CAMP BRANCH) PUNE IN AND<br>POONA DAL AND OIL INDUSTRIES LTD, 103/104 HADAPSAR<br>INDUSTRIAL ESTATE POONA 411013 | |
| **Vessel**<br>MV FREDERIKE OLDENDORFF | |
| **Port of Loading**<br>VANCOUVER CANADIAN PORT | **Port of Discharge**<br>MUMBAI, INDIA |

**Shipper's description of goods**                                              **Gross weight**

(SAID TO BE SAID TO WEIGH)

1221.302 MTS CANADIAN WHOLE YELLOW PEAS

NET WEIGHT: 1221.302 MTS

FREIGHT PREPAID

THIS IS INDICATING THAT MERCHANDISE CAN BE FREELY
IMPORTED IN INDIA AND IS NOT COVERED UNDER NEGATIVE
LIST OF IMPORT MENTIONED IN IMPORT POLICY AM 2002-2007

DRAWN UNDER LC NO. POONAC077045 DATED 10MAY2007 OF
CENTRAL BANK OF INDIA, PUNE CAMP BRANCH, PUNE 411001

VESSEL AGENT AT DISCHARGE PORT::
SAHI ORETRANS PVT LTD
30 WESTERN INDIA HOUSE,
3RD FLOOR SIR P.M. ROAD,
MUMBAI 400001, INDIA
TEL : (91 22) 2281 0033

| | |
|---|---|
| Freight prepaid as per<br>CHARTER-PARTY dated 12/04/2007<br><br>FREIGHT ADVANCE.<br>Received on account of freight<br><br>.....................................................................<br>Time used for loading................days ..........................hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value Un-known.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| **Freight payable at**<br>BRISBANE | **Place and date of issue**<br>BRISBANE 30/04/2007 |
| **Number of original Bs/L**<br>THREE (3) | **Signature**<br>TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br>FOR AND ON BEHALF OF THE MASTER<br>CAP ALEXANDR GRIGNON |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 6341   Fax No. 0171 251 1296
by authority of The Baltic and International Maritime
Council.

CODE NAME: "CONGENBILL". EDITION 1994                                                                Page 1

| | |
|---|---|
| **Shipper**<br>M/S. J. K. INTERNATIONAL PTY LTD,<br>49 SUSCATAND STREET, ROCKLEA, QLD<br>4106 G.P.O. BOX 1981 BRISBANE, QLD<br>4001, AUSTRALIA | **BILL OF LADING**   B/L NO. 09<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. |
| **Consignee**<br>TO ORDER | **ORIGINAL** |
| **Notify Address**<br>POONA DAL AND OIL INDUSTRIES LTD,<br>71/A INDUSTRIAL ESTATE HADAPSAR PUNE INDIA 411 013 | |

**Vessel**
MV FREDERIKE OLDENDORFF

**Port of Loading**                **Port of Discharge**
VANCOUVER PORT, CANADA              MUMBAI, INDIA

**Shipper's description of goods**                              **Gross weight**

(SAID TO BE SAID TO WEIGH)

800 MTS OF CANADIAN YELLOW SPLIT PEAS

NET WEIGHT: 800 MTS

FREIGHT PREPAID

---

| | |
|---|---|
| Freight prepaid as per<br>CHARTER-PARTY dated 12/04/2007<br><br>FREIGHT ADVANCE<br>Received on account of freight:<br><br>............................................................................<br>Time used for loading...............days....................hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.<br><br>Weight, measure, quality, quantity, condition, contents and value Un-known.<br><br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be Void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| | **Freight payable at**<br>BRISBANE | **Place and date of issue**<br>BRISBANE 30/04/2007 |
| Printed and sold by<br>Witherby & Company Limited, 32/36 Aylesbury Street,<br>London EC1R OET<br>Tel. No. 0171 251 6341  Fax No. 0171 251 1296<br>by authority of The Baltic and International Maritime Council. | **Number of original Bs/L**<br>THREE (3) | **Signature**<br>TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br><br>FOR AND ON BEHALF OF THE MASTER<br>CAP. ALEKSANDR GRACHYOV |

CODE NAME: "CONGENBILL". EDITION 1994

Page 1

| Shipper | |
|---|---|
| M/S. J. K. INTERNATIONAL PTY LTD,<br>49 SUSCATAND STREET, ROCKLEA, QLD 4106 G.P.O. BOX 1981 BRISBANE, QLD 4001, AUSTRALIA | BILL OF LADING<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No.     B/L NO. 10 |

**ORIGINAL**

Consignee
TO ORDER

Notify Address
POONA DAL AND OIL INDUSTRIES LTD,
71/A INDUSTRIAL ESTATE HADAPSAR PUNE INDIA 411 013

Vessel
MV FREDERIKE OLDENDORFF

Port of Loading: VANCOUVER PORT, CANADA
Port of Discharge: MUMBAI, INDIA

Shipper's description of goods     Gross weight

(SAID TO BE SAID TO WEIGH)

1000 MTS OF CANADIAN YELLOW SPLIT PEAS

NET WEIGHT: 1000 MTS

FREIGHT PREPAID

Freight prepaid as per CHARTER-PARTY dated 12/04/2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading..............days..............hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at: BRISBANE
Place and date of issue: BRISBANE 30/04/2007

Number of original Bs/L: THREE (3)

Signature:
TRANSWORLD MARINE EXPRESS PTY LTD
As agents only

FOR AND ON BEHALF OF THE MASTER
CAP. ALEKSANDR GRACHYOV

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET
Tel. No. 0171 251 5341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime Council.

CODE NAME: "CONGENBILL", EDITION 1994                                              Page 1

| Shipper | BILL OF LADING | B/L NO. 11 |
|---|---|---|
| M/S. J. K. INTERNATIONAL PTY LTD.<br>49 SUSCATAND STREET, ROCKLEA, QLD<br>4106 G.P.O. BOX 1951 BRISBANE, QLD<br>4001, AUSTRALIA | TO BE USED WITH CHARTER-PARTIES<br>Reference No. | |

| Consignee |
|---|
| TO ORDER |

**ORIGINAL**

| Notify Address |
|---|
| SHADIRAM AND SONS,<br>SECTORE-1, 4/28, BHANUDARSHAN,<br>GANDHIDHAM, GUJRAT, INDIA. |

| Vessel |
|---|
| MV FREDERIKE OLDENDORFF |

| Port of Loading | Port of Discharge |
|---|---|
| VANCOUVER PORT, CANADA | MUNDRA PORT, INDIA |

Shipper's description of goods                                   Gross weight

(SAID TO BE SAID TO WEIGH)

1400 MT OF CANADIAN WHOLE YELLOW PEAS

NET WEIGHT: 1400 MT

FREIGHT PREPAID

---

Freight prepaid as per
CHARTER-PARTY dated 12/04/2007

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading...................days.....................hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the Goods specified above.

Weight, measure, quality, quantity, condition, contents and value Un-known.

IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others Shall be Void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| BRISBANE | BRISBANE 30/04/2007 |
| Number of original Bs/L | Signature |
| THREE (3) | TRANSWORLD MARINE EXPRESS PTY LTD<br>As agents only<br><br>FOR AND ON BEHALF OF THE MASTER<br>CAP. ALEKSANDR GRACHYOV |

Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R OET
Tel. No. 0171 251 6341  Fax No. 0171 251 1296
by authority of The Baltic and International Maritime
Council.