# Mohan Declaration Exhibit 14

# SHADIRAM & SONS

**IMPORTER & EXPORTER**

Mandi, LAMBRA, (Dist. Jalandhar) PUNJAB. • Phone :(0181) 279 1025 / 309 0859
Telefax : 279 1329 • E-mail : lambra@shadiram.com

[illegible]OTE

TO :- 06/08/2007

J. K International Pty Ltd.,
49 Suscatand Street, Rockela,
416 G.P.O. Box 1981, Brisbane,
AUSTRALIA.

**Ref. :- M.V. FREDERIKE OLDENDORFF. B/L. NO.02 & 11.**

**Sub :- Extra expenses occurred due to cargo shifting from Mundra Port.**

Dear Sir,

We have debited your account toward extra expenses occurred due to cargo shifting from Mundra Port.

| | | |
|---|---|---|
| B/L. No. 02 | Split Yellow Peas | 5886.996 M.ton |
| B/L. No. 11 | Whole Yellow Peas | 1400.000 M.ton |
| Total Quantity :- | | 7286.996 M.ton |

Expenses for Transportation INR 996.00 Per ton.

Total Amount (7286.996 m.t @996.00) INR 72,57,848.00

(Rupees Seven Million, Two Hundred and Fifty Seven Thousand, Eight Hundred and Forty Eight only).

Copy of the railway freight is enclosed here with.
Thanks & Regards.
For & on behalf of
M/S. SHADI RAM & SONS.

(RAJESH SHARMA).
Import Manager.

# NARENDRA FORWARDERS PVT LTD.

CUSTOM HOUSE AGENTS
Vaswani Chamber, Plot-16,Sector 8, Gandhidham (Kutch) - 370 201. INDIA
Tel : 31795 /32504 / 55701 / 55702 / 55703 Fax : (091) (02836) 56678 / 30541

## BILL FOR REIMBURSEMENT OF EXPENSES

DEBIT NOTE NO. : I-0170B

M/S : SHADI RAM & SONS,
SECTOR NO 1
4/28 BHANUDARSHAN
GANDHIDHAM
GUJARAT

DATE : 3-Sep-2007
OUR REF. : IMP 075/078
ASS. VALUE : 101713765.30
GROSS WT. : 7286.996MTS
IGM ITEM NO. : F-

A/C: BY SELF

PACKAGES : IN BULK
PORT : VANCOUVER
B/L NO. : 11/2
B/E NO. : F-114577/78

PER : MT FREDERIKE OLDENDORFF

DATE : 30-Apr-2007
DATE : 12-Jun-2007

CLEARING / SHIPPING / TRANSPORT CHARGES ON A/C OF : IMP OF CANADIAN YELLOW PEAS

| DESCRIPTION | AMOUNT (Rs.) |
|---|---|
| TRANSPORTATION CHARGES PAID FM LP GODOWN TO RAILWAY AS PER INVOICE NO.JJL/NFPL/088/07-08 | 1,75,031.00 |
| RAILWAY FREIGHT CHARGES PAID BY US AS PER RECEIPT NO.Z-759210 & 05 NOS. RRS | 23,30,446.00 |

YOUR REF. :

Rs. Twenty Five Lakh Five Thousand Four Hundred Seventy Seven Only

GRAND TOTAL 25,05,477.00

T D S NOT TO BE DEDUCTED ON THIS BILL

IMPORTANT
1. Kindly quote bill number when making payment.
2. Upcountry payment to be made by D.D. only.
3. No alteration should be made without permission.
4. Dispute relating to this bill must be submitted in writing within one week from receipt of same after which no claim will be entertained.
5. Goods lying in the godown, K.P.T. or railway sheds awaiting despatch shipments are entirely at owner risk

SUBJECT TO MUMBAI JURISDICTION

E & O E

For NARENDRA FORWARDERS PVT. LTD.

AUTHORISED SIGNATORY

# NARENDRA FORWARDERS PVT LTD.

CUSTOM HOUSE AGENTS
Vaswani Chamber, Plot-16,Sector 8, Gandhidham (Kutch) - 370 201. INDIA
Tel : 31795 /32504 / 55701 / 55702 / 55703 Fax : (091) (02836) 56678 / 30541

## BILL FOR REIMBURSEMENT OF EXPENSES

DEBIT NOTE NO. : I-01698
M/S : SHADI RAM & SONS,
SECTOR NO 1
4/28 BHANUDARSHAN
GANDHIDHAM
GUJARAT

DATE : 3-Sep-2007
OUR REF. : IMP 076/078
ASS. VALUE : 101713765.30
GROSS WT. : 7288.996MTS
IGM ITEM NO. : F-

A/C: BY SELF

PACKAGES : IN BULK
PER : MT FREDERIKE OLDENDORFF
PORT : VANCOUVER
B/L NO. : 11/2 DATE : 30-Apr-2007
B/E NO. : F-114577/78 DATE : 12-Jun-2007

