# Mohan Declaration Exhibit 15

FROM : 000000000000                    FAX NO. : 91 2836024 36        Aug. 07 2007 01:03PM P1

# NARENDRA LOGISTICS PVT. LTD. 

Kind Attn

Mr Rajesh

CUSTOM HOUSE AGENTS

Vaswani Chamber, Plot-16, Sector 8, Gandhidham (Kutch) - 370 201, INDIA
Tel : 31796 /32604 / 55701 / 55702 / 55703 Fax : (091) (02836) 55676 / 30641

| | |
|---|---|
| BILL NO. : I-2453A | DATE : 7-Aug-2007 |
| M/S : SHADIRAM & SONS | OUR REF. : IMP |
| 202, STEELCHAMBERS | ASS. VALUE : |
| 2ND FLOOR D.R. ROAD | GROSS WT. : |
| MUMBAI 400 009 | IGM ITEM NO. : |

A/C: BY SELF

PACKAGES      :         PER :
PORT          :
B/L NO.       :                              DATE
B/E NO.       :                              DATE

CLEARING / SHIPPING / TRANSPORT CHARGES ON A/C OF : LOADING/LABOUR/MISL EXP

| DESCRIPTION | AMOUNT(Rs.) |
|---|---|
| EXPENCES MADE FOR REBAGGING/STACKING/LABOUR/TRANSPORTATION SUPERVISION, MILS FOODS EXP ETC ON TH VESSEL ON BOARD MIDSTREAM/ OTB | 3,10,000.00 |

This is a Computer Generated Invoice

|   |   |
|---|---|
| | TOTAL 3,10,000.00 |
| YOUR REF. : | NON - TAXABLE AMOUNT |
| | TAXABLE AMOUNT 3,10,000.00 |
| | 12.36% TAX 38,316.00 |
| Rs. Three Lakh Forty Eight Thousand Three Hundred Sixteen Only | GRAND TOTAL 3,48,316.00 |

TDS TO BE DEDUCTED ON Rs. 3,10,000.00 @ 2.266 % = Rs. 7,024.60

IMPORTANT
1. Kindly quote bill number when making payment.
2. Upcountry payment to be made by D.D. only.
3. No alteration should be made without permission.
4. Dispute relating to this bill must be submitted in writing within one week from receipt of same after which no claim will be entertained
5. Goods lying in the godown, K.P.T. or railway sheds awaiting despatch shipments are entirely at owner risk