# Mohan Declaration Exhibit 16

25.07.2007 01:49

 **MUNDRA PORT** SPECIAL ECONOMIC ZONE

### FINAL INVOICE

Invoice Type: Marine  
Service Party ID: IMAPL  
Service Party: INAYAT MOOSA AGENCY P. LTD.

Debtor Party ID: IMAPL  
Debtor Party: INAYAT MOOSA AGENCY P. LTD.

Address: 103,1ST FLOOR,GOLDEN ARCED  
PLOT:141,142, SEC: 8, GANDHIDHAM  
FAX : 229196 / T: 229244, 229196  
GUJARAT, INDIA

Final Invoice Number: M07070122  
Invoice Date: 24.07.2007 22:40  
Vessel Name: MV FREDRIKE OLDENDORFF

VCN: 070677  
GRT: 26586  
ATB: 07.07.2007 00:47  
ATUB: 12.07.2007 03:40

Cargo / Qty : YELLOW PEAS (WHOLE) / 7287.181(MT)

Pay. Due Date: IMMEDIATE ( IF NOT PAID )

| S.No. | Service Description/ Particulars | Cargo Descr. | Unit Quantity | Unit Time | UOM | Rate | Currhcy | Exchng Rate | Tax % | Service Tax (INR) (A) | M | Amount in Local Currency (INR) (B) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PORT DUES FOR VESSEL OF GRT > 20,000 & < =40,000 | | 26586.000 | 1.00 | MT | .550 | USD | 40.4600 | 12.00 | 70,994.19 | M | 5,91,618.28 |
| 2 | BERTH HIRE CHARGES | | 26586.000 | 5.25 | MTDA | .150 | USD | 40.4600 | 12.00 | 1,01,650.77 | | 8,47,089.78 |
| 3 | ANCHORAGE CHARGES FOR FOREIGN VESSEL | | 26586.000 | 5.00 | MTDA | .025 | USD | 40.4600 | 12.00 | 16,135.04 | | 1,34,458.70 |
| 4 | PENAL BERTH HIRE CHARGES FOR FOREIGN VESSEL ( BHC-FIVE TIME) | | 26586.000 | 3.50 | MTDA | .750 | USD | 40.4600 | 12.00 | 3,38,835.91 | | 28,23,632.60 |

|  |  |
|---|---|
| Sub Total: 5,27,615.92 | 43,96,799.33 |
| Education Cess (EC) (Rs): 2% OF A | 10,552.32 |
| S Cess (D): 1% of A | 5,276.16 |
| Total (A+B+EC+D): | 49,40,243.72 |
| Roundoff (Rs): | .28 |
| Net Invoice Amount (Rs): | 49,40,244.00 |

INVOICE VALUE ( In Words ): Forty-nine lac forty thousand two hundred forty-four only.

Remark: NOC NO. - 4949 / 11.07.2007

NOTE :

1) PAYMENT : May be deposited at UTI Bank (A/c No. 1780102000006811), HDFC Bank (A/c No.0060330001297), State Bank of Saurashtra payable at Adani Port Branch Mundra Code No 5418 by DD / Cheque in favour of 'MUNDRA PORT AND SPECIAL ECONOMIC ZONE LTD' or at our Mundra Port office or branch offices situated at GANDHIDAM, AHMEDABAD, MUMBAI & DELHI.

2) Service Tax Registration no : AR/GIM/PS-01/2003-04 DTD : 14.07.2003..**ACCOUNTING COLLECTORATE : RAJKOT COND NO. 17**DIVISN : RAJKOT CODE NO: 1708**RANGE : GANDHIDHAM CODE NO. 170800** SERVICE CLASSIFICATION-PORT SERVICES**

3) TDS is to be deducted at concessional rate of 0.10% (plus Surcharge & Ed.cess) Totalling to 0.1133%, as per the letter issued U/S 197 of Income Tax Act, 1961 by ITO, Ahmedabad for the F.Y. 2007-08.

FOR, MUNDRA PORT AND SPECIAL ECONOMIC ZONE LIMITED.  
(FORMERLY, GUJARAT ADANI PORT LIMITED)

E & OE

AUTHORISED SIGNATORY  
PRAMOD

Page 1 of 1


ADANI GROUP

Mundra Port And Special Economic Zone Ltd.

