# Mohan Declaration Exhibit 17

## Sandeep Mohan - JKI

**From:** Narayan Nethrakere [sot@vsnl.com]
**Sent:** Thursday, August 09, 2007 4:58 PM
**To:** JKI Mail; Jiwan Mohan - JKI; Sandeep Mohan - JKI
**Cc:** srs@hathway.com
**Subject:** Frederike Oldendorff
**Importance:** High

TO  : JKI Brisbane
FM  : Sahi Oretrans Mumbai

ATTN : Mr. Sandeep Mohan

### FREDERIKE OLDENDORFF

GRT/NRT            : 26586 / 16450
Total quantity     : 46,918.298 (Mundra + Mumbai)

Arrived at Mumbai on    : 18-07-07 at 1400 hrs
Shifted to C-3 anchorage : 19-07-07 at 1650 hrs
Berthed at BPX          : 22-07-07 at 1720 hrs
ETC / ETB               : 10-08-2007
Total expected stay at berth: 20 days (WP) to discharge 39,631.302 MT

### PORT CHARGES AT MUMBAI

| US$ | Details |
|---|---|
| 5612- | Port dues at US$ 0.2111 per GRT |
| 9215- | Pilotage at US$ 0.3466 per GRT |
| 833- | Pilotage from sea to stream berth at US$ 0.03135 per GRT |
| 881- | Anchorage fees at US Cent 0.0442 per GRT per hour for 75 hrs |
| 95710- | Berth hire at US$ 0.0075 per GRT per hour for estimated 20 days |
| 112251- | |
| 13874- | 12.36% Service tax |
| 126125- | |

If vessel was to discharge at BFL, there would have been no port charges at all as BFL is beyond Mumbai port's purview for tariff application. Only light dues at Rs.8 per NRT is common for both BFL and alongside berth discharge. However Rs.50,000 would have been incurred extra for tug charges for completing customs inward and outward formalities at BFL i.e. Rs.25,000 per each trip.

Vessel would have taken maximum 7 days at BFL to complete the discharge of 46,918.298 MT bulk peas cargo.

Best regards
Narayan

**SAHI ORETRANS PVT LTD - MUMBAI**
30 Western India House, 3rd Floor
Sir P. M. Road, Mumbai 400001, India
Tel          : +91 22 4033 5454
Fax          : +91 22 2281 0027
Capt H.S.Sahi : (M) +91 98200 31946

09/08/2007