# Mohan Declaration Exhibit 18

# UNITED SHIPPERS LIMITED 

SHIP, BARGE OWNERS, STEVEDORES AND MARINE CONTRACTORS

| Corp. Office: | Regd. Office: | Works: |
|---|---|---|
| United India Building 2nd Floor, | Prospect Chambers, 3rd floor, | Shippers House, Limda Lane |
| Sir. P. M. Road, Fort, | D. N. Road, Fort, | Jamnagar - 361 001 |
| Mumbai - 400 001. | Mumbai 400 001 | Tel: 0288 2559487/ 2559356/2559419 |
| Tel: 2265 2232/2334 / 6685 6300 | Tel: (91-22) 6756 8400 | Fax: 0289 - 2552648 |
| Fax: 022-6685 6391/92 | Fax: 022 - 6756 8498/98 | |
| Email: operations@unitedshippers.com | | |

| | Invoice No. | Dated |
|---|---|---|
| J. K. International Pty. Limited | USL/MUM/DN-001/2007-08 | 25-Jun-2007 |
| 49, Suscatand Street, Rocklea, | Mother Vessel | |
| 4106, G. P.O. 1981, | M. V. FREDRICK OLDENDROF | |
| Brisbane – Australia | Port: | |
| | MUMBAI | |

| Description of Goods | Quantity | Rate | per | Amount |
|---|---|---|---|---|
| CHICK PEAS - FREIGHT | 44,000.000 MT | 270.00 | MT | 1,18,80,000.00 |
| Amount Debited to Your A/c. for Loss of Revenue Due To Cancellation of Your Chickpeas Vessel M. V. Frederick Oldendrof Due on 15.06.07 at Mumbai Port. | | | | |
| | | | **Total** | **1,18,80,000.00** |

Amount Chargeable (in words)
Rs. One Crore Eighteen Lakh Eighty Thousand Only

P.A.N. No: AAA - CU - 0764 C
Service Tax Category:
Service Tax Regn. No.:

This invoice is subject to following Conditions:
1. Interest @ 15% p.a. will be charged on overdue payments.
2. In case of Non-payment for over 30 days, we will have a right to nominate a sole arbitrator and disputes will be subject to Indian Arbitration & Conciliation Act 1996. The venue of arbitration shall be Mumbai.
3. Only court in Mumbai will have exclusive jurisdiction, subject to above arbitration.

Checked By

for United Shippers Limited
AUTHORISED SIGNATORY