# Mohan Declaration Exhibit 19

From: 91 22 23715415     Page: 1/1     Date: 6/07/2007 4:49:42 PM



# SHADIRAM & SONS
## IMPORTER & EXPORTER

Mandi, LAMBRA, (Dist. Jalandhar) PUNJAB. • Phone :(0181) 279 1825 / 309 0859
Telefax : 279 1329 • E-mail : lambra@shadiram.com

**FAX MESSAGE**

TO :-                                                                06/07/2007
J. K. International Pty Ltd.,
49 Suscatand Street, Rockela,
416 G.P.O. Box 1981,
Brisbane,
AUSTRALIA.

Ref. :- M.V. FREDERIKE OLDENDORFF, B/L. NO.02 & 11.

Sub :- DELIVERY OF OUR CARGO.

Dear Sir,

This is with reference to above said cargo we had bought from you on terms of CIF MUNDRA PORT, INDIA loaded on M.V. FREDERIKE OLDENDORFF. Cargo detail is as under :-

B/L. No. 02  Split Yellow Peas   5886.996 M.ton
B/L. No. 11  Whole Yellow Peas   1400.000 M.ton

Total Quantity :-                7286.996 M.ton

Please note that we hold you fully responsible for not to deliver our cargo on time at mentioned Port. As we had sold this cargo to the Local millers and there is huge market fluctuation due to non-delivery of the cargo. So our buyers are not ready to accept the cargo until we settle their claim for the market difference, i.e. about USD$35 per ton, the difference amount can be increased since the cargo is not delivered yet.

We will send our claim Invoice shortly.

Awaiting your reply.

Thanks & Regards,
For & on behalf of
M/S. SHADI RAM & SONS.

(RAJESH SHARMA),
Import Manager.

202, Steel Chamber, 2nd Floor, D. R. Road, Mumbai - 400 009.
Phone : 2370 1838 / 2371 5410 • Telefax : 2371 5415 • E-mail : srs@hathway.com

```
Tel.    : 01-11-27128901, 905, 27214362
          2713125, 27131325, 27131326 & 27215353
Fax     : 91-11-27226406, 27465277
E-mail  : menthol@bcl3.vsnl.net.in
```

# SHARP MENTHOL INDIA LIMITED

(AN ISO 9002 COMPANY & STAR TRADING HOUSE RECOGNISED BY GOVT. OF INDIA)
SHARP HOUSE PLOT NO.9, LSC. GUJARAWALA TOWN DELHI 110 009.

Ref. No.                                                                 Date_____

29.08.07

M/s J. K. International Pty. Ltd.,
49 Suscatand Street, Rockela,
416, G.P.O. Box 1981,
Brisbane, Australia

Ref. :- M. V. FREDERIKE OLDENDORFF. B/L NO.03 & 04.

## DEBIT NOTE

Dear Sir,

This is to inform you that we have debited your account for late delivery of the cargo we had bought from yourselves on terms of CIF MUMBAI PORT, INDIA loaded on M.V. FREDERIKE OLDENDORFF. Cargo detail is as under :-

| | |
|---|---|
| B/L No. 03 Whole Yellow Peas | 1310.000 MT |
| B/L No. 04 Split Yellow Peas | 3800.000 MT |
| **Total Quantity :-** | **5110.000 MT** |

Loss due to late delivery of the cargo is $38 Per Ton. Total amount US$ 194,180.00. Please settle our said claim as soon as earliest & remit the amount to our account.

Thanking You,

For SHARP MENTHOL INDIA LIMITED

(Authorised Signatory)

**POONA DAL AND OIL INDUSTRIES LTD.**

103/104, INDUSTRIAL ESTATE, HADAPSAR, PUNE- 411013 (INDIA).
TEL.: 26816020, 26816024  FAX : 020 - 26816021, 26873266.
Email : pdomltd@eth.net

20/08/2007

To

J. K. International Pty Ltd.,
49 Suscatand Street, Rockela,
416 G.P.O. Box 1981,
Brisbane,
AUSTRALIA.

### DEBIT NOTE

**Ref. :- M.V. FREDERIKE OLDENDORFF, B/L. NO. 08, 09 & 10.**

Dear Sir,

We have debited your account for late delivery of the cargo we had bought from yourselves on terms of CIF MUMBAI PORT, INDIA loaded on M.V. FREDERIKE OLDENDORFF. Cargo detail is as under :-

| | | |
|---|---|---|
| B/L. No. 08 Whole Yellow Peas | 1221.302 | M.ton |
| B/L. No. 09 Split Yellow Peas | 800.000 | M.ton |
| B/L. No. 10 Split Yellow Peas | 1000.000 | M.ton |
| Total Quantity :- | 3021.302 | M.ton |

Loss due to late delivery of the cargo is $38 Per ton  Total amount US$ 114,809.48. Please settle our said claim as soon as earliest & remit the amount to our account.

For POONA DAL AND OIL INDUSTRIES LTD.,
(AGRO DIVN)

DIRECTOR.