# Mohan Declaration Exhibit 20

## GOVERNMENT OF INDIA
## INDIA METEOROLOGICAL DEPARTMENT

No. 798 / ACWC - 407 (A) / 2007

Office of the Deputy Director
General of Meteorology,
Regional Meteorological Centre,
Colaba, Mumbai – 400 005
Telephone :- 22150431
Telefax :- 22160824
Date :- 6/8/2007

To,
Sahi Oretrans Pvt. Ltd.,
30, Western India House,
3rd Floor, Sir P.M. Road,
Fort, Mumbai 400001.

    Sub: Monsoon Dates.
    Ref: Your letter dt. 1/8/2007.

Sir,
    With reference to above, following are details regarding onset dates of monsoon over Mumbai:

1. Onset date of Monsoon over Mumbai in 2007: 18th June 2007

2. Onset date of Monsoon over Mumbai for last 4 years:

| Year | Date |
|------|------|
| 2003 | 16th June |
| 2004 | 10th June |
| 2005 | 19th June |
| 2006 | 31st May |

Yours' faithfully,

(A.L.Agrawal)
Assistant Meteorologist Gr.I
For D.D.G.M.