Received: Nov 26 2007 02:03pm
11/26/2007 14:02 2127799930 EATON VAN WINKLE PAGE 02
Case 1:07-cv-07328-SHS   Document 19   Filed 11/26/2007   Page 1 of 2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

EATON & VAN WINKLE LLP
3 PARK AVENUE
NEW YORK, NEW YORK 10016
FAX: (212) 779-9928

[Handwritten: 11/26/07 Oldendorff's reply is due 12/14/07. So ordered. /s/ S.H. Stein 11/26/07]

November 26, 2007

<u>Via Facsimile: (212) 805-7924</u>

Hon. Sidney H. Stein
United States District Judge
United States District Court
Southern District of New York
New York, NY 10007

MEMO ENDORSED

Re:   **JK International Pty Ltd. v. Oldendorff Carriers GmbH & Co.**
      **Docket No.: 07 Civ. 7328 (SHS)**
      <u>Our File No.: 4523-002</u>

Dear Judge Stein:

    We represent the Plaintiff, JK International Pty Ltd. ("JKI"), in the captioned matter. JKI urges the Court to deny Defendant, Oldendorff Carriers GmbH & Co.'s ("Oldendorff"), request for an additional two (2) weeks time in which to reply to JKI's opposition to Oldendorff's Motion to Vacate Maritime Attachment ("Oldendorff's Motion"). Oldendorff's request is based upon factors, such as the timing of the Thanksgiving holiday, that have been well known since the time the Court established the schedule for submissions concerning Oldendorff's Motion. Therefore, the request seeks needless delay and should be denied.

    The Court established the deadlines applicable to Oldendorff's Motion during a teleconference on October 26, 2007. Counsel for both parties participated in that teleconference and have been well aware of the ordered deadlines for over four weeks. JKI complied. There is no reason why Oldendorff cannot do likewise.

    The reasons that Oldendorff cites in support of its request are entirely insufficient. Oldendorff states that the Thanksgiving holiday occurs during its time in which to reply.

However, counsel for both parties have most certainly been aware of the holiday's timing since the Court established the schedule for this motion on October 26, 2007.

Moreover, as JKI's Memorandum of Law in Opposition to Oldendorff's Motion clearly demonstrates, it is well established in the Southern District of New York that courts considering motions to vacate maritime attachments should not look to resolve underlying disputes of fact or law. Oldendorff's noting that its London attorney is unavailable and its hope of gathering additional evidence are entirely irrelevant to the instant matter. The London barrister's opinion, as well as any additional evidence, should be considered in London during arbitration under English law. Neither claimed justification for delay presents a legitimate basis for granting Oldendorff's request to have four (4) weeks to prepare a reply.

Respectfully submitted,

Michael O. Hardison

cc: **VIA Facsimile: (212) 490-6070**

Kevin J. Lennon
Lennon, Murphy & Lennon, LLC
The GrayBar Building
420 Lexington Ave., Suite 300
New York, New York 10170