UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

                Plaintiff

- against -

                07 Civ. 7328 (SHS)

                ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

                Defendant

---

## DECLARATION OF VAMAN PRABHU

---

## EXHIBIT 2

---

271337

India hopes for normal monsoon season - MarketWatch

Page 1 of 2



Enter Symbol(s) or Keyword(s)    Go    Advanced Search >

Get the retirement you want with Retirement Weekly

FRONT PAGE ▼    MARKETS
Global Markets    Emerging Markets    Earnings Watch



V. PHANI KUMAR'S THIS WEEK IN INDIA

## India hopes for normal monsoon season
Commentary: Nation, and many investors' fortunes, depend on agriculture

By V. Phani Kumar
Last Update: 9:41 PM ET May 20, 2007

MUMBAI (MarketWatch) -- The week of the monsoon rains' predicted arrival is here, and investors in several Indian industries will likely be hoping, along with millions of farmers, that the rain gods don't spring many negative surprises this year. Their fortunes over the next few months may well depend on it.

I know that statement sounds fantastic, but it's true. Despite its emergence as one of the fastest-growing economies in the world, irrigation-poor India's dependence on agriculture can hardly be over-emphasized. More than 60% of the population is still dependent on farm incomes, which in turn depend on the vagaries of the monsoons. And the fortunes of local companies selling consumer products, tractors, motorcycles, televisions and even cement or steel are intricately linked to those incomes.

The Indian Meteorological Department has forecast the southwest monsoon rains will arrive in Kerala, India's southern-most state, a week earlier than usual on Thursday, May 24. It also estimated the amount of rainfall to be 95% of the average of the past several years, which isn't too bad by itself. But almost as important as the amount of rainfall is its spread across various pockets in the country and the timing -- a few days too early or late could damage a standing crop irreversibly.

It is worth noting that India is geographically a big country and the distribution of rainfall across its regions is usually notoriously uneven, as it is unpredictable. It isn't uncommon to hear of floods in some states and drought in others, often at the same time, with each taking a toll on farm output as well as commercial activities.

Agriculture contributes less than a quarter of India's GDP and has been growing at less than the targeted 4% a year over the past few years, but still, its economy has been steaming at an average of over 8% in the past three years, thanks to the robust services and manufacturing sectors. A good monsoon in all respects could set the tone for a 4% or more growth for the country's agriculture sector, and if that happens, little else could come in the way of a 10% growth for the GDP.

Cigarette maker ITC's earnings in focus

ITC is expected to announce a strong set of numbers Friday for the fourth quarter ended March 31, with some analysts estimating a more than 50% growth in its net profits. Much of the growth is set to continue to come from its non-cigarette businesses, including luxury hotels, paperboards, apparel and read-to-eat food items and snacks.

But the stock price isn't reflecting any of this, as investors are awaiting clues on the likely impact from a tax onslaught on its mainstay cigarette business, which still contributes three-fourths of its profits. Some state governments recently imposed a 12.5% value-added-tax (VAT) beginning April 1, on top of the mountain of taxes already being paid by cigarette companies. ITC, reportedly, duly passed on the additional burden to customers by raising prices on some cigarette brands.

While the full impact of the price hikes on sales volume will only be clear when ITC announces its first quarter earnings in July, analysts fear its earnings growth for the current year will take a significant hit. Cigarette companies in India have been crying themselves hoarse over the unfair treatment meted out to them in the form of taxes, but they have few listeners, for obvious reasons.

Owned 32% by British American Tobacco, but managed professionally and appreciated widely, ITC has been in a race against time to grow its non-cigarettes businesses fast enough to make up for the odds stacked up against its cigarettes business. It's a battle as challenging as kicking the smoking habit.

United Spirits: Big gains after big buy

A 27% rise in shares over a three-day period is a massive move by any standards, and United Spirits' shares could be expected to take a breather this week. But the rally could still have some steam left, if market participants are to be believed.

United Spirits' $1.18 billion acquisition (enterprise value) last week of scotch maker Whyte & Mackay stands in stark contrast to a few other billion-dollar plus acquisitions made by Indian companies in recent times. All of those other deals were slammed by investors, and how.

Investors saw the acquisition by India's largest spirits maker as a coup, given that Whyte & Mackay has a portfolio of some good brands and that the valuations United Spirits paid were at a discount to its own valuations. Also, Whyte & Mackay's inventory of scotch whisky, some of it aged 65 years, is estimated between $700 million and $800 million. The best part, reportedly, is that Whyte & Mackay has put options over buyers for a substantial part of that inventory.

Too good to be true? Well, that was my initial reaction, too. If global inventories of scotch whisky are indeed on the

India hopes for normal monsoon season - MarketWatch

decline, as some brokerages are pointing out in India, why were the competitors away? Frankly, I don't know the answer. It's absolutely possible that there is no small print anywhere in the deal, and that United Spirits has sewn up a deal that is every bit as great as it seems. But I still can't help wondering. I hope it's just the skeptic in me. ☒.

Site Index | Archive | Help | Feedback    Membership | Premium Products | RSS | Podcasts | Company Info | Advertising Media Kit | Dow Jones Client Solutions

The Wall Street Journal Digital Network
WSJ.com | Barron's Online | BigCharts    Virtual Stock Exchange | All Things Digital | MarketWatch Community
CareerJournal.com | CollegeJournal.com    OpinionJournal.com | RealEstateJournal.com | WSJ.com Entrepreneur

MarketWatch
Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 6/28/07).
India hopes for normal monsoon season - MarketWatch

Intraday data provided by Comstock, a division of Interactive Data Corp. and subject to terms of use. Historical and current end-of-day data provided by FT Interactive Data. More information on NASDAQ traded symbols and their current financial status. Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Dow Jones IndexesSM from Dow Jones & Company, Inc. SEHK intraday data is provided by Comstock and is at least 60-minutes delayed. All quotes are in local exchange time.

Case 1:07-cv-07328-SHS    Document 22-3    Filed 12/14/2007    Page 4 of 10



# OLD FARMER'S ALMANAC

Home  Weather  Gardening  Astronomy  Food  Advice  Forums  Press  Store

## Discussion Forums
### Weather, Science, and Astronomy

Want to know what the weather is like across North America? Post your queries and your observations here. This is a forum for readers who like to keep an eye on the sky.

### Weather, Science, and Astronomy Forum

Want to know what the weather is like across North America? Post your queries and your observations here. This is a forum for readers who like to keep an eye on the sky.

Goto: Forum List • Message List • New Topic • Search • Log Gate Threads  Previous • Next

**2007 Indian Monsoon Forecast & Needed Updates**
Posted by: Neerav Trivedi (IP Logged)
Date: May 9, 2007 06:12AM

LATEST UPDATE: As of this post, it looks like my forecast for the official start of the 2007 Indian Monsoon Season is right on track. The Indian Meteorological Department has the monsoons starting on May 11th, which is when I forecasted as the start date. The areas that will be affected, if you look at my forecast below, are also areas that are forecasted to be hit by the monsoons on the 11th of May. Talk about being right on the money!

The rains should reach my India HQ here in Gondal, India, if all goes well, by May 30th, which is three weeks away. About 90% Indian Subcontinent should be covered by the monsoon rains by July 1st, which is two weeks earlier than normal, since the monsoons started two weeks early. Here is the forecast that I issued last weekend. I will update this space with information as it arrives every few days, or as needed.



Neerav's 2007 Indian Monsoon Forecast

Date: Wednesday, May 8, 2007 @ 12:40 PM IST (GMT + 5:30 hours)

ANALYSIS:

With the death of El Nino and the gradual strengthening of La Nina, reaching its peak sometime in late September/early October 2007, we should see an early start to the Indian Monsoon season this year by about two weeks, with a normal rainfall forecasted for the Indian Subcontinent. El Nino died about late February, which was much sooner than expected after being stronger than expected, with La Nina forming well into the month of April. As mentioned before, the peak of the La Nina will be in late September/early October 2007, with its demise sometime in Spring 2008.

By the start of the monsoon season, sea surface temperatures in the Arabian Sea, the Indian Ocean, and the Bay of Bengal should be quite warm, ranging anywhere between 27 and 32.5 degrees Centigrade (80.6 to 90.5 degrees Fahrenheit), depending on latitude and longitude location. With the winds now shifting westward at a gradual pace in the Pacific Ocean with the forming of La Nina, the conditions in the Indian Ocean, in terms of the upper level winds, have made it much more favorable for the early onset of the Indian Monsoons. With the start of the hot season in mid-to-late March, the winds in the upper levels of the atmosphere over the Indian Ocean and the Indian Subcontinent have become favorable enough for a pretty rapid deepening of the heat low over northwest India/eastern Pakistan, which is a semi-permanent area of low pressure area. By late April, the semi-permanent heat low has developed quite significantly over northern India, and is at moderate strength, and will soon shift westward over the next few weeks, as it continues to deepen into semi-permanent area of low pressure.

In May, the heat low over northwest India should be strong enough to cause cyclonic flow around it, which will bring rains from the Indian Ocean and the Arabian Sea to the southernmost portions of India. At this time, the waters will be quite warm, and the monsoonal winds should have no trouble picking up the warm ocean waters, as well as the humidity in the atmosphere from the evaporated ocean water, and cause it to condense and form clouds and rain over the land. As the heat low over northwest India develops further and deepens (i.e. gets stronger), the winds around the center of circulation of the heat low should become stronger, affecting more areas. As the semi-permanent low moves westward into Pakistan, the winds will shift northwards and westward, and more areas of India will be affected by the monsoon rains.



Case 1:07-cv-07328-SHS   Document 22-3   Filed 12/14/2007   Page 5 of 10



Webcam

Ads by Google
Indien Öl
Indien Pakistan
Indien Power
Pravatech 2007

Winds in the higher levels of the atmosphere, from the start of the development of the semi-permanent heat low to the peak of its strength, due to a moderate to strong La Nina, should be favorable to keep the low strengthening faster than normal, as a high-pressure area should develop, which will keep conditions favorable over the Indian Subcontinent. The same favorable conditions should also help in maintaining the monsoonal flow of winds and rains over India, once it starts, with the area of high pressure stationed over the Indian Subcontinent. In fact, the area of high pressure in the upper-levels of the atmosphere should help enhance the monsoon rains over the Indian Subcontinent this year, once they start falling, as the weeks and months progress in the monsoon season, especially as we get towards the peak of the monsoon season, and should be goods news.

Here are the dates and the areas that will be affected by the commencement of the 2007 India Monsoon Season, with a margin of error of 3 days:

May 11, 2007: The monsoons will kick off officially, starting with the Lakshadweep Islands, the southern-most tip of India (Thiruvananthapuram), Sri Lanka, and the Andaman & Nicobar Islands. This includes the southern-most portions of the state of Kerala and Tamil Nadu in southern India.

May 17, 2007: The monsoon rains will creep northward, and by this time, all of Kerala and Tamil Nadu will be inundated, and the rains will spread their tentacles into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore, Chennai, and Pondicherry). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

May 25, 2007: The rains will march northward, engulfing the rest of Andhra Pradesh (including Hyderabad), Goa, the eastern-most sections of the state of Maharastra, Karnataka. The rains will also inundate the remaining portions of Chhattisgarh and Orissa, Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), and the eastern half of Nepal, Sikkim, and the southern half of the state of Maharastra. The remaining portions of northeastern India, including the remnants of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan, the southern portions of the state of Chhattisgarh, West Bengal and coastal areas of the state of Orissa will also be affected. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 1, 2007: The monsoon rains will overspread all of the states of Madhya Pradesh (including the city of Bhopal), the eastern quarter of Rajasthan, and a majority of Uttar Pradesh (including the city of Lucknow), and will stop at the border between the state of Uttarakhand and the nation of Nepal. Up to this point in time, the states of Diu, Dadra & Nagar Haveli, and most of the state of Gujarat, up to the city of Gandhinagar, will be in the monsoon rains, as well as the remaining portions of the state of Maharastra, including the city of Mumbai. The city of Mumbai will receive the rains by May 27, the cities Rajkot, Ahmedabad, Bhopal and Lucknow will receive the rains by the May 30, and Gandhinagar will get the rains by June 1. By this time, 85% of the Indian Subcontinent will be affected by the monsoon rains.

June 17, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its intersection with the mountains in northwestern India, as well as with parts of the Himalayan mountain range, otherwise, we estimated that it would take 9 days to affect all of these regions.

July 1, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last step for the advancement of the monsoon rains. From hereon out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

CONCLUSION:

In essence, I am expecting above normal rainfall overall for India, though some areas may receive less than other areas. I do not foresee some areas not getting any rains from the monsoons this year. This should help relieve the plants and animals from the heat, and cool down the air to make it more comfortable for sleeping and other outdoor activities, as well as water the crops and plants throughout India. This in the short-term through the end of the bulk of the monsoon season. For the long-term, the above normal rains should help with farming, and assist the agricultural industry of India, which should help to yield a normal crop yield this year.

The unfortunate part of this is that some places in India may get flooded. A couple of years ago,

Mumbai's streets were heavily flooded for days on end, making it impossible to do anything. ] excepet the same with this monsoon season, as rains may be locally very heavy at times especially in the squalls. The lowest-lying areas will be the most prone, while the higher elevations, especially along and in the mountains may see landslides and mudslides from the excessive rains. Areas that are not prepared for such may suffer severe financial damage, as well as loss of life and property. Agriculture areas, where the crops are grown, may suffer from deficient nutrients in the soil, if the excess water washes away the soil, killing the crops. Agricultural areas dependent on rain will suffer, as the local economies will no be able to make enough money if the bulk of their moneys come from the selling and trading of crops.

All areas of the Indian Subcontinent must be prepared to handle flooding issues, with the good chance that some of the rains may be quite heavy in the monsoons this year. This means repairing any dams, levies, or barricades that will keep towns and important agricultural areas form being damaged from flooding rains. For major cities such as Mumbai, Bangalore, Kolkata, and New Delhi, drainages must be cleaned away, and residents must get their home prepared by clearing drainages and pipes to ensure the smooth flowing of water when it falls in the monsoon rains. The streets must be swept also such that the sewer systems will have an adequate time in handling the volume of rainwater, especially in times when is comes down locally heavy. Finally, for the agricultural areas, farmers must prepare their fields accordingly to make sure that top soil and important nutrients are not washed away, and remains with the crops and plants, and would, as a result, yield normal or even greater than normal seasonal crop yields. This includes digging canals and irrigation ditches and pools to collect the runoff water that cannot seep into the grounds during the arrival of the monsoon rains.

In summary, this looks to be an early and a very good monsoon season for the India Subcontinent due to the developing La Nina in the eastern Pacific Ocean. We hope that the rains are taken advantage of in the optimal way possible for the benefit of the population for farming, industrial, and personal, as well as other uses, as the population sees fit.


- Neerav B. Trivedi,
Amateur Meteorologist - 10+ years
Northeastern United States Weather Forecaster
Indian Monsoon Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

Re: 2007 Indian Monsoon Forecast & Needed Updates
Posted by: Andyidaho (IP Logged)
Date: May 9, 2007 08:36AM

Monsoons over my area began yesterday, good forecast Neerav!

Options: Reply To This Message • Quote This Message • Report This Message

Re: 2007 Indian Monsoon Forecast & Needed Updates
Posted by: Neerav Trivedi (IP Logged)
Date: May 9, 2007 10:26AM

Andyidaho Wrote:
-------------------------------------------------------
> Monsoons over my area began yesterday, good
> forecast Neerav!

LOL! You are in Idaho, in the western US, this is for the other side of the world. I will keep you all posted on the latest updates, including latest forecasts and analysis on the Indian Monsoon.


- Neerav B. Trivedi,
Amateur Meteorologist - 11+ years
Northeastern United States Weather Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

Re: 2007 Indian Monsoon Forecast & Needed Updates
Posted by: Neerav Trivedi (IP Logged)
Date: May 13, 2007 06:54AM

First Update on the 2007 Indian Monsoon Forecast

Date: Sunday, May 13, 2007 @ 4:00 PM IST (GMT – 5:30 hours)

ANALYSIS:

On Thursday, May 10, 2007, the Indian Monsoon season officially began, with the monsoon rains hitting the southern-most sections of Lakshadweep and the southern half of Andaman & Nicobar Islands in the Bay of Bengal. The onset of the 2007 Indian Monsoon season is well within a margin of error 3 days, as mentioned in the original forecast. Parts of Sri Lanka also

were hit, but not as badly as Lakshadweep and especially the southern portions of the Andaman & Nicobar Islands, who have been inundated with heavy rains. We expect that to continue for the next couple of weeks, even as the Indian monsoon advances further into the Indian Subcontinent, by which time, more than half of the Indian Subcontinent will be affected by the monsoon.

However, even though the monsoons started a day earlier than was forecasted (but within the margin if error), its progress is still rather slow. As of this update, the monsoon rains are still affecting only Lakshadweep and the Andaman & Nicobar Islands, and will reach the areas forecasted to be affected by the original date of May 13, a few days later, since its progress is slower than we thought it would be. Having done that, we did make the appropriate adjustments, as the dates will now be pushed back to consider this new information.

Here are the updated dates and the areas that will be affected by the 2007 Indian Monsoon Season, with a margin of error of 3 days:

May 17, 2007: The monsoons by this time, will cover the Lakshadweep Islands, the southern-most tip of India (Thiruvananthapuram), Sri Lanka, and the Andaman & Nicobar Islands. This includes the southern-most portions of the state of Kerala and Tamil Nadu in southern India.

May 25, 2007: The monsoon rains will creep northward, and by this time, all of Kerala and Tamil Nadu will be inundated, and the rains will spread their tentacles into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore, Chennai, and Pondicherry). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

June 1, 2007: The rains will march northward, engulfing the rest of Andhra Pradesh (including Hyderabad), Goa, the eastern-most sections of the state of Maharastra, Karnataka. The rains will also inundate the remaining portions of Chhattisgarh and Orissa, Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), and the eastern half of Nepal, Sikkim, and the southern half of the state of Maharastra. The remaining portions of northeastern India, including the remnants of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan, the southern portions of the state of Chhatisgarh, West Bengal and coastal areas of the state of Orissa will also be affected. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 15, 2007: The monsoon rains will oversspread all of the states of Madhya Pradesh (including the city of Bhopal), the eastern quarter of Rajasthan, and a majority of Uttar Pradesh (including the city of Lucknow), and will stop at the border between the state of Uttarakhand and the nation of Nepal. Up to this point in time, the states of Diu, Dadra & Nagar Haveli, and most of the state of Gujarat, up to the city of Gandhinagar, will be in the monsoon rains, as well as the remaining portions of the state of Maharastra, including the city of Mumbai. The city of Mumbai will receive the rains by June 5, the cities Rajkot, Ahmedabad, Bhopal and Lucknow will receive the rains by the June 10, and Gandhinagar and the upper border of the forecast region will get the rains by June 15. By this time, 80% of the Indian Subcontinent will be affected by the monsoon.

July 1, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradon, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayas.

July 15, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last step for the advancement of the monsoon rains. From here on out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

*****The next update on the monsoons will be on Thursday, May 17, 2007, or as deemed necessary, based on the changing conditions of the monsoon******

- Neerav B. Trivedi,
Amateur Meteorologist - 11+ years
Northeastern United States Weather Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

Re: 2007 Indian Monsoon Forecast & Needed Updates
Posted by: Neerav Trivedi (IP Logged)
Date: May 16, 2007 10:30AM

Case 1:07-cv-07328-SHS    Document 22-3    Filed 12/14/2007    Page 8 of 10

Second Update on the 2007 Indian Monsoon Forecast

Date: Wednesday, May 16, 2007 @ 4:00 PM IST (GMT – 5:30 hours)

Analysis: The progresses of the Indian Monsoons are still rather slow in nature, so in that light, we have again readjusted the forecast to reflect this fact. The Indian Meteorological Department has forecasted the monsoon rains to hit the state of Kerala in southern India, and hence, the mainland of India, by May 24, which is eight days from today, with a margin of error of 3 days. We think that this is realistic, and agree wholly with this forecast, as the rains will still be dine slow in its progress. This is confirmed looking at the location of the monsoon winds and the medium-ranged computer models. The previous forecast for the monsoons to hit the southern tip of India on May 17 in the last update, were also not realistic, given the slow nature of the progress of the monsoon winds/rains.

---

Here are the updated dates and the areas that will be affected by the 2007 Indian Monsoon Season, with a margin of error of 3 days:

May 24, 2007: The monsoons by this time, will cover the southern portions of Lakshadweep Islands, the southern-most tip of India (including the cities of Thiruvananthapuram, Tiruchchirappalli, and Pondicherry), Sri Lanka, and the Andaman & Nicobar Islands. This includes the southern-most portions of the state of Kerala and Tamil Nadu in southern India.

May 28, 2007: The monsoon rains will creep northward, inundating the rest of Lakshadweep and Tamil Nadu. The rains will spread into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore and Chennai). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

June 1, 2007: The rains will march northward, engulfing 90% of the state of Andhra Pradesh just south of Hyderabad and the eastern-most sections of the state of Maharastra, Karnataka, and the southern one-third of Chhattisgarh, coastal Orissa, and the southern half of West Bengal. The rest of northeastern India, including the rest of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan will be affected by the monsoon rains at this time.

June 6, 2007: The northern-most sections of the states of Andhra Pradesh and Tamil Nadu, the state of Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), the eastern half of the nation of Nepal, and Sikkim will be hit by the monsoons. In addition, Goa, the southern one-third of the state of Maharastra, the remaining portions of the state of Chhattisgarh, West Bengal and the remaining areas of Orissa will also be affected. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 15, 2007: The monsoon rains will overspread all of the states of Madhya Pradesh (including the city of Bhopal), the eastern quarter of Rajasthan, and a majority of Uttar Pradesh (including the city of Lucknow), and will stop at the border between the state of Uttarakhand and the nation of Nepal. Up to this point in time, the states of Diu, Dadra & Nagar Haveli, and most of the state of Gujarat, up to the city of Gandhinagar, will be in the monsoon rains, as well as the remaining portions of the state of Maharastra, including the city of Mumbai.

July 1, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayas.

July 15, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last stop for the advancement of the monsoon rains. From hereon out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.

The next update on the monsoons will be on Monday, May 21, 2007, or as deemed necessary, based on the changing conditions of the monsoons.

- Neerav B. Trivedi,
Amateur Meteorologist - 11+ years
Northeastern United States Weather Forecaster

Options: Reply To This Message • Quote This Message • Report This Message

Re: 2007 Indian Monsoon Forecast & Needed Updates
Posted by: Neerav Trivedi (IP Logged)
Date: May 29, 2007 06:50AM

Fourth Update on the 2007 Indian Monsoon Forecast

Date: Tuesday, May 29, 2007 @ 4:00 PM IST (GMT – 5:30 hours)

Analysis: This fourth update on the Indian monsoon forecast is the first forecast for the currently active land invasion/assault on the mainland of India, starting in the southern tip of India. Looking at the models, the forecast looks to be on track, as the landfall was officially made on May 28, when the monsoon rains hit the mainland of India, starting with the southern tip of India, and move northward. Now that the monsoons hit the mainland of India, it is uncertain whether it will speed up, slow, or stall, and therefore, predicting who will be hit and when is quite difficult to do, given the amount of uncertainty in the progress of the monsoon. Therefore, we have decided to adjust the forecast accordingly and go with some new dates, as seen below.

Here are the date ranges and the areas in that time that will be affected by the monsoon rains:

May 30, 2007: The monsoon rains will head northward, inundating the rest of Lakshadweep and Tamil Nadu. The rains will spread into the southern half of Karnataka and Andhra Pradesh (including the cities of Bangalore and Chennai). The eastern-most portions of northeastern India, including the states of Mizoram, Manipur, Nagaland, Tripura, and eastern portions of Assam and Meghalaya will also be hit by the monsoon rains.

June 1, 2007: The rains will march northward, engulfing 90% of the state of Andhra Pradesh just north of Hyderabad and the eastern-most sections of the state of Maharashtra, Karnataka, and the southern one-third of Chhattisgarh, coastal Orissa, and the southern half of West Bengal. The rest of northeastern India, including the rest of the state of Assam, Arunachal Pradesh, the rest of the state of Meghalaya, the nation of Bangladesh, the nation of Bhutan will be affected by the monsoon rains at this time.

June 3, 2007: The northern-most sections of the states of Andhra Pradesh and Karnataka, the state of Jharkhand (including the city of Ranchi), Bihar (including the city of Patna), the eastern half of the nation of Nepal, and Sikkim will be hit by the monsoon rains. In addition, the Indian Monsoons will also affect Goa, the southern half of the state of Maharashtra, the remaining portions of the state of Chhattisgarh, West Bengal and the remaining areas of Orissa. By this time, 70% of the Indian Subcontinent will be covered by the monsoon.

June 7, 2007: The rains will overspread and affect areas from the state of Dadra & Nagar Haveli, up through the city of Bhopal (in the state of Madhya Pradesh), Lucknow (in the state of Uttar Pradesh), and the western quarter of the nation of Nepal. The city of Mumbai will be hit by monsoon rains by June 5, which is 5 days earlier than the normal impact date.

June 11, 2007: The monsoons will affect an area starting from the northern limit of the previous period, and extend northward from Srinagar to the city of Gandhinagar and affect the southern half of Gujarat. The rains will extend through eastern quarter of the state of Rajasthan, the western third of the state of Uttar Pradesh, and to the western border of Nepal.
June 27, 2007: A majority of northwestern India will be affected, which includes the remaining portions of the states of Rajasthan and Uttar Pradesh, as well as the states of Punjab, Haryana, Uttarakhand, Delhi and Himachal Pradesh, and the eastern half of the state of Jammu & Kashmir. Included in this area are the cities of Jaipur, Delhi, Chandigarh, Shimla, Dehradun, and the capital city of New Delhi. The reason why it takes 16 days from its previous position is due to its interaction with the mountains in northwestern India, as well as with parts of the Himalayas.

July 15, 2007: The rest of India, including the state of Rajasthan, as well as the eastern half of Pakistan will be the last stop for the advancement of the monsoon rains. From hereon out, the 90% Indian subcontinent should be affected by the monsoons for the next two months or so, after which, the rains will slowly withdraw from the Indian Subcontinent.


The next update on the monsoons will be as deemed necessary, based on the changing conditions of the monsoons.

- Neeray B. Trivedi,
Amateur Meteorologist - 11 years
Northeastern United States Weather Forecaster

Options: Reply To This Message · Quote This Message · Report This Message

Goto: Forum List · Message List · Search · Log In

Sorry, only registered users may post in this forum.

**TEMPUR**
FREE

Ads by Google

**Buy A Duplex House For**
Low Price. Realtors in Hyd-India Visit
Now & Avail Free Registration
www.ghardu.com

**2007 Flag**
Looking for 2007 Flag? Find exactly what
you want today.
www.eBay.com

**New 2007 Convertibles**
Find a New 2007 Convertible That's
Right for You & Log Onto VW.com.
www.VW.com

**Premium Black Teas**
Buy Teas in 180 varieties & more Secure
Shopping & Free Delivery
www.goldentipstea.com

About Us | Privacy Policy | Contact Us | Employment | Advertise | RSS Feeds | Site Search

Yankee Publishing Inc., P.O. Box 520, Dublin, NH 03444. USA. (603) 563-8111

Copyright ©2007, Yankee Publishing Inc. All rights reserved.
Interactive features developed and maintained by Reinvented Inc.