UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

                Plaintiff

-    against    -                            07 Civ. 7328 (SHS)

                                                ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

                Defendant

---

**DECLARATION OF VAMAN PRABHU**

---

**EXHIBIT 3**

---

271337

Attn Mr. V. Subramanian

*Life Saving Appliances Rules (1989)*                                                                 75

## SECTION - I
### PRELIMINARY

1. Short title, commencement and application —

    (1) These rules may be called the Merchant Shipping (Life Saving Appliances) Rules, 1988.

    (2) They shall come into force on the date of their publication in the Official Gazette.

    (3) Subject to the provisions of these rules, —
    
    (a) they shall apply to every Indian ship going to sea and every sea-going sailing vessel, the keel of which was laid on or after the 1st day of July, 1986.
    
    (b) they shall not apply to any such ship or sailing vessel the keel of which was laid before the 1st day of July, 1986 and the provisions of the Merchant Shipping (Life Saving Appliances) Rules, 1982 shall apply to such ships or sailing vessels:

Provided that the Director General of Shipping may, after the commencement of these rules, require by order in writing, the owner of every such ship or sailing vessel, having regard to any structural changes made in such ship or sailing vessel, to comply with any or all of the requirements specified in these rules.

2. Definitions In these rules, unless the context otherwise requires, —

    (a) "Act" means the Merchant Shipping Act, 1958 (44 of 1958);

    (b) "approved" means approved by the Nautical Adviser to the Government of India;

    (c) "certificated person" means a person who holds a Certificate of Proficiency in a Survival Craft, issued under the authority of, or recognised as valid by, the Director General and includes a deck officer holding a certificate of competency and a person holding a certificate of efficiency as a life boatman issued under the Merchant Shipping (Life boatman's Qualifications and Certificates) Rules, 1963;

    (d) "embarkation ladder" means a ladder provided at a survival craft embarkation station which shall comply with the requirements specified in Part VI of the First Schedule;

    (e) "embarkation station" means the area designated as such on board a ship from where the crew and passengers can embark a survival craft directly from that station;

    (f) "emergency position indicating radio beacon" means a station in the mobile service the emissions of which are intended to facilitate search and rescue operations;

    (g) "fair weather season" means, —
    
    (i) in the Arabian Sea, the season beginning on and from the 1st September and ending with the 31st May; and
    
    (ii) in the Bay of Bengal, the season beginning on and from the 1st December and ending with the 30th April;

    (h) "foul weather season" means, —
    
    (i) in the Arabian sea, the season beginning on and from the 1st June and ending with the 31st August; and
    
    (ii) in the Bay of Bengal, the season beginning on and from the 1st May and ending with the 30th November;

    (i) "float free launching" means the method of launching a survival craft whereby the craft is automatically released from a sinking ship and is ready for use;

*Definitions*