UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

        Plaintiff

-   against  -

OLDENDORFF CARRIERS GMBH & CO.,

        Defendant

07 Civ. 7328 (SHS)

ECF CASE

---

## DECLARATION OF VAMAN PRABHU

---

**EXHIBIT 4**

---

271337

No. 196-061665





## MAHARASHTRA MARITIME BOARD
### CERTIFICATE OF SURVEY
ISSUED UNDER ACT I OF 1917 BY THE GOVERNMENT OF MAHARASHTRA
For an Inland Vessel

To remain in force only until the 28th day of September, 2006

Inland Vessel (Motor Vessel) :- **M.V. GAJ LAXMI**   MOR/IV/00005

Owner, Managing Owner or Agent :- SHRI. MICHAEL R. FERNANDES, DIRECTOR,
M/S. VINAYAK MULTIMODAL TRANSPORT PVT. LTD., B4, KALPATARU, SECTOR
88, CBD BELAPUR, NAVI MUMBAI - 400613

| Port of Registry and Official Number Year of Built & Yard | Registered Tonnage | | Name of Master & Engine Driver and Number and grade of his Certificate |
|---|---|---|---|
| | Gross | Net | |
| Mumbai - Mors MOR/IV/00005 (Ghodbunder-Thane-1997) | 1394.00 | 584.00 | Shri. Dawood Khan Salekhan Sakharkar, 1st Class Master, Cert No. 0695 Shri. Goutam Paramanya, 1st Class Engine Driver, Cert No. 003/2004 |

Limits beyond which this vessel is not to ply
TO PLY WITHIN INLAND WATER LIMITS ONLY
To Ply within Fair and Foul Weather limits only
Fair Season (1st Sept. to 25th May) to Ply within Fair weather limits only
Foul Season (26th May to 31st August) to ply within Foul Weather limits only

### NUMBER OF PASSENGERS AND L.S.A

This Ship is according to the declaration of the Surveyor, fit to carry, when there is no encumbrance of passenger accommodation :-

| Passengers / crew capacity | Fair | Foul | Life Jackets and Life Buoys / Boats | Fire Fighting Appliances |
|---|---|---|---|---|
| Tween Deck / FWD | — | — | 02 Buoyant Appt. for 24 Persons ( 02 x 12 Persons ) | W/Co2 - 04 Mech. Foam Type 9 Ltrs - 04 Mechanical Foam 50 ltr. - 01 DCP - 01 |
| Main Deck / Engine | — | — | Life Buoys — 04 nos. Life Jackets — 11 nos. | Fire Hydrant - 04 Fire Hoses - 02 Sand Box with Scoop - 01 Fire Buckets - 10 |
| Upper Deck /AFT | — | — | Engine : Kirloskar Cummins 400 BHP x 2 nos. KT 1150 M = 2 nos. Built In 1997 | Fire Axe - 01 Dust Bin - 01 |
| Crew | 11 | 11 | | |
| Total | 11 | 11 | | |

Vessel examined in Dry Dock / Slip Way on 29/09/2004

If the space measured for Passenger Accommodation is occupied by Cattle or by Cargo, or other articles :-
Then for every 4 1/2 superficial feet of such space so occupied on the upper deck, and } ONE PASSENGER is to be
for every 9 superficial feet of such space so occupied on the lower deck or in the cabins } deducted from the numbers above

THIS IS TO CERTIFY that the provisions of the Law with respect to the Survey of the above mentioned Motor vessel and the transmission of Declarations in respect thereof have been complied with.

This Certificate, unless cancelled or revoked, to be in force until the 28th day of September, 2006

Signed by order of the Government of Maharashtra, this 06th October, 2005

Marine Engineer & Surveyor in Charge
Maharashtra Maritime Board
Mumbai

Either this certificate or the original / duplicate thereof, furnished by the Government of Maharashtra, is to be put up in a conspicuous part of the vessel, where it will be visible to all persons on board. The Master of Owner shall, for every passenger over and above that number, be each liable to a Fine which may be levied at the rate of Five Hundred Rupees.

If the number of passengers carried exceeds the number stated in this Certificate, The Master or Owner shall, for every passenger over and above that number, be each liable to a Fine which may be levied at the rate of Five Hundred Rupees.

In case of any ACCIDENT occasioning loss of life, or any material damage affecting the sea worthiness or efficiency of the vessel, either in the hull or in any part of the machinery or equipment, a report BY LETTER, SIGNED BY THE OWNER OR MASTER is to be forwarded to the Chief Surveyor, Maharashtra Maritime Board, Mumbai, within 24 hours after the happening of the accident, or as soon thereafter as possible.

22 Aug 2007 10:08    Vinayak Multimodal    22641925    P. 1