UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

    Plaintiff

-  against  -

OLDENDORFF CARRIERS GMBH & CO.,

    Defendant

07 Civ. 7328 (SHS)

ECF CASE

---

## DECLARATION OF VAMAN PRABHU

---

### EXHIBIT 5

---

271337

K/A NAPIER PYNMRY
FAX NO. 63174445



# VINAYAK MULTIMODAL TRANSPORT PVT. LTD.

1st Floor, Bharati Bhavan, Opp. St. George Hospital, 211/219, P. D'Mello Road, Fort,
Mumbai-400 001.
Tel: 22641921 / 22 / 23 / 24 • Fax: 022 2264 1925 • Email: vinayakmultimodal@yahoo.co.in

21 November 2007

To, MAHARASHTRA MARITIME BOARD.
~~Mercantile Marine Board~~
Traffic Department
Mumbai

Dear Sir,

Re- Clarification.

Please be advice that our principles are requesting for few clarifications.

1. Commencement of foul season at Mumbai for 2007. (Monsoon Period)
2. How Inland barges carry out loading / discharging operations at bfl during foul season.
3. Whether double banking operation permitted at bfl during foul season.

Kindly do the needful and oblique.

Thanking You.

Yours Faithfully.

[signature]

21/11/07
Clerk to the
MAHARASHTRA MARITIME BOARD, MUMBAI



महाराष्ट्र मेरीटाईम बोर्ड
(महाराष्ट्र शासनाचा उपक्रम)
इंडियन मर्कंटाईल चेंबर्स, 3रा मजला,
रामजीभाई कमानी मार्ग, बेलार्ड इस्टेट,
मुंबई - 400 038
फोन:- 22658375, 22611734,
फॅक्स:- 22614331

MAHARASHTRA MARITIME BOARD
(A GOVT. OF MAHARASHTRA UNDERTAKING)
Indian Mercantile Chambers, 3rd Floor,
Ramjibhai Kamani Marg, Ballard Estate,
Mumbai- 400 038.
Tel: - 22658375, 22611734
Fax: - 22614331

No: - MMB/CEO/Tr-1/General/1924    Date:- 27 NOV 2007

To,
Vinayak Multimodal Transport Pvt. Ltd.
1st Floor, Bharat Bhavan,
Opp. St. George Hospital,
211/219, P.D' Mello Road, Fort,
Mumbai 400 001.

Sir,

Please refer to your letter no. Nil dated 21st November 2007.

2.  The information required is as below:

(a) Commencement of foul season at Mumbai is for the period commencing 26th May to 31st August.

(b) & (c)

Inland barges are not permitted to carry out loading / discharging operations at BFL during the foul season.

Yours faithfully,

Officer on Special Duty,
Maharashtra Maritime Board.

K/A · Mr Vaman

62154415