UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

                Plaintiff

-    against    -                         07 Civ. 7328 (SHS)

                                            ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

                Defendant

---

## DECLARATION OF VAMAN PRABHU

---

## EXHIBIT 6a

---

271337

दूरभाष:
Phone :
टेलेक्स
Telex : 81-11-61047 MBPT IN

मुंबई पोर्ट ट्रस्ट
**Mumbai Port Trust**

सं.
No. _____
प्रेषक :
From : CDM/Storm Gate/ 2.1.2.

From :
The Asstt. Superintendent,
Cranes & Dock Machinery

Dated

**1 9 MAY 2006**

To :
The Sr. Dock Master
Indira Dock.

Sub. : Operation of Storm Gate during foul monsoon season.

Ref. : CME's letter No. CME/D/1-PVA/4118 dated 29th June 2002

    With reference to above subject & referred letter, this is to inform you that the Storm Gate will be closed for four hours i.e. three hours before the maximum high tide time and one hour after the maximum high tide from 1st June 2006 to 30th Sept 2006, so as to protect both the Lock Gates and ships inside the Indira Dock against heavy sea, swell and stormy weather condition during the monsoon season

    You are, therefore, requested to arrange the shipping programmes accordingly and intimate the Lock Gate chargemen.

DA: Nil

Asstt. Superintendent
Cranes & Dock Machinery

c.c. to the Executive Engineer(M) for information & necessary action.
c.c. to the Dy. Docks Manager, Indira Dock for information & necessary action.
c.c. to the Asstt. Superintendent E.E.S.D. For information & necessary action.
c.c. to the Asstt. Ex. Engineer, I.D., Ambedkar Bhavan for information & necessary action

DA: Nil

Asstt. Superintendent(I)
Cranes & Dock Machinery