UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

               Plaintiff

-    against    -                 07 Civ. 7328 (SHS)

                                              ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

               Defendant

---

## DECLARATION OF VAMAN PRABHU

---

### EXHIBIT 6b

---

271337

ANNEXURE "S"



29/11 2007 13:59 FAX 912222625112    J B BODA    @001

मुंबई पोर्ट ट्रस्ट
**Mumbai Port Trust**

From: The Asstt. Superintendent
Cranes & Dock Machinery

To: The Dy. Dock Master
Indira Dock

Sub: Operation of Storm Gate during 100% ...

Ref: ...dated 25th May 2007

With reference to above subject & noted letter, and as discussed by Executive Engineer (M) in the C.E. Meeting at Ambedkar Bhavan on 25.05.2007, this is to inform you that the Storm Gate will be closed for minimum one hour before the maximum high tide time and one hour after the maximum high tide from 1st June 2007 to 30th Sept. 2007, so as to protect the Lock Gates and ships inside the Indira Dock against heavy seas / stormy weather condition during the monsoon season.

You are, therefore, requested to arrange the shipping schedule accordingly and intimate the Lock Gate chargeman.

Asstt. Superintendent
Cranes & Dock Machinery

DA: Nil

c.c. to the Executive Engineer (M) for information & necessary action
c.c. To the Dy. Docks Manager, Indira Dock for information & necessary action
c.c. to the Asstt. Superintendent E.T.S.D. for information & necessary action
c.c. to the Asstt. Ex. Engineer (E), Ambedkar Bhavan for information & necessary action
c.c. to the Chargeman, Lock Gate, I.D. for information & necessary action
c.c. to the Asstt. Superintendent, Hughes Dry Dock Pumping Station for information & necessary action
c.c. to the Foreman (Diver) Salvage Section, I.D. for information & necessary action

Asstt. Superintendent
Cranes & Dock Machinery