UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

                Plaintiff

-    against   -                        07 Civ. 7328 (SHS)

                                                   ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

                Defendant

---

**DECLARATION OF VAMAN PRABHU**

---

**EXHIBIT 6c**

---

271337

Welcome to Mumbai Port

Page 2 of 2

  

**MUMBAI PORT TRUST**

मुंबई पोर्ट ट्रस्ट

फोन /Phone : 2261 4345, 5656 4021
फेक्स / Fax : 91-22-2261 2404
तार/Telex : 81-11 81947 MBPT IN
ई-मेल /E-mail : mbpt@vsnl.com

उपसंरक्षक का कार्यालय
पोर्ट भवन
श्रॉफी वल्लभदास मार्ग
मुंबई - 400 001.
Deputy Conservator's
'Port House'
Shoorji Vallabhdas M
Mumbai - 400 001.

## CIRCULAR

No  DC/C-SH/ 2 ः ः             26 JUN 2006

To,

All Vessel Owners/Agents carrying out
stream discharge in Mumbai Harbour.

Sub : Panamax size vessels at inner anchorage
during monsoon season.

As you are well aware during the foul weather season, all anchorages South of the "A" line fall outside the inland water limits and are therefore decommissioned resulting in a reduction of 50% in the number of anchorages available in Mumbai Harbour. Also due to weather conditions prevalent during the monsoons, it is impossible to carry out stream discharge at these decommissioned anchorages.

There are only 3 anchorages of 10.00m draft available at the inner a These 3 anchorages are of 1000ft (305m) radius each and are suitable for ships of about 185m length. When ships substantially larger than this are brought in, they encroach into the adjacent anchorages thus resulting in a loss of the adjacent anchorage for use by another ship. Also since the vessel has a larger swinging circle she swings during every change of tide through the adjacent anchorage Eastward which has a lesser draft.

In view of what is stated above, we have to request you to take up this matter with your Principals and :

1. Refrain from bringing panamax size vessels for stream discharge during monsoon season.

2. In case you are constrained to bring panamax size vessels, then the draft should not exceed 10.00m in view of the larger swinging circle.

3. Handymax size vessels with a draft of 10.50m can be accepted (tide permitting) since they swing within the radius of the berth.

4. You are requested to advice your Principals not to exceed the above mentioned drafts as during the foul weather season (monsoon time) it is not possible to discharge cargo at BFL area for the purpose of lightening the ship.

(CAPT. M M RODRIGUES)

http://mumbaiport.gov.in/newsite/otherinfo/circulars/dc2908.htm

27/09/2007