UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

        Plaintiff

- against -

OLDENDORFF CARRIERS GMBH & CO.,

        Defendant

07 Civ. 7328 (SHS)

ECF CASE

---

## DECLARATION OF VAMAN PRABHU

---

## EXHIBIT 7

---

271337



# VINAYAK MULTIMODAL TRANSPORT PVT. LTD.

1st Floor, Bharati Bhavan, Opp. St. George Hospital, 211/219, P. D'Mello Road, Fort, Mumbai-400 001.
Tel: 22841921 / 22 / 23 / 24 • Fax: 022 2264 1925 • Email: vinayakmultimodal@yahoo.co.in

23rd August 2007

M/s Forbes Gokak Ltd,
S. P. Centre,
41/44, Minoo Desai Marg,
Mumbai – 400 005

Dear Sirs,

### Ref : M. V. Fredrike Oldendorff

We have for reference your letter dated 23rd August 2007 regarding discharge of Chickpeas from above referred vessel. In this connection we would like to give following information as required by you.

1. We have provided our 2 no. barges of capacity 2200 Mt. at inner anchorage from 19/07/2007 to 25/07/2007 to M/s Sahi Oretrans Pvt. Ltd. for discharging chickpeas from the above vessel.

2. M/s Sahi Oretrans did not approach us for discharging cargo at outer anchorage during the said period i.e. from 25th May 2007 to 25th July 2007.

3. We also would like to inform you that we do not provide barges outside foul area limit in the referred period i.e. 25th May to 31st August as it is against prevailing MMD rules.

Thanking you,

Yours faithfully,

For Vinayak Multimodal Transport Pvt. Ltd.

S. B. Shenvi - Director

---

Registered Office: Kalpataru, Sector-8B, C.B.D. Belapur, Navi Mumbai-400 613. • Tel: 5610 1918
Branch Office: 265, Bazargate Street, 106, Birya House, Fort, Mumbai-400 001. • Tel: 5634 6181 / 56332651 / 22672530