UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

             Plaintiff

-   against  -                      07 Civ. 7328 (SHS)

                                          ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

             Defendant

---

## DECLARATION OF VAMAN PRABHU

---

## EXHIBIT 8

---

271337

Aug 24 07 03:01p    sagar samrat    22642633    p.1

*ATTN· VAMAN  FAX- 67154445*



## मुंबई पोर्ट ट्रस्ट
## MUMBAI PORT TRUST



फोन/Phone : 5656 4021
फैक्स/Fax  : 91-22-2261 2404
टेलेक्स/Telex : 81-11 81047 MBPT IN
ई-मेल/E-Mail : mbpt@vsnl.com

उपसंरक्षक का कार्यालय
पोर्ट भवन
शूरजी वल्लभदास मार्ग
मुंबई - 400 001.
Deputy Conservator's Office
'Port House'
Shoorji Vallabhdas Marg,
Mumbai - 400 001.

No. DC/C-SH/4214                                      2 4 AUG 2007.

To,

M/s. Forbes Patvolk,
S.P. Centre,
41/44, Minoo Desai Marg,
Mumbai- 400 005

Sub:  Information.

Dear Sir,

Please refer to your letter No. Nil dated 23rd August, 2007.

2. The information asked for is as follows :-

(a)    Draft available in harbour is 10.0 m at chart datum.

(b)    Vessel of draft upto 10.5 m are handled in stream as per circular issued in June 2006.

(c)    Vessel having any draft may work at outer anchorage if she is able to do so.

(d)    Barges may ply only upto the limit prescribed in their licence.

Yours faithfully,

For DEPUTY CONSERVATOR

RMB/245.08.07(C2/AHM.Forbes)