UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

                Plaintiff

-   against   -                             07 Civ. 7328 (SHS)

                                              ECF CASE

OLDENDORFF CARRIERS GMBH & CO.,

                Defendant

---

## DECLARATION OF VAMAN PRABHU

---

## EXHIBIT 9

---

ANNEXTURE – 1

 **Parekh Marine Agencies Pvt. Ltd.**

October 22, 2007
Ref: PMA/22102007/2

Deputy conservator
Mumbai Port Trust
Mumbai

Dear sir,

Re: M.V SPRING PROGRESS due Mumbai on 23/10/2007
    IGM NO : 25651   P/E DT. 19/10/2007

Subject vessel due Mumbai floating light on 23/10/2007 at 1200 hrs for discharging 48000 mt. approx cargo of steel coils at Mumbai port

Vessel is arriving with a draft of 11.68 mtrs and needs to lighten by about 12000 mts. approx of steel coils. The stream discharge onto barges may take about three days.

Hence we request you to kindly grant the necessary permission for discharging at outer anchorage.

Thanking you for your kind co-operation.

Yours faithfully

For Parekh Marine Agencies Pvt Ltd.

As Agents Only

*[Handwritten note:]* Permitted subject to customs clearance and formalities. Barges to operates as per limits of certificate of registry
22/10
Asst Harbour Master

*[Stamp:]* RECEIVED 10 OCT 2007 Port Dept.

11, Wakefield House, 1st Flr., Sprott Road, Ballard Estate, Mumbai - 400 001. INDIA.
Tel.: 91-22-6634 4444 (30 Lines), Fax : 91-22-2265 3717, E-mail : pmapl@pmapl.com

ANNEXURE "2"


**Parekh Marine Agencies Pvt. Ltd.**

Date : 19.10.2007

To,
The Deputy Docks Manager
Indira Docks,
Mumbai Port Trust,
Mumbai.

Dear Sir,

Sub : M.V.SPRING PROGRESSS VOY/001
PERMISSION FOR STREAM DISCHARGE AND BARGE POINT
FOR ABOUT 12,000 MT H.R.COILS
--------------------------------------------------

You are kindly informed that subject vessel is expected to arrive Mumbai Anchorage on 23.10.2007 with 48912.111 mts Break bulk H.R.COILS for Mumbai discharging.

We request you to kindly allow us suitable barge & storage point for discharging 12,000 m.tons H.R.COILS to be discharged from the subject vessel at anchorage.

We also request you to kindly allow us to use private equipment to discharge cargo from the barge and off loading from the truck.

Thanking you in advance for your kind co-operation.

Yours faithfuly,
for PAREKH MARINE AGENCIES PVT.LTD.,

AS AGENTS ONLY

1) Ref.
In the event of berth not being available on arrival for any reason, vessel is permitted to work in stream on valid documents, all P.T. charges subject to overtime permission. Barge point allowed.
23/23

19.X

11, Wakefield House, 1st Flr., Sprott Road, Ballard Estate, Mumbai - 400 001. INDIA.
Tel.: 91-22-6634 4444 (30 Lines), Fax: 91-22-2265 3717, E-mail : pmapl@pmapl.com

ANNEXURE "L"

AC/P(G)                                                          S/43-425/2007 P

Sub : Permission for discharge at Outer Anchorage (BFL).

Please see letter dated 19.10.2007 received from M/s Parekh Marine Agencies P.Ltd, seeking permission to discharge cargo of Steel coils 12000 mts out of 48912.111 MTs declared in IGM NO. 25651 dt. 19.10.2007 filed for the vessel "M.V. SPRING PROGRESS" which is arriving at Mumbai port on 23.10.2007. They have submitted the certified copy of the IGM (photocopy) filed with the Import department along with the application of consignee, seeking permission for stream discharge as the port does not have a berth for the vessel. The cargo is to be discharged from the above said vessel into the following coastal barges under boat note procedures.

(1) ROYAL SHARAVATI (2) ROYAL SUTLEJ (3) R. BRAHMAPUTRA (4) R. HUGLI.

It is verified and found from the records of the Preventive Main Department that the cargo boat licences of the above coastal barges are valid.

In view of above, if approved, permission for discharge at outer anchorage (BFL) may be granted in terms of clause (3) of Public notice No.73/96 issued by the Commissioner of Customs, New Custom House, Mumbai under preventive supervision on payment of requisite MOT charges on compliance of all rules and procedures and subject to completion of all the import formalities and payment of duty by the importer, prescribed checks and controls under various rules and procedures in this regard and No objection certificate form the Mumbai Port Trust/Police authorities, if required. We may also inform the party to follow the procedures prescribed in Public Notice No.55/2004 dated 31.08.04 by Commissioner of Customs (EP).

( J.A. Mathias )           ( D.D. JOSHI )           ACIP(G)
PO/PSO (Admn).             SUPDT/Admn