UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

J.K. INTERNATIONAL PTY. LTD.,

        Plaintiff

- against -

OLDENDORFF CARRIERS GMBH & CO.,

        Defendant

07 Civ. 7328 (SHS)

ECF CASE

---

## DECLARATION OF VAMAN PRABHU

---

## EXHIBIT 12

---

271337



# Sahi Oretrans (Pvt) Ltd

Ship-Agents * Chartering-Brokers * Shipping Consultants * Ship-Managers
30, Western India House, 3rd Floor, Sir P. M. Road, Fort, Mumbai 400001, India Tel.: (91-22) 2281 0033 (7 Lines)
Fax : (91-22) 2281 00 27 & 2281 00 28 Internet : sol@vsnl.com CABLE : GURTEGSHIP
Operations Office : Marshall Building, 4th Floor, 20 Shoorji Vallabhadas Marg, Ballard Estate, Mumbai 400 038, India
Branches : All ports of - West Coast of India and East Coast of India

17th August 2007

The Assistant Commissioner of Customs
Import Department
New Custom House
Mumbai

RE    : Cancellation of IGM no.24395 (P/E)
         File no. S/5 – 227/2007 Dated 5/6/2007

Dear Sir,

Our agency Vessel MV FREDERIKE OLDENDORFF was originally expected to arrive at Mumbai on 07-06-2007 to discharge 46918 MT cargo of bulk peas. Accordingly we had filed IGM no. 24395 (P/E). However due to vessel's excess arrival draft she did not have the possibility of berthing either alongside berth or at inner anchorage. In view of the same, the vessel was compelled to be diverted to Mundra port to discharge part cargo and subsequently return to Mumbai with the acceptable draft. Accordingly the vessel called Mundra and discharged 7286.996 MT. Thereafter the Vessel arrived at Mumbai on 18-07-2007 with 39631.302 MT bulk peas cargo.

We enclose herewith the copy of IGM for 7286.996 MT discharged at Mundra p'

We now request you to kindly cancel the above IGM no.24395 (P/E).

Thanking You,

Yours faithfully,
For SAHI ORETRANS P. LTD.,



As Agents.

Encl : Copy of Mundra IGM

