```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

J.K. INTERNATIONAL PTY. LTD.,              :        07 Civ. 7328 (SHS)

               Plaintiff,              :

     -against-                                      :        ORDER

OLDENDORFF CARRIERS GMBH & CO.,            :

               Defendant.             :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     A telephone conference having been held on the record today, with counsel for all parties participating,

     IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion to vacate the attachment [8] is denied, except the attachment is reduced in the amount of $1,197,000.00, plus interest. The exact amount of the reduction will be set forth in an order to be entered expeditiously.

Dated: New York, New York
       July 23, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.