USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/08

Michael O. Hardison
Edward W. Floyd
EATON & VAN WINKLE LLP
3 Park Avenue
New York, New York 10016-2078
(212) 779-9910

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

J.K. INTERNATIONAL PTY. LTD.,

                     Plaintiff,

    - against-

OLDENDORFF CARRIERS GMBH &
CO.,

                     Defendant.

--------------------------------------------------------x

07 Civ. 7328 (SHS)
ECF CASE

**STIPULATION AND ORDER**

    WHEREAS, on July 23, 2008, the Court issued an opinion regarding Defendant's motion to vacate the maritime attachment obtained by Plaintiff in the amount of $4,723,237.92; *(see Order dated July 23, 2008)* and

    WHEREAS, in its opinion, the Court denied Defendant's motion to vacate but disallowed Plaintiff's claim for indemnity for an anticipated claim by cargo receiver MMTC Ltd. in the amount of $1,197,000.00; and

    WHEREAS, in its opinion, the Court also disallowed the portion of the interest claimed by Plaintiff attributable to the anticipated claim by cargo receiver MMTC Ltd.; and

WHEREAS, counsel for Plaintiff and Defendant agree that the portion of the interest

claimed by Plaintiff attributable to the anticipated claim by cargo receiver MMTC Ltd. is

$367,494.37; it is

ORDERED, that the total amount of Plaintiff's claim disallowed by the Court is

$1,564,494.37 ($1,197,000.00 + $367,494.37 = $1,564,494.37); and it is further

ORDERED, that the security held by Plaintiff be reduced from $4,723,237.92 to

$3,158,743.55 ($4,723,237.92 - $1,564,494.37 = $3,158,743.55).

Dated: New York, New York
       July 29, 2008

                              EATON & VAN WINKLE LLP

                    By:    _____
                                    Edward W. Floyd

                              3 Park Avenue
                              New York, New York 10016-2078
                              (212) 779-9910

                              Attorneys for Plaintiff

                              LENNON, MURPHY & LENNON, LLC

                    By:    _____
                                    Nancy R. Siegel

                              The Gray Bar Building
                              420 Lexington Avenue - Suite 300
                              New York, New York 10170
                              (212) 490-6050

                              Attorneys for Defendant

This action is dismissed, without prejudice to renewal at the conclusion of the London arbitration.

SO ORDERED 7/29/08

_____
        SIDNEY H. STEIN
        U.S.D.J.

-2-