CLEARING / SHIPPING / TRANSPORT CHARGES ON A/C OF : IMP OF CANADIAN YELLOW PEAS

| DESCRIPTION | AMOUNT (Rs.) |
|---|---|
| TRANSPORTATION CHARGES PAID FM ADANI PORT TO RAILWAY(INVOICE NO. H08070059) | 1,40,787.00 |
| RAILWAY FREIGHT CHARGES PAID TO ADANI PORT AS PER RAIL RECEIPT(04 NOS.) | 24,66,700.00 |

YOUR REF. :

Rs. Twenty Six Lakh Seven Thousand Four Hundred Eighty Seven Only GRAND TOTAL 26,07,487.00

T D S NOT TO BE DEDUCTED ON THIS BILL

IMPORTANT
1. Kindly quote bill number when making payment.
2. Upcountry payment to be made by D.D. only.
3. No alteration should be made without permission.
4. Dispute relating to this bill must be submitted in writing within one week from receipt of same after which no claim will be entertained.
5. Goods lying in the godown, K.P.T. or railway sheds awaiting despatch shipments are entirely at owner risk

SUBJECT TO MUMBAI JURISDICTION

For NARENDRA FORWARDERS PVT. LTD.

AUTHORISED SIGNATORY

E & O E

# NARENDRA FORWARDERS PVT LTD.

CUSTOM HOUSE AGENTS
Vaswani Chamber, Plot-16,Sector 8, Gandhidham (Kutch) - 370 201. INDIA
Tel : 31795 /32504 / 55701 / 55702 / 55703 Fax : (091) (02836) 56678 / 30541

BILL NO. : I-0170A
M/S : SHADI RAM & SONS,
SECTOR NO 1
4/28 BHANUDARSHAN
GANDHIDHAM
GUJARAT

DATE : 3-Sep-2007
OUR REF. : IMP 076/078
ASS. VALUE : 101713765.30
GROSS WT. : 7288.998MTS
IGM ITEM NO. : F-

A/C: BY SELF

PACKAGES : IN BULK
PORT : VANCOUVER
B/L NO. : 11/2
B/E NO. : F-114577/78

PER : MT FREDERIKE OLDENDORFF

DATE : 30-Apr-2007
DATE : 12-Jun-2007

CLEARING / SHIPPING / TRANSPORT CHARGES ON A/C OF : IMP OF CANADIAN YELLOW PEAS

| DESCRIPTION | AMOUNT (Rs) |
|---|---|
| LOADING FM GDM & UNLOADING IN RAIL WAGON RS 35/- PMT 2500.44MTS | 87,515.00 |
| WEIGHTMENT CHARGES RS 05/- PMT | 12,502.00 |
| RAIL WAGON CLEANNING CHARGES RS 05/- PMT | 12,502.00 |
| PLASTIC TARPOLING USED IN RAIL WAGON RS 05/- PMT | 12,502.00 |
| RAILWAY DOCUMNETATION & SUNDRY CHARGES RS10/- PMT | 25,004.00 |

This is a Computer Generated Invoice

YOUR REF. :

| | |
|---|---|
| TOTAL | 1,50,025.00 |
| NON - TAXABLE AMOUNT | |
| TAXABLE AMOUNT | 1,50,025.00 |
| 12.36% TAX | 18,543.00 |
| GRAND TOTAL | 1,68,568.00 |

Rs. One Lakh Sixty Eight Thousand Five Hundred Sixty Eight Only

TDS TO BE DEDUCTED ON Rs. 1,50,025.00 @ 2.266% = Rs. 3,399.57

IMPORTANT
1. Kindly quote bill number when making payment.
2. Upcountry payment to be made by D.D. only.
3. No alteration should be made without permission.
4. Dispute relating to this bill must be submitted in writing within one week from receipt of same after which no claim will be entertained.
5. Goods lying in the godown, K.P.T. or railway sheds awaiting despatch shipments are entirely at owner risk

SUBJECT TO MUMBAI JURISDICTION

E&OE

For NARENDRA FORWARDERS PVT LTD.

AUTHORISED SIGNATORY

# NARENDRA FORWARDERS PVT LTD.

CUSTOM HOUSE AGENTS
Vaswani Chamber, Plot-16,Sector 8, Gandhidham (Kutch) - 370 201. INDIA
Tel : 31795 /32504 / 55701 / 55702 / 55703 Fax : (091) (02836) 56678 / 30541

## BILL FOR REIMBURSEMENT OF EXPENSES

DEBIT NOTE NO. : I-0168B
M/S : SHADI RAM & SONS,
SECTOR NO 1
4/28 BHANUDARSHAN
GANDHIDHAM
GUJARAT

DATE : 3-Sep-2007
OUR REF. : IMP 075/076
ASS. VALUE : 101713765.30
GROSS WT. : 7286.996MTS
IGM ITEM NO. : F-

A/C: BY SELF

PACKAGES : IN BULK    PER : MT FREDERIKE OLDENDORFF
PORT : VANCOUVER
B/L NO. : 11/2    DATE : 30-Apr-2007
B/E NO. : F-114577/78    DATE : 12-Jun-2007

CLEARING / SHIPPING / TRANSPORT CHARGES ON A/C OF : IMP OF CANADIAN YELLOW PEAS

| DESCRIPTION | AMOUNT(Rs.) |
|---|---|
| TRANSPORTATION CHARGES PAID FM MUNDRA TO GDM AS PER INVOICE NO JJL /NFPL/089/07-08 | 3,27,440.00 |
| TRANSPORTATION CHARGES PAID FM MUNDRA TO GDM AS PER INVOCE NO 3495 OF L.P. | 6,51,585.00 |
| UNLOADING AT GANDHIDHAM AS PER INVOICE NO.3495 OF L.P. | 63,870.00 |
| GODOWN RENT PAID AS PER INVOICE NO.KDL/IMP/561 OF L.P. | 1,43,528.00 |
| BY ROAD TRUCK UNLOADING CHARGES PAID AS PER INVOICE NO 3495 OF L.P. | 26,301.00 |

YOUR REF. :

Rs. Twelve Lakh Twelve Thousand Seven Hundred Twenty Four Only    GRAND TOTAL 12,12,724.00

T D S NOT TO BE DEDUCTED ON THIS BILL

IMPORTANT
1. Kindly quote bill number when making payment.
2. Upcountry payment to be made by D.D. only.
3. No alteration should be made without permission.
4. Dispute relating to this bill must be submitted in writing within one week from receipt of same after which no claim will be entertained.
5. Goods lying in the godown, K.P.T. or railway sheds awaiting despatch shipments are entirely at owner risk

SUBJECT TO MUMBAI JURISDICTION

For NARENDRA FORWARDERS PVT LTD.

AUTHORISED SIGNATORY

E & O E

# NARENDRA FORWARDERS PVT LTD.

CUSTOM HOUSE AGENTS
Vaswani Chamber, Plot-16,Sector 5, Gandhidham (Kutch) - 370 201. INDIA
Tel : 31795 /32504 / 55701 / 55702 / 55703 Fax : (091) (02836) 59678 / 30541

BILL NO. : I-0169A
M/S : SHADI RAM & SONS,
SECTOR NO 1
4/28 BHANUDARSHAN
GANDHIDHAM
GUJARAT

DATE : 3-Sep-2007
OUR REF. : IMP 075/076
ASS. VALUE : 101713765.30
GROSS WT. : 7286.996MTS
IGM ITEM NO. : F-

A/C: BY SELF

PACKAGES : IN BULK
PORT : VANCOUVER
B/L NO. : 11/2
B/E NO. : F-114577/78

PER : MT FREDERIKE OLDENDORFF

DATE : 30-Apr-2007
DATE : 12-Jun-2007

CLEARING / SHIPPING / TRANSPORT CHARGES ON A/C OF : IMP OF CANADIAN YELLOW PEAS

| DESCRIPTION | AMOUNT (Rs.) |
|---|---|
| RAILWAY WAGON LOADING CHARGES RS 20/- PMT 2506 MTS | 50,120.00 |
| RAILWAY WAGON CLEANNING CHARGES RS 05/- PMT | 12,530.00 |
| PALSTIC TARPOLIN USED IN WAGON RS 05/- PMT | 12,530.00 |

This is a Computer Generated Invoice

| | | TOTAL | 75,180.00 |
|---|---|---|---|
| YOUR REF. : | NON - TAXABLE AMOUNT | 75,180.00 | |
| | TAXABLE AMOUNT | | |
| | 12.36% TAX | | 9,292.00 |
| Rs. Eighty Four Thousand Four Hundred Seventy Two Only | GRAND TOTAL | | 84,472.00 |

TDS TO BE DEDUCTED ON Rs. @ 2.266 % = Rs.

**IMPORTANT**
1. Kindly quote bill number when making payment.
2. Upcountry payment to be made by D.D. only.
3. No alteration should be made without permission.
4. Dispute relating to this bill must be submitted in writing within one week from receipt of same after which no claim will be entertained.
5. Goods lying in the godown, K.P.T. or railway sheds awaiting despatch shipments are entirely at owner risk.

SUBJECT TO MUMBAI JURISDICTION

E&OE

For NARENDRA FORWARDERS PVT LTD.

AUTHORISED SIGNATORY

# Jeetendra Labour Suppliers

Kavita, 208, Plot No. 507,
GHANDHIDHAM (Kutch) 370 201.

REF NO.JLS/243/07-08 DT. 15/08/07

M/S SHADIRAM & SONS
MUMBAI
CHA NARENDRA FORWARDERS PVT. LTD.

**BILLING FOR:-LABOUR CHARGES OF YOURIMPORT CARGO OF YELLOW PEAS**

| PARTICULARS | RATE PMT | AMOUNT / Rs. |
|---|---|---|
| LOADING & UNLOADING OF 7287.980 MT YELLOW PEAS | 117.20 | 8,54,151.00 |
| TOTAL | | 8,54,151.00 |

(TOTAL AMOUNT IN WORD : EIGHT LAC FIFTY FOUR THOSAND ONE HUNDRED & FIFTY ONE ONLY)

FOR : JEETENDRA LABOUR SUPPLIERS

(AUTHORISED SIGNATORY.)

रेलवे रसीद / Railway Receipt

PAID FOREIGN

Form COM.G.25

R. R. No. 212901898

| 1 | 2 Date | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 Class | 13 | 14 | 15 Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/07 | 03/08/07 | GG | 20 | OR | 1 | 1 | 1287 | P | C | 120 | 5000 | Q | 91.39 |

From: GANDHIDHAM JN.

To: KANPUR CENTRAL G/SHED

CHMB 8534006

CPC 3X9065

4U-BKT-ALD.

& SONS

Train/Wagon Load T

| 24 Commodity Code | 25 No. of Articles | 26 | 27 | 28 Sender's Weight | 29 Actual Weight | 30 Chargeable Weight | 31 | 32 Freight | 33 Code | 34 Amount | 35 Code | 36 Amount | 37 Code | 38 Amount | 39 Total Freight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 134210 | 1373 | 2 | | Gole | 0 | 5090 | 0 | 456954 | DE | 9130 | | | | | 466089 |

| 50 Wagon No. | 51 CC | 52 Tare | 53 No. of Articles | 54 Commodity Code | 55 Gross Weight | 56 | 57 Weight | 58 Actual Weight | 59 PCC Tonnes | 60 | 61 | 62 | 63 Chargeable Weight | 64 | 65 | 66 Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 122356 | 56.7 | 24.5 | 1300 | 134210 | 873 | | 0 | 630 | 630 | 0 | 0 | 0 | 630 | 5 | CR | BCN |
| 111434 | 56.65 | 24.65 | 1350 | 134210 | 875.5 | | 0 | 630 | 630 | 0 | 0 | 0 | 630 | 6 | JR | BCNA |
| 30011 | 54.26 | 24.55 | 1300 | 494250 | 875.4 | | 0 | 630 | 630 | 0 | 0 | 0 | 630 | 7 | 4C | BCNA |
| 103866 | 55.1 | 28 | 1312 | 134210 | 808 | | 0 | 610 | 640 | 0 | 0 | 0 | 610 | 8 | 6C | BCNA |

| 67 Wagon No. | 68 CC | 69 Tare | 70 No. of Articles | 71 Commodity Code | 72 Gross Weight | 73 | 74 Weight | 75 Actual Weight | 76 PCC Tonnes | 77 | 78 | 79 | 80 Chargeable Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 152811 | 55.1 | 25 | 1312 | 134210 | 650 | | 0 | 610 | 610 | 0 | 0 | 0 | 610 |
| 40634 | 56.3 | 25 | 1300 | 134210 | 650 | | 0 | 630 | 630 | 0 | 0 | 0 | 634 |
| 38860 | 56.5 | 24.5 | 1300 | 134210 | 675 | | 0 | 630 | 630 | 0 | 0 | 0 | 630 |
| 37750 | 56.1 | 25.2 | 1300 | 134210 | 672 | | 0 | 630 | 630 | 0 | 0 | 0 | 630 |

43 Dept. to be Debited

46 A. Officer [illegible]

[illegible]

07418617

1617

Chief Goods Supervisor
Western Railway
GANDHIDHAM

Sr. Station Master

रेलवे रसीद / Railway Receipt

आर आर सं. R.R. No.: 212001999 PAID FOREIGN

Form फार्म COM.G-25 R.R. No. आर आर सं. 2212101999

| Date | Invoice No. 15 | E-Note No. 550 | FRPC | | | | | | | | | | | | Rs. P. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 040807 | 040807 | 030807 | GG | 20 | OR | 1 | 1 | 1287 | P | C | 120 | 6020 | | Q | 91.30 |

From: GANDHIDHAM.IN. Code: GIMB [illegible]

To: KANPUR CENTRAL G/SHED Code: CPC 3309005

Charged Via: PNU-BKI-ALD

Consignor: SHADIRAM & SONS
GIMB
PUB

Consignee: SHADIRAM SONS
CPC
PUB

| Commodity Code | No. of Articles | | Actual Weight | | Chargeable Weight | | Freight | Other Charges Code | Amount | Total Freight |
|---|---|---|---|---|---|---|---|---|---|---|
| 154210 | 14837 | 2 | 5026 | [illegible] | 5026 | [illegible] | 436777.8 | DS | 9125.56 | 467264 |

| Sl. No. | Own Rly | Type | Wagon No. | CC | Tare | No. of Articles | Commodity Code | Gross Weight | Actual Weight | Perm CC | Chargeable Weight | Type | Wagon No. | CC | Tare | No. of Articles | Commodity Code | Gross Weight | Actual Weight | Perm CC | Chargeable Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WC | BCNAHS | 11025 | 58.2 | 23.2 | [illegible] | 154210 | [illegible] | 830 | 830 | 830 | BCNA | 100045 | 56.8 | 24.2 | 1300 | 154210 | 877 | 830 | 830 | 830 |
| 2 | CR | BCNA | 45470 | 56.3 | 23.0 | 1300 | 154210 | [illegible] | 835 | 830 | 830 | BCNA | 973501 | 58.7 | 24.5 | 1300 | 154210 | 875 | 830 | 830 | [illegible] |
| 3 | WC | BCNAHS | 25028 | 58.3 | 23.5 | 1300 | 154210 | [illegible] | 836 | [illegible] | 830 | BCNA | 98715 | 58.7 | 24.8 | 1300 | 154210 | 875 | 800 | 830 | [illegible] |
| 4 | NW | BCNAHS | 34352 | 54.3 | 23.8 | 1300 | 154210 | [illegible] | 474 | 830 | 830 | BCN | 52200 | 58.7 | 24.8 | 1312 | 154210 | 866 | 830 | 418 | [illegible] |

Commodity Description: PEAS

Remarks: [illegible] COMMODITY AS DESCRIBED BY THE SENDER IN THE [illegible] LOAD CONDITIONS COMPLIED WITH LOADING DONE [illegible] RAILWAY [illegible] INVOICE NUMBERS 12 TO 4 FOR CPC AND BENEFIT OF TRAIN LOAD RATE GRANTED [illegible] TO ENSURE COLLECTION OF UNDER CH[illegible] IF DUE ON ACCOUNT OF NON LOADING OF OTHER [illegible] CONDITION [illegible] SALES TAX NOT APPLICABLE.

CASH [illegible] 0741618

1618

Chief Goods Supervisor, Western Railway, Gandhidham [illegible]

# रेलवे रसीद / Railway Receipt

Sr. No. 212802000 PAID FOREIGN

Form COM.G.25

R.R. No. 212802000

Invoice No. 14 — 557

04.08.07 — 04.08.07 — GGD — GG — 20 — OR — 1 — 1 — 1287 — C — 120 — 4980 — Q — 91.39

From Station: GANDHIDHAM.JN. — GIMB — 0524005

To Station: KANPUR CENTRAL G.SHED. — CPC — 020005

Charged Via PNU-BKI-ALD

Consignor: SHADIRAM & SONS

GIMB

PUB

Consignee: SHADIRAM SONS

CPC

PUB

| 154210 | 99134 | 4980 | 0 | 4789 | 0 | 4601222 | DX | 913244 | 464225 |
|---|---|---|---|---|---|---|---|---|---|

46 A. Officer, Rly. Deptt.

| 47 Sl. No. | 48 Own RLY | 49 Type | 50 Wagon No. | 51 CC | 52 Tare | 53 No. of Axles | 54 Commodity Code | 55 Gross Weight | 57 | 58 Actual Weight | 59 Permissible CC | 60 | 61 | 62 | 63 Chargeable Weight | 64 | 65 Own RLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ER | BCNA | 119547 | 58.9 | 24.4 | 1300 | 134218 | 874 | 0 | 630 | 630 | 0 | 0 | [illegible] | 630 | 5 | CR |
| 2 | ER | BCN | 41508 | 57.09 | 24.21 | 1312 | 134219 | 852.1 | 0 | 610 | 610 | 0 | 0 | 0 | 610 | [illegible] | RE |
| 3 | CR | BCNA | 140250 | 58.3 | 25 | 1300 | 134219 | [illegible] | 0 | 630 | 630 | 0 | 0 | 0 | 630 | 7 | SE |
| 4 | SC | BCNA | 37547 | 59.3 | 25 | 1300 | 134210 | [illegible] | 0 | 630 | 530 | 0 | 0 | [illegible] | 630 | [illegible] | NR |

| 66 Type | 67 Wagon No. | 68 CC | 69 Tare | 70 No. of Axles | 71 Commodity Code | 72 Gross Weight | 74 | 75 Actual Weight | 76 Permissible CC | 77 Total | 78 | 79 | 80 Chargeable Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCN | 152040 | 57.9 | 27.8 | 1312 | 134218 | [illegible] | 0 | 610 | 610 | 0 | 0 | 0 | 610 |
| BCN | 5290 | 53.3 | 27.1 | 1312 | 134218 | [illegible] | 0 | 610 | 610 | 0 | 0 | 0 | 610 |
| BCNA | 10237T | 58 | 23.4 | 1300 | 134218 | [illegible] | 0 | 630 | 630 | 0 | 0 | 0 | 630 |
| BCNA | 31086? | 58.8 | 24.5 | 1300 | 134210 | [illegible] | 0 | 630 | 630 | 0 | 0 | 0 | 630 |

Commodity Description: PEAS

Remarks: SAID TO CONTAIN COMMODITY AS DESCRIBED BY THE SENDER [illegible]

Payment Mode: CASH

रसीद सं. 0741619

मुख्य माल पर्यवेक्षक / Chief Goods Supervisor

Gandhidham

[illegible]

# रेलवे रसीद / Railway Receipt

Form फार्म COM.G.25

R. R. No. / आर.आर.सं. 21200[illegible]

आर.आर.सं. 212002001 PAID FOREIGN

From Station: GANDHIDHAM JN. — Code: GIMB — 8534006

To Station: KANPUR CENTRAL GSHED — Code: CPC — [illegible]

| RR Date | Invoice No. | F. Note No. | Traffic Type | Dist. | Risk | Scale | Class | Total Chargeable Weight | Rate |
|---|---|---|---|---|---|---|---|---|---|
| 04/08/07 | 15 / 04/08/07 | 558 / 03/08/07 | GG | 20 | OR | L | C/120 | 5060 | Q 91.29 |

Charged Via: PNU-BKI-ALD

Sender: PUBLIC — GDMB — PUB

Consignee: PUBLIC — CPC — POB

| Commodity Code | No. of Articles | Sender's Weight | Actual Weight | Freight | Other Charges Code | Amount | Total Freight |
|---|---|---|---|---|---|---|---|
| 134216 | 18736 2 | 5060 | 5000 | 456950 | DS | 9139 | 466089 |

| S. No. | Owning RLY | Type | Wagon No. | CC | Tare | Commodity Code | Wagon No. | Type | Charged Weight |
|---|---|---|---|---|---|---|---|---|---|
| 1 | SC | BCNA | 38481 | 55.2 | 24.6 | 134210 | 31248 | BCX | 310 |
| 2 | SE | BCNA | 107439 | 57.35 | 24.1 | 134210 | 38832 | BCXA | 330 |
| 3 | SB | BCNA | 100758 | 57.35 | 24.1 | 134230 | 39000 | BCNAHS | 530 |
| 4 | NC | BCNAHS | 24171 | SLT | 25 | 134248 | 1077025 | BCX | 530 |

Commodity Description: PEAS

[illegible] SENDER [illegible] COMPLIES WITH LOADING [illegible]

0741620

Chief Goods Supervisor

1008

# रेलवे रसीद / Railway Receipt

आर.आर.नं. 212002002 PAID FOREIGN

Form COM.G. 25

आर.आर.नं. R.R. No. 212002002

| RR Date | Invoice No. | E. Note No. | Type | Rake | Class | Rate | Charged Weight | Rate (15) |
|---|---|---|---|---|---|---|---|---|
| 04/08/07 | 16 / 04/08/07 | 559 / 03/08/07 | GG | 20 | OR L L 1287 E C 120 | | 5000 | Q 91.39 |

From Station: GANDHIDHAM JN. — Code: GIMB 8524006

To Station: KANPUR CENTRAL G/SHED — Code: CPC 3360055

Charged Via: FNU-BKL-ALD

Sender: SHADIRAM & SONS — GIMB — PUB

Consignee: SHADIRAM SONS — CPC — PUB

| Commodity Code | No. of Articles | Sender's Weight | Charged Weight | Freight | Other Charges Code | Amount | Total Freight |
|---|---|---|---|---|---|---|---|
| 134210 | 10784 | 5000 | 5000 | 456930 | DT | 9159 | 466089 |

| S. No. | Own Rly | Type | Wagon No. | CC | Tare | No. of Articles | Commodity Code | Gross Weight | Actual Weight | Type | Wagon No. | Charge |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | SC | BCNA | [illegible] | 56.5 | 25 | 1360 | 134210 | 880 | 630 | BCN | 18216 | 610 |
| 2 | NF | BCNA | 72449 | 56.5 | 25 | 1360 | 134210 | 880 | 630 | BCN | [illegible] | 610 |
| 3 | SR | BCNA | 107948 | 56.3 | 23 | 1360 | 134210 | 880 | 630 | BCNA | 17476 | 630 |
| 4 | NF | BCNA | 71132 | 56.6 | 24.5 | 1360 | 134210 | 825 | 630 | BCNA | 110425 | 630 |

Commodity Description: PEAS

SAID TO CONTAIN: COMMODITY AS DESCRIBED BY THE SENDER IN THE FNOTE ... [illegible]

Receipt No. 0741621

Chief Goods Supervisor, Gandhidham [illegible]



# रेलवे रसीद / Railway Receipt

RR No. 312002326 PAID FOREIGN

Indent no D-341 Dt 14/7/07

Form COM.G.25

| 1 RR Date | 2 Invoice No. 1 / Date | 3 F. Note no. 404 / Date | 4 TRFC Type | 5 | 6 Rate | 7 | 8 | 9 | 10 | 11 | 12 Class | 13 Total Chargeable Weight | 14 | 15 Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22/07/07 | 22/07/07 | 19/07/07 | GC | 37.5 | OR.1 | | I | 2560 | | R.C | 120 | 9430 | Q | 96.46 |

From: MUNDRA PORT CARGO COMPLEX

To: KANPUR CENTRAL G.SHED

Charged via: SIOB-PNU-BKI

Train/Wagon Load: T

PUBLIC Shadi Ram Ex...

MDPT PUB

PUBLIC Shadi Ram Ex...

CPC PUB

| Freight | Other Charges Code | Amount | Total Freight Amount |
|---|---|---|---|
| [illegible] | 26 | [illegible] | 928100 |

Walk: Mundra Port Cargo Complex

| 47 Sl. No. | 48 Own RLY | 49 Type | 50 Wagon No. | 55 Actual Weight | 58 Perm CC | 66 Type |
|---|---|---|---|---|---|---|
| 1 | [illegible] | BCNAHS | [illegible] | [illegible] | [illegible] | BCNA |
| 2 | [illegible] | BCN | [illegible] | [illegible] | [illegible] | BCNA |
| 3 | [illegible] | BCNAHS | [illegible] | [illegible] | [illegible] | BCNAHS |
| 4 | [illegible] | BCNA | [illegible] | [illegible] | [illegible] | BCNAHS |
| 5 | [illegible] | BCNA | [illegible] | [illegible] | [illegible] | BCNA |
| 6 | [illegible] | BCNA | [illegible] | [illegible] | [illegible] | BCNA |
| 7 | [illegible] | BCNA | [illegible] | [illegible] | [illegible] | BCNA |
| 8 | [illegible] | BCNA | [illegible] | [illegible] | [illegible] | [illegible] |

As per instruction by capt. Shede, original RR Handover to Narendra forwarders.

Garag

Commodity Description: PEAS

Remarks: [illegible]

Stationary Number 0735578

MUNDRA PORT CARGO COMPLEX

GOODS

# रेलवे रसीद / Railway Receipt

R.R. No. / आर आर सं. 212002329 PAID FOREIGN

Form / फार्म COML.G. 25

Indent no D-561 dt. 14/7/07

R.R. Date: 220707 | Invoice Date: 220707 | 150707 | GC | 25 | OR | 1 | 1360 | PC | 120 | 6260 | 0 | 96.46

From Station: MUNDRA-PORT CARGO COMPLEX, MUNDRA PORT 08524035-W-RLY — MDPT

To Station: KANPUR CENTRAL GABIRD — CPC

Charged Via: SIOB-PNU-BKI

Train/Wagon Load: T

Consignor: PUBLIC Shadi Ram 2 Sons

Consignee: PUBLIC Shadi Ram 2 Sons — CPC — PUB

154210 | 12007 | 2 | 6260 | 0 | 6260 | 0 | 603599.4 | DE | RF | 12376.29 | 362

Total Freight: 616200

| S. No. | Own Rly | Type | Wagon No. | Actual Weight | Perm. CC | Chargeable Weight | Dest. Rly | Type | CC | Tare |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | WR | BCNA | [illegible] | [illegible] | [illegible] | [illegible] | CR | BCN | [illegible] | [illegible] |
| 2 | WR | BCNA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | BCN | [illegible] | [illegible] |
| 3 | CR | BCNAHS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | BCNA | [illegible] | [illegible] |
| 4 | [illegible] | BCNA | 47786 | [illegible] | [illegible] | [illegible] | [illegible] | BCNA | [illegible] | [illegible] |
| 5 | [illegible] | BCNAHS | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | BCNAHS | [illegible] | [illegible] |

Commodity Description: PBMS

[illegible fine-print conditions]

Pvt. Mark: 07355579

573

MUNDRA PORT CARGO COMPLEX

GOODS SUPDT.

Handwritten: As per instruction by Capt. Shede, original RR hand over to Narendra forwarders. [signature]

[signature]



# रेलवे रसीद / Railway Receipt

RR No.: 212002330 PAID. FOREIGN

*Indent no D-31 dt 14/7/07*

Form COMG. 21 R.R. No. 212002[illegible]

From MUNDRA PORT CARGO COMPLEX

To KANDLA CENTRAL OFFICE

Collect: MDPT, CPC

| 1 RR Date | 2 Invoice No. | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 Total Chargeable Weight | 14 | 15 Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 220707 | 220707 | 190707 | GG | 125 | CS | 1 | 1 | 1366 | K | C | 130 | 3110 | Q | 96.46 |

Charged Via SIOB-PNU-BKI

Train/Wagon Load T

Consignor: PUBLIC *Shashi Kant* [illegible]

MDPT

PUB

Consignee: PUBLIC *Shashi Kumar* [illegible]

CPC

Consignee PUB

Description of Goods: [illegible]

Weighment Particulars: 3110

32 Freight: [illegible]

Other Charges: 33 Code [illegible] 34 Amount [illegible]

35 Code, 36 Amount

Paid on Charge: 37 Code, 38 Amount

Total Freight: 39 Amount 306200

Under Charge / Over Charge: 40 Code, 41 Amount, 42 Code, 43 Amount

45 Dept. to be Debited [illegible]

46 A. Officer [illegible]

| 47 S. No. | 48 Own RLY | 49 Type | 50 Wagon No. | 51 | 52 | 53 | 54 | 55 Gross Weight | 56 | 57 Weight | 58 Actual Weight | 59 Perm. CC Tonnes | 60 Total | 61 | 62 | 63 Chargeable Weight | 64 | 65 Own RLY | 66 Type | 67 Wagon No. | 68 CC Tonnes | 69 Tare | 70 No. of Articles | 71 Covered by Code | 72 Gross Weight | 73 | 74 Weight | 75 Actual Weight | 76 Perm CC | 77 Total | 78 | 79 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | ER SEC SC | BCN BCNAHS BCNA | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | 0 0 0 | [illegible] | [illegible] | 0 0 0 | 0 0 0 | 0 0 0 | 610 630 630 | [illegible] | CR CR | BCNAHS BCXN | [illegible] 24126 | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | 0 0 | [illegible] | [illegible] | 0 0 | 0 0 | 0 0 |

Total: [illegible] 3110 [illegible]

Commodity Description PEAS

Remarks: [illegible]

Payment Mode: [illegible]

Stationery Number 0735580

MUNDRA PORT CARGO COMPLEX W.RLY

GOODS SUPER

*As per instruction by Capt. Shede, original RR Hand over to Narendra forwarder*

*Parag*



# रेलवे रसीद / Railway Receipt

RR No. 212002331 PAID FOREIGN

Indent no D-341 A 11/7/07

Form COM.G. 25

From: MUNDRA PORT CARGO COMPLEX - 4035-W.RLY

To: KANPUR CENTRAL G-SHED

221707 220707 190707 GG 12.5 OR 1 1360 E C 120 3150 O 96.45

Charged Via: SIOB-PNU-BKI

Consignor: PUBLIC Shadi Ram & Sons

Consignee: PUBLIC Shadi Ram & Sons

CPC

PUB

Weight: 3150, 3150 0

Freight: 302846

Other Charges: DS RP 4472.58 .74

Total Freight: 310000

W.R. Mundra Port Cargo Complex

| Own RLY | Type | Wagon No. | Remarks |
|---|---|---|---|
| [illegible] | BCNA | [illegible] | [illegible] |
| [illegible] | BCNA | [illegible] | [illegible] |
| [illegible] | BCNA | [illegible] | [illegible] |

YYK SR BCNA BCNAHS [illegible]

AS per instruction by Capt. Shede, original RR Handover to Norendra forworder.

Parag

Commodity Description: FSMA

Remarks: [illegible]

Payment Mode: [illegible]

Stationery No. 0735581

MUNDRA PORT CARGO COMPLEX W.RLY

GOODS

# रेलवे रसीद / Railway Receipt

RR No. / आर आर सं. 212002332 PAID FOREIGN Indent no D-341 dt 14/03/07

Form / फार्म COM.G.25

R.R. No. / आर आर सं. 212002332

| Forwarding Date | Invoice No. | F. Note No. | TARC TYPE | Chargeable Weight | Rate | Freight |
|---|---|---|---|---|---|---|
| 220707 | 220707 | 190707 | CC | 3110 | | 96.45 |

From Station/Siding: MUNDRA PORT / MUNDRA PCRT CARGO COMPLEX — MDPT 08524033

To Station/Siding: KANPUR CENTRAL G/SHED — CPC 13209065

Charged Via: SIOB-PNU-BKI

Consignor: PUBLIC Shadi Ram & Sons

Consignee: PUBLIC Shadi Ram & Sons

CPC

PUB

| Commodity Code | No. of Articles | Actual Weight | Chargeable Weight | Freight | Other Charges Code | Amount | Total Freight |
|---|---|---|---|---|---|---|---|
| 13421 | 6902 | 3119 | 3110 | 299994 | BB / RT | 5099.82 / 209 | 306300 |

| S. No. | Own RLY | Type | Wagon No. | CC | Tare | Actual Weight | Perm CC | Chargeable Weight | Type | Wagon No. | Actual Weight | Chargeable Weight |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ER | BCN | 81864 | 63.[illegible] | 27.[illegible] | 610 | 610 | 610 | BCNA | [illegible] | 630 | 630 |
| 2 | CR | BCN | 13251214 | 57.[illegible] | 23.[illegible] | 610 | 610 | 610 | BCNA | [illegible] | 630 | 630 |
| 3 | [illegible] | BCNA | [illegible] | 63.[illegible] | 25 | 630 | 630 | 630 | | | | |

1264 – 58.360 MT. Clear – 51884

1314 – 62.590 MT. " – 38938

1149 – 65.110 MT. " – 467231

186.61

Ram ain Rulsn

1332 – 62.390 MT. 943227

1287 – 61.940 – 1525421

1823 = 630

Commodity Description: PEAS

Remarks: [illegible]

Payment Mode: [illegible]

0735582

692

MUNDRA PCRT CARGO COMPLEX 08524033 – Station Stamp

Goods Supervisor