Mundra Port, Navinal Island, Post Bag No. 1, Mundra- 370421. Gujarat (India)  
Tel. +91-2838 289240  Fax :+91-2838-280590  Visit us at : www.mundraport.com

Registered Office: "Adani House", Near Mithakhali Circle, Navrangpura, Ahmedabad- 380009, (India)  
Tel. : +91-79-26565555, 25555555, Fax :+91-79-26505500, 26555500  
Email : adani@adanihouse.in  Website : www.adanigroup.com

25.07.2007 02:09


**MUNDRA PORT**
SPECIAL ECONOMIC ZONE

## FINAL INVOICE

**Invoice Type:** Marine  
**Service Party ID:** IMAPL  
**Service Party:** INAYAT MOOSA AGENCY P. LTD.

**Debtor Party ID:** IMAPL  
**Debtor Party:** INAYAT MOOSA AGENCY P. LTD.

**Address:** 103,1ST FLOOR, GOLDEN ARCED  
PLOT:141,142, SEC: 8, GANDHIDHAM  
FAX : 229196 / T: 229244, 229198  
GUJARAT, INDIA

**Final Invoice Number:** M07070132  
**Invoice Date:** 25.07.2007 01:59  
**Vessel Name:** MV FREDRIKE OLDENDORFF

**VCN:** 070677  
**GRT:** 26586  
**ATB:** 07.07.2007 00:47  
**ATUB:** 12.07.2007 03:40

**Cargo / Qty:** YELLOW PEAS (WHOLE) / 7287.181(MT)

**Pay. Due Date:** IMMEDIATE ( IF NOT PAID )

| S. No. | Service Description/ Particulars | Cargo Descr. | Unit Quantity | Unit Time | UOM | Rate | Currency | Exchg Rate | Tax % | Service Tax (INR) (A) | M | Amount in Local Currency (INR) (B) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LAUNCH HIRE CHARGES | | 1.000 | 3.70 | HR | 16,666.670 | INR | 1.0000 | 12.00 | 7,400.00 | M | 61,666.69 |
| 2 | DETENTION CHARGES | | 1.000 | 1.00 | HA | 600.000 | USD | 40.4600 | 12.00 | 2,913.12 | | 24,276.00 |
| 3 | ADDITIONAL TUG ASSISTANT CHARGES (HRS) | | 1.000 | 2.50 | HR | 1.000 | INR | 1.0000 | 12.00 | 10,800.00 | | 90,000.00 |
| 4 | ADDITIONAL TUG ASSISTANT CHARGES (HRS) | | 1.000 | 1.10 | HR | 1.000 | INR | 1.0000 | 12.00 | 7,200.00 | | 60,000.00 |
| 5 | LAUNCH HIRE CHARGES | | 1.000 | 1.50 | HR | 16,666.670 | INR | 1.0000 | 12.00 | 6,000.00 | M | 50,000.00 |
| 6 | LAUNCH HIRE CHARGES | | 1.000 | 1.20 | HR | 16,666.670 | INR | 1.0000 | 12.00 | 6,000.00 | M | 50,000.00 |
| 7 | LAUNCH HIRE CHARGES | | 1.000 | 2.92 | HR | 16,666.670 | INR | 1.0000 | 12.00 | 6,000.00 | M | 50,000.00 |
| 8 | LAUNCH HIRE CHARGES | | 1.000 | 1.40 | HR | 16,666.670 | INR | 1.0000 | 12.00 | 6,000.00 | M | 50,000.00 |
| 9 | TUG HIRE CHARGES ( DOLPHINS) | | 1.000 | 1.70 | HR | 1.000 | INR | 1.0000 | 12.00 | 12,000.00 | | 1,00,000.00 |
| 10 | TUG HIRE CHARGES ( DOLPHINS) | | 1.000 | 2.20 | HR | 1.000 | INR | 1.0000 | 12.00 | 12,000.00 | | 1,00,000.00 |
| 11 | TUG HIRE CHARGES ( DOLPHINS) | | 1.000 | 1.17 | HR | 1.000 | INR | 1.0000 | 12.00 | 12,000.00 | | 1,00,000.00 |
| 12 | TUG HIRE CHARGES ( DOLPHINS) | | 1.000 | 1.22 | HR | 1.000 | INR | 1.0000 | 12.00 | 12,000.00 | | 1,00,000.00 |
| 13 | TUG HIRE CHARGES ( DOLPHINS) | | 1.000 | 1.08 | HR | 1.000 | INR | 1.0000 | 12.00 | 12,000.00 | | 1,00,000.00 |
| 14 | TUG HIRE CHARGES ( DOLPHINS) | | 1.000 | 1.83 | HR | 1.000 | INR | 1.0000 | 12.00 | 12,000.00 | | 1,00,000.00 |
| 15 | HIRE OF GANGWAY | | 1.000 | 7.00 | CD | 2,400.000 | INR | 1.0000 | 12.00 | 2,016.00 | | 16,800.00 |

| | | |
|---|---|---|
| Sub Total: | 1,26,329.12 | 10,52,742.69 |
| Education Cess (EC) (Rs): | 2% Of A | 2,526.58 |
| S Cess (D) | 1% of A | 1,263.29 |
| Total (A+B+EC+D): | | 11,82,861.67 |
| Roundoff (Rs): | | .33 |
| Net Invoice Amount (Rs): | | 11,82,862.00 |

FOR, MUNDRA PORT AND SPECIAL ECONOMIC ZONE LIMITED.  
(FORMERLY GUJARAT ADANI PORT LIMITED)  
Eleven lac eighty-two thousand eight hundred sixty-two only.

**AUTHORISED SIGNATORY**  
PRAMOD

Page 1 of 2


ADANI GROUP

Mundra Port And Special Economic Zone Ltd.

Mundra Port, Navinal Island, Post Box No. 1, Mundra- 370 421 . Gujarat (India)  
Tel. :+91-2839-282348  Fax :+91-2838-229580  Visit us at : www.mundraport.com

Registered Office: "Adani House", Near Mithakhali Circle, Navrangpura, Ahmedabad- 380 009.(India)  
Tel. : +91-79-26565555, 25555555, Fax :+91-79-26565500, 26555500  
Email : adport@adl.vsnl.net.in   Website: www.adanigroup.com

25.07.2007 02:09


**MUNDRA PORT**
SPECIAL ECONOMIC ZONE

Remark: NDC NO. -4049 / 11.07.2007

NOTE :

1) PAYMENT : May be deposited at UTI Bank (A/c No. 178010200008811), HDFC Bank (A/c No.0060839001297), State Bank of Saurashtra payable at Adani Port Branch Mundra Code No 6418 by DD / Cheque in favour of 'MUNDRA PORT AND SPECIAL ECONOMIC ZONE LTD' or at our Mundra Port office or branch offices situated at GANDHIDAM, AHMEDABAD, MUMBAI & DELHI.
2) Service Tax Registration no : ARJGIM/PS-01/2003-04 DTD : 14.07.2003.."ACCOUNTING COLLECTORATE : RAJKOT COND NO. 17**DIVISIN : RAJKOT CODE NO: 1708**RANGE : GANDHIDHAM CODE NO. 170800** SERVICE CLASSIFICATION-PORT SERVICES**
3) TDS is to be deducted at concessional rate of 0.10% (plus Surcharge & Ed.cess) Totalling to 0.1133%, as per the letter issued U/S 197 of Income Tax Act, 1961 by ITD, Ahmedabad for the F.Y. 2007-08.

FOR, MUNDRA PORT AND SPECIAL ECONOMIC ZONE LIMITED.
(FORMERLY, GUJARAT ADANI PORT LIMITED)

E & OE

AUTHORISED SIGNATORY
PRAMOD

Page 2 of 2


ADANI GROUP

Mundra Port And Special Economic Zone Ltd.
Mundra Port, Navinal Island, Post Bag No. 1, Mundra-370421. Gujarat (India)
Tel. +91-2838-283940 Fax :+91-2838-280580 Visit us at :www.mundraport.com

Registered Office: "Adani House", Near Mithakhali Circle, Navrangpura, Ahmedabad- 380 009. (India)
Tel.: +91-79-26565555, 25555555, Fax :+91-79-26565500, 25555500
Email: sckvt@adani.co.in   Website :www.adanigroup.com

19.07.2007 13:50


**MUNDRA PORT**
SPECIAL ECONOMIC ZONE

## FINAL INVOICE

Invoice Type: Handling
Service Party ID: SHADI
Service Party: SHADI RAM & SONS

Debtor Party ID: NFPL
Debtor Party: NARENDRA FORWARDERS PVT. LTD.

Address: UNIT 1 / 2
PLOT NO : 16
SECTOR - 8, NR. MAITRIBHAVAN,
GANDHIDHAM

Final Invoice Number: H07070039
Invoice Date: 19.07.2007 13:35
Vessel Name: MV FREDRIKE OLDENDORFF

VCN: 070677
GRT: 26586
ATB: 07.07.2007 00:47
ATUB: 12.07.2007 03:40

Pay. Due Date: IMMEDIATE

| S. No. | Service Description/ Particulars | Cargo Descr. | Unit Quantity | Unit Time | UOM | Rate | Currency | Exchng Rate | Tax % | Service Tax (INR) (A) | Amount in Local Currency (INR) (B) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TERMINAL HANDLING CHARGES PEAS (IMP) | YELLOW PEAS (WHOLE)(IMPORT),YELLOW PEAS (SPLIT)(IMPORT) | 7286.996 | 1.00 | MT | 275.000 | | 1.0000 | 12.00 | 2,40,470.87 | 20,03,923.90 |

Sub Total: 2,40,470.87   20,03,923.90
Education Cess (EC) (Rs): 2% Of A   4,809.42
S Cess (D): 1% of A   2,404.71
Total (A+B+EC+D):   22,51,608.89
Roundoff (Rs):   .11
Net Invoice Amount (Rs):   22,51,609.00

INVOICE VALUE ( In Words ): Twenty-two lac fifty-one thousand six hundred nine only.

Remark: QTY 7286.996 MT YELLOW PEAS AS PER IGM

NOTE :

1) PAYMENT : D.D. / Cheque in favour of 'MUNDRA PORT AND SPECIAL ECONOMIC ZONE LTD.' drawn on State Bank of Saurashtra payable at Port Branch Mundra code no 6418 and may be deposited at our Mundra Port office or branch offices situated at AHMEDABAD:- Ph-079-6565655 5555555, Fax:-079-5555500/ 66565500, MUMBAI:- Ph-022-22022480 Fax:-022-22022323, DELHI:- Ph-011-26956146, Fax:- 011-26883065, GANDHIDHAM:- Telfax:-02836-263305
2) TDS is to be deducted at concessional rate of 0.10% (plus Surcharge & Ed.cess) Totalling to 0.1133%, as per the letter Issued U/S 197 of Inco Tax Act, 1961 by ITO, Ahmedabad for the F.Y. 2007-08.
3) Service Tax Registration no : AR/GIM/PS-01/2003-04 DTD : 14.07.2003.**ACCOUNTING COLLECTORATE : RAJKOT COMD NO. 17**DIVISIN : B CODE NO: 1708**RANGE : GANDHIDHAM CODE NO. 170800** SERVICE CLASSIFICATION-PORT SERVICES**

FOR, MUNDRA PORT AND SPECIAL ECONOMIC ZONE LIMITED.
(FORMERLY, GUJARAT ADANI PORT LIMITED)

E & OE

AUTHORISED SIGNATORY
RITA

Page 1 of 1

Mundra Port And Special Economic Zone Ltd.

Mundra Port, Navinal Island Post Bag No. 1, Mundra-370421, Gujarat (India)
Tel.:+91-2838-289340  Fax:+91-2838-289300  Visit us at : www.mundraport.com

Registered Office : "Adani House", Nr. Mithakhali Circle, Navrangpura, Ahmedabad-380 009. (India)
Tel: +91-79-26565555, 25555555, Fax +91-79-26565500, 25555500
Email: mport@ad-ani.net.in  Website : www.adanigroup